

# OKLAHOMA
## State Courts Network

The Information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>OKLAHOMA COUNTY</u>, OKLAHOMA

Anthony Trupia,
    Plaintiff,

v.

Heritage Hard Assets LLC;  Kyle
Patton, INDIVIDUALLY  AS MANAGER/
OFFICER OF HERITAGE HARD ASSETS
LLC; Hlv Ventures, AN UNREGISTERED
NEW YORK COMPANY; Reagan Gold
Group, Llc; Steve Francis, INDIVIDUALLY
AS MANAGER/OFFICER OF REAGAN
GOLD GROUP, LLC; World Harvest Church,
Inc; Rod Parsley,INDIVIDUALLY AS
MANAGER/OFFICER OF WORLD HARVEST
CHURCH, INC; South Bay Galleries Llc;
Brandon Mendelson, INDIVIDUALLY AS
MANAGER/OFFICER OF SOUTH BAY
GALLERIES LLC; Telnyx Llc; David Casem,
INDIVIDUALLY AS MANAGER/OFFICER
OF TELNYX LLC;  Ian Either, INDIVIDUALLY
AS MANAGER/OFFICER OF TELNYX LLC;
James Whedbee, INDIVIDUALLY AS MANAGER/
OFFICER OF TELNYX LLC;  Mandi Mena,
INDIVIDUALLY AS MANAGER/OFFICER OF
TELNYX LLC; Onvoy, Llc; Brett Scorza,
INDIVIDUALLY AS  MANAGER/OFFICER OF
ONVOY, LLC; James  Hynes, INDIVIDUALLY
AS MANAGER/ OFFICER OF ONVOY, LLC;
G. edwards Evans, INDIVIDUALLY
AS MANAGER/OFFICER OF ONVOY, LLC;
Matthew Carter Jr, INDIVIDUALLY AS MANAGER/
OFFICER OF ONVOY, LLC; Level 3 Communications, Llc;
Jeff Storey, INDIVIDUALLY AS MANAGER/OFFICER
OF LEVEL 3 COMMUNICATIONS, LLC;  Zebersky
Payne Shaw Lewenz, A FLORIDA LAW FIRM;
Zachary D Ludens, INDIVIDUALLY AS AN
ATTORNEY OF ZEBERSKY PAYNE SHAW
LEWENZ; AND DOES 1 THROUGH 100,
INCLUSIVE,
    Defendants

No. CJ-2024-2684
(Civil relief more than $10,000: OTHER
<..DESCRIPTION OF ACTION..>)

Filed: 04/22/2024

Judge: Bonner, Anthony L.

```
EXHIBIT
3
```

# PARTIES

Carter Jr,  Matthew, Defendant
Casem,  David, Defendant
Either,  Ian, Defendant
Evans,  G. edwards, Defendant
Francis,  Steve, Defendant
Heritage Hard Assets LLC, Defendant
Hlv Ventures, Defendant
Hynes,  James, Defendant
Level 3 Communications, Llc, Defendant
Ludens,  Zachary  D, Defendant
Mena,  Mandi, Defendant
Mendelson,  Brandon, Defendant
Onvoy, Llc, Defendant
Parsley,  Rod, Defendant
Patton,  Kyle, Defendant
Reagan Gold Group, Llc, Defendant
Scorza,  Brett, Defendant
South Bay Galleries Llc, Defendant
Storey,  Jeff, Defendant
Telnyx Llc, Defendant
Trupia,  Anthony, Plaintiff
Whedbee,  James, Defendant
World Harvest Church, Inc, Defendant
Zebersky Payne Shaw Lewenz, Defendant

# ATTORNEYS

None

# EVENTS

None

# ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**        Issue: OTHER <..DESCRIPTION OF ACTION..> (OTHER)
                    Filed By: Trupia, Anthony
                    Filed Date: 04/22/2024

|  | **Party Name** | **Disposition Information** |
| --- | --- | --- |
|  |  | Pending. |

# DOCKET

| Date | Code | Description | |
|------|------|-------------|--|
| 04-22-2024 | [ TEXT ] | | #1 |
| | | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | |
| 04-22-2024 | [ OTHER ] | | |
| | | OTHER <..DESCRIPTION OF ACTION..> | |
| 04-22-2024 | [ DMFE ] | | $ 7.00 |
| | | DISPUTE MEDIATION FEE | |
| 04-22-2024 | [ PFE1 ] | | $ 163.00 |
| | | PETITION | |
| 04-22-2024 | [ PFE7 ] | | $ 6.00 |
| | | LAW LIBRARY FEE | |
| 04-22-2024 | [ OCISR ] | | $ 25.00 |
| | | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | |
| 04-22-2024 | [ OCJC ] | | $ 1.55 |
| | | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | |
| 04-22-2024 | [ OCASA ] | | $ 5.00 |
| | | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | |
| 04-22-2024 | [ SSFCHSCPC ] | | $ 10.00 |
| | | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | |
| 04-22-2024 | [ CCADMINCSF ] | | $ 1.00 |
| | | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | |
| 04-22-2024 | [ CCADMIN0155 ] | | $ 0.16 |
| | | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | |
| 04-22-2024 | [ SJFIS ] | | $ 0.45 |
| | | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | |
| 04-22-2024 | [ DCADMIN155 ] | | $ 0.23 |
| | | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | |
| 04-22-2024 | [ DCADMIN05 ] | | $ 0.75 |
| | | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | |
| 04-22-2024 | [ DCADMINCSF ] | | $ 1.50 |
| | | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | |
| 04-22-2024 | [ CCRMPF ] | | $ 10.00 |
| | | COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE | |
| 04-22-2024 | [ CCADMIN04 ] | | $ 0.50 |
| | | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | |

**04-22-2024  [ TEXT ]**

TEXT

---

**04-22-2024  [ SMF ]**                                                                        $ 120.00

SUMMONS FEE

---

**04-22-2024  [ P ]**

PLAINTIFF'S PETITION FOR CIVIL PENALTIES PERMANENT INJUNCTION, OTHER EQUITABLE RELIEF

Document Available (#1058520986) ☐TIFF  ☐PDF

---

**04-22-2024  [ TEXT ]**

OCIS HAS AUTOMATICALLY ASSIGNED JUDGE BONNER, ANTHONY L. TO THIS CASE.

---

**04-22-2024  [ ADJUST ]**                                                                     $ 8.81

ADJUSTING ENTRY: MONIES DUE TO AC09-CARD ALLOCATION

---

**04-22-2024  [ ACCOUNT ]**

ADJUSTING ENTRY: MONIES DUE TO THE FOLLOWING AGENCIES REDUCED BY THE FOLLOWING
AMOUNTS:

CJ-2024-2684: AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE -$0.25

CJ-2024-2684: AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY -$0.25

CJ-2024-2684: AC79 OCIS REVOLVING FUND -$0.63

CJ-2024-2684: AC67 DISTRICT COURT REVOLVING FUND -$0.07

CJ-2024-2684: AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS -$0.02

CJ-2024-2684: AC64 DISPUTE MEDIATION FEES CIVIL ONLY -$0.18

CJ-2024-2684: AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND -$0.04

CJ-2024-2684: AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES -$0.13

CJ-2024-2684: AC31 COURT CLERK REVOLVING FUND -$0.05

CJ-2024-2684: AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL -$0.15

CJ-2024-2684: AC01 CLERK FEES -$7.04

---

**04-22-2024  [ ACCOUNT ]**

RECEIPT # 2024-5612913 ON 04/22/2024.

PAYOR: TRUPIA/ANTHONY TOTAL AMOUNT PAID: $ 352.14.

LINE ITEMS:

CJ-2024-2684: $275.96 ON AC01 CLERK FEES.

CJ-2024-2684: $8.81 ON AC09 CARD ALLOCATIONS.

CJ-2024-2684: $5.85 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.

CJ-2024-2684: $1.61 ON AC31 COURT CLERK REVOLVING FUND.

CJ-2024-2684: $4.87 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.

CJ-2024-2684: $1.51 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.

CJ-2024-2684: $6.82 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.

CJ-2024-2684: $0.43 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.

CJ-2024-2684: $2.41 ON AC67 DISTRICT COURT REVOLVING FUND.

CJ-2024-2684: $24.37 ON AC79 OCIS REVOLVING FUND.

CJ-2024-2684: $9.75 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY.

CJ-2024-2684: $9.75 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE.