IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| ANTHONY TRUPIA, | ) |
| --- | --- |
| Plaintiff(s), | ) ) ) ) |
| v. | ) Case No. CIV-24-498-SLP |
| HERITAGE HARD ASSETS LLC, et al., | ) ) ) ) |
| Defendant(s) | ) |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendant | HLV Ventures
(Plaintiff/Defendant) (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Aaron C. Tifft, 33288       5/16/2024
Signature                      Date

Aaron C. Tifft, 33288
Print Name

Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
Firm

521 E. 2nd Street, Suite 1200
Address

Tulsa, OK  74120
City       State       Zip Code

(918) 594-0400
Telephone

atifft@hallestill.com
Internet E-mail Address

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

REVISED 05/14/18

## Certificate of Service

[✔] I hereby certify that on May 16, 2024, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

[✔] I hereby certify that on May 16, 2024, I filed the attached document with the Clerk of the Court and served the attached document by U.S. First Class Mail on the following, who are not registered participants of the ECF System:

Anthony Trupia
605 SE 21st Street
Oklahoma City, OK 73129

s/ Aaron C. Tifft, 33288
s/ Attorney Name