# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

ANTHONY TRUPIA,

    Plaintiff,

v.                                                                                    CASE NO. CIV-24-498-SLP

HERITAGE HARD ASSETS LLC; KYLE PATTON, individually as Manager/Officer of HERITAGE HARD ASSETS LLC; HLV VENTURES, an unregistered New York company, REAGAN GOLD GROUP, LLC; STEVE FRANCIS, individually as Manager/Officer of REAGAN GOLD GROUP, LLC; WORLD HARVEST CHURCH, INC.; ROD PARSLEY, individually as Manager/Officer of WORLD HARVEST CHURCH, INC.; SOUTH BAY GALLERIES LLC; BRANDON MENDELSON, individually as Manager/Officer of SOUTH BAY GALLERIES LLC; TELNYX LLC; DAVID CASEM, individually as Manager/Officer of TELNYX, LLC; IAN EITHER, individually as Manager/Officer of TELNYX LLC; JAMES WHEDBEE, individually as Manager/Officer of TELNYX LLC; MANDI MENA, individually as Manager/Officer of TELNYX LLC; ONVOY LLC; BRETT SCORZA, individually as Manager/Officer of ONVOY, LLC; JAMES HYNES, individually as Manager/Officer of ONVOY, LLC; G Edwards Evans, individually as Manager/Officer of ONVOY, LLC; MATTHEW CARTER JR, individually as Manager/Officer of ONVOY, LLC; LEVEL 3 COMMUNICATIONS, LLC; JEFF STOREY, individually as Manager/Officer of LEVEL 3 COMMUNICATIONS, LLC; ZEBERSKY PAYNE SHAW LEWENZ, a Florida law firm; ZACHARY D. LUDENS, individually as an attorney of ZEBERSKY PAYNE SHAW LEWENZ; and DOES 1 through 100, inclusive,

    Defendants.
_____/

## WAIVER OF SERVICE OF SUMMONS

To: Anthony Trupia

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the Court's jurisdiction, and venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 05/20/2024, the date when this waiver of service of summons was sent. If I fail to do so, a default judgment will be entered against me or the entity I represent.

Printed name of party waiving service of Summons: Heritage Hard Assets LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 20, 2024, I filed the attached documents with the Court's CM/ECF system and served the attached document by First Class U.S. Mail and email on the following, who are not registered participants of the Electronic Filing System:

Anthony Trupia, 605 SE 21st Street
Oklahoma City, OK 73129
trupiaar@gmail.com

Dated: May 20, 2024    Respectfully submitted,

**ZEBERSKY PAYNE SHAW LEWENZ LLP**

By: */s/ Zachary D. Ludens*
Zachary Dean Ludens
zludens@zpllp.com
OKWD Federal Bar No. 24-78
110 Southeast 6th Street[1]
Suite 2900
Fort Lauderdale, FL 33301
954-595-6075

---

[1] Undersigned counsel is in the process of preparing a motion to this Court to seek permission to dispense with the requirement that counsel that are not located in Oklahoma need to engage local counsel under Western District of Oklahoma Local Rule 83.3(c). As the Court can see, Plaintiff sued not only a Florida company and citizen but also that Florida company's Florida counsel and law firm in this lawsuit.