# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

ANTHONY TRUPIA,

    Plaintiff,

v.

HERITAGE HARD ASSETS LLC; KYLE PATTON, individually as Manager/Officer of HERITAGE HARD ASSETS LLC; HLV VENTURES, an unregistered New York company, REAGAN GOLD GROUP, LLC; STEVE FRANCIS, individually as Manager/Officer of REAGAN GOLD GROUP, LLC; WORLD HARVEST CHURCH, INC.; ROD PARSLEY, individually as Manager/Officer of WORLD HARVEST CHURCH, INC.; SOUTH BAY GALLERIES LLC; BRANDON MENDELSON, individually as Manager/Officer of SOUTH BAY GALLERIES LLC; TELNYX LLC; DAVID CASEM, individually as Manager/Officer of TELNYX, LLC; IAN EITHER, individually as Manager/Officer of TELNYX LLC; JAMES WHEDBEE, individually as Manager/Officer of TELNYX LLC; MANDI MENA, individually as Manager/Officer of TELNYX LLC; ONVOY LLC; BRETT SCORZA, individually as Manager/Officer of ONVOY, LLC; JAMES HYNES, individually as Manager/Officer of ONVOY, LLC; G Edwards Evans, individually as Manager/Officer of ONVOY, LLC; MATTHEW CARTER JR, individually as Manager/Officer of ONVOY, LLC; LEVEL 3 COMMUNICATIONS, LLC; JEFF STOREY, individually as Manager/Officer of LEVEL 3 COMMUNICATIONS, LLC; ZEBERSKY PAYNE SHAW LEWENZ, a Florida law firm; ZACHARY D. LUDENS, individually as an attorney of ZEBERSKY PAYNE SHAW LEWENZ; and DOES 1 through 100, inclusive,

    Defendants.
_____/

CASE NO. CIV-24-498-SLP

# JOINDER IN REMOVAL

Defendants Heritage Hard Assets LLC, Kyle Patton, Zachary D. Ludens, and Zebersky Payne Shaw Lewenz, LLP, by and through the undersigned counsel of record, file this joinder in Defendant HLV Ventures' removal under 28 U.S.C. Sections 1331, 1441, and 1446.

1. Plaintiff is Anthony Trupia.

2. Defendants Heritage Hard Assets LLC, Kyle Patton, Zachary D. Ludens, and Zebersky Payne Shaw Lewenz, LLP are named as defendants.

3. On April 22, 2024, Plaintiff sued Defendants and other above-captioned defendants in the District Court of Oklahoma County, Oklahoma, alleging violations of the Telemarketing Consumer Fraud and Abuse Prevention Act (15 U.S.C. § 6101, *et seq.*), the Telemarketing Sales Rule (16 C.F.R. § 310, *et seq.*), the Telephone Consumer Protection Act (47 U.S.C. § 227, *et seq.*), as well as Oklahoma state laws.

4. Defendant Zebersky Payne Shaw Lewenz, LLP received mail service on May 6, 2024.

5. Defendants Heritage Hard Assets LLC, Kyle Patton, and Zachary D. Ludens, as of the date of this filing, have not received any service of the Complaint or Summons. As such, Defendants Heritage Hard Assets LLC, Kyle Patton, and Zachary D. Ludens have filed waivers of service. (D.E.s 7, 8, 9.)

6. On May 15, 2024, HLV Ventures filed a notice of removal to this Court.

7. Defendants Heritage Hard Assets LLC, Kyle Patton, Zachary D. Ludens, and Zebersky Payne Shaw Lewenz, LLP consent to the removal of this suit to this Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 20, 2024, I filed the attached documents with the Court's CM/ECF system and served the attached document by First Class U.S. Mail and email on the following, who are not registered participants of the Electronic Filing System:

Anthony Trupia, 605 SE 21st Street
Oklahoma City, OK 73129
trupiaar@gmail.com

Dated: May 20, 2024

Respectfully submitted,

**ZEBERSKY PAYNE SHAW LEWENZ LLP**

By:    */s/ Zachary D. Ludens*
      Zachary Dean Ludens
      zludens@zpllp.com
      OKWD Federal Bar No. 24-78
      110 Southeast 6th Street[1]
      Suite 2900
      Fort Lauderdale, FL 33301
      954-595-6075

---

[1] Undersigned counsel is in the process of preparing a motion to this Court to seek permission to dispense with the requirement that counsel that are not located in Oklahoma need to engage local counsel under Western District of Oklahoma Local Rule 83.3(c). As the Court can see, Plaintiff sued not only a Florida company and citizen but also that Florida company's Florida counsel and law firm in this lawsuit.