IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTHONY TRUPIA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HERITAGE HARD ASSETS LLC; KYLE ) <br> PATTON, individually as Manager/Officer of ) <br> HERITAGE HARD ASSETS LLC; HLV ) <br> VENTURES, an unregistered New York ) <br> company; REAGAN GOLD GROUP, LLC; STEVE ) <br> FRANCIS, individually as Manager/Officer of ) <br> REAGAN GOLD GROUP, LLC; WORLD ) <br> HARVEST CHURCH, INC.; ROD PARSLEY, ) <br> individually as Manager/Officer of WORLD ) <br> HARVEST CHURCH, INC.; SOUTH BAY ) <br> GALLERIES LLC; BRANDON MENDELSON, ) <br> individually as Manager/Officer of SOUTH ) <br> BAY GALLERIES LLC; TELNYX LLC; DAVID ) <br> CASEM, individually as Manager/Officer of ) <br> TELNYX LLC; IAN EITHER, individually as ) <br> Manager/Officer of TELNYX LLC; JAMES ) <br> WHEDBEE, individually as Manager/Officer of ) <br> TELNYX LLC; MAN Dl MENA, individually as ) <br> Manager/Officer of TELNYX LLC; ONVOY, ) <br> LLC; BRETT SCORZA, individually as ) <br> Manager/Officer of ONVOY, LLC; JAMES ) <br> HYNES, individually as Manager/Officer of ) <br> ONVOY, LLC; G EDWARDS EVANS, ) <br> individually as Manager/Officer of ONVOY, ) <br> LLC; MATTHEW CARTER JR, individually as ) <br> Manager/Officer of ONVOY, LLC; LEVEL 3 ) <br> COMMUNICATIONS, LLC; JEFF STOREY, ) <br> individually as Manager/Officer of LEVEL 3 ) <br> COMMUNICATIONS, LLC; ZEBERSKY PAYNE ) <br> SHAW LEWENZ, a Florida law firm; ZACHARY ) <br> D LUDENS, individually as an attorney of ) <br> ZEBERSKY PAYNE SHAW LEWENZ; and DOES ) <br> 1 through 100, inclusive, ) <br> ) <br> Defendants. ) | Case No. 5:24-cv-00498-SLP |

# DEFENDANT LEVEL 3 COMMUNICATIONS, LLC'S
# CONSENT TO REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, Level 3 Communications, LLC ("Level 3"), hereby consents to the removal of this action from the District Court of Oklahoma County, State of Oklahoma, to the United States District Court for the Western District of Oklahoma, and states the following in support:

1. On May 15, 2024, Defendant HLV Ventures removed this civil action - initiated on April 22, 2024, in the District Court of Oklahoma County, State of Oklahoma, styled *Anthony Trupia v. Heritage Hard Assets LLC, et al.*, CJ-2024-2684 - to this Court.

2. Defendant Level 3 was served on April 29, 2024. This Consent to Removal is timely filed pursuant to 28 U.S.C. § 1446 because it is within 30 days of April 29, 2024.

3. Defendant Level 3 was preparing its own removal papers given the clear basis for federal question jurisdiction based on the nature of Plaintiff Anthony Trupia's ("Plaintiff's") allegations as set forth in his pleading.

4. In connection with preparing to remove this action, counsel for Defendant Level 3 had been conferring with the other named Defendants and previously obtained consent to remove this action from Defendants Onvoy, LLC, Heritage Hard Assets LLC, Kyle Patton, Zebersky Payne, Shar Lewenz, and Zachary D. Ludens.

5. Upon information and belief, several of the named Defendants in this action were never served. In particular, it appears that the individual Defendants

2

named in Plaintiff's pleading were never served.

6.  In any event, Defendant Level 3 concurs with the position asserted by HLV Ventures that this Court's basis for original jurisdiction over the present action is clear. Original jurisdiction is proper pursuant to 28 U.S.C. § 1331 because, in his pleading, Plaintiff, appearing *pro se*, asserted alleged claims in violation of the Telemarketing and Consumer Fraud and Abuse Prevention Act (15 U.S.C. §6101, *et seq*.), the Telemarketing Sales Rule (16 C.F.R. §310, *et seq*.), and the Telephone Consumer Protection Act (47 U.S. § 227. *et seq*.).

7.  This Court also has supplemental jurisdiction over Plaintiff's state law claims because they arise out of the same common nucleus of operative facts.

8.  Upon information and belief, any other named Defendants would consent to removal of this action.

WHEREFORE, Defendant, Level 3 Communications, LLC, requests that this Court take judicial notice of this Consent to Removal, assume jurisdiction of the cause, and issue such further orders and processes as may be necessary.

Respectfully submitted,

By: */s/ John H. Tucker*
JOHN H. TUCKER, OBA 9110
jtucker@rhodesokla.com
RHODES HIERONYMUS JONES TUCKER & GABLE
P.O. Box 21100
Tulsa, Oklahoma 74121-1100
(918) 582-1173; (918) 592-3390 [fax]
***Attorney for Defendant, Level 3 Communications, LLC***

# CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on the 20th day of May, 2024, I electronically transmitted the above and foregoing to the Plaintiff, Pro Se, via email at his email address, and to the Clerk of the Court using the Court's ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants:

*Plaintiff Pro Se:*

| | |
|---|---|
| Anthony Trupia | trupiaar@gmail.com |
| 60S SB 21st St. | |
| Oklahoma City, OK 73129 | |

*Counsel for Defendant, HLV Ventures*:

| | |
|---|---|
| Mark Banner | mbanner@hallestill.com |
| Aaron C. Tifft | atifft@hallestill.com |
| Hall, Estill, Hardwick, Gable, Golden & Nelson | |
| 521 E. 2nd Street, Suite 1200 | |
| Tulsa, OK 74120 | |

*s/ John H. Tucker*