IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

ANTHONY TRUPIA,

    Plaintiff,

v.

HERITAGE HARD ASSETS LLC;
KYLE PATTON, individually as
Manager/Officer of HERITAGE HARD
ASSETS LLC; HLV VENTURES, an
unregistered New York company;
REAGAN GOLD GROUP, LLC;
STEVE FRANCIS, individually as
Manager/Officer of REAGAN GOLD
GROUP, LLC; WORLD HARVEST
CHURCH, INC.; ROD PARSLEY,
individually as Manager/Officer of
WORLD HARVEST CHURCH, INC.;
SOUTH BAY GALLERIES LLC;
BRANDON MENDELSON, individually
as Manager/Officer of SOUTH BAY
GALLERIES LLC; TELNYX LLC;
DAVID CASEM, individually as
Manager/Officer of TELNYX LLC;
IAN EITHER, individually as
Manager/Officer of TELNYX LLC;
JAMES WHEDBEE, individually as
Manager/Officer of TELNYX LLC;
MANDI MENA, individually as
Manager/Officer of TELNYX LLC;
ONVOY, LLC; BRETT SCORZA,
individually as Manager/Officer of
ONVOY, LLC; JAMES HYNES,
individually as Manager/Officer of
ONVOY, LLC; G EDWARDS EVANS,
individually as Manager/Officer of
ONVOY, LLC; MATTHEW CARTER
JR, individually as Manager/Officer of
ONVOY, LLC; LEVEL 3
COMMUNICATIONS, LLC; JEFF
STOREY, individually as

Case No. CIV-24-498-SLP

Manager/Officer of LEVEL 3
COMMUNICATIONS, LLC;
ZEBERSKY PAYNE SHAW LEWENZ,
a Florida law firm; ZACHARY D
LUDENS, individually as an attorney of
ZEBERSKY PAYNE SHAW LEWENZ;
and DOES 1 through 100, inclusive,

Defendants.

## CERTIFICATE OF COMPLIANCE WITH
## REQUIREMENTS TO GIVE NOTICE OF REMOVAL

The undersigned, attorneys of record for Defendant, HLV Ventures, certify that, in compliance with 28 U.S.C. §1446(d), a copy of the Notice of Filing Notice of Removal of this action has been filed with the Clerk of the Oklahoma County District Court, State of Oklahoma. A file-stamped copy of the Notice of Filing Notice of Removal is attached hereto as Exhibit "1." The undersigned further certifies that, in compliance with the requirements of 28 U.S.C. §1446(d), written notice of the removal was also forwarded to all parties known to be served in this action, along with a copy of the Notice of Removal filed in this court. This Notice was sent on May 16, 2024, to Plaintiff, Anthony Trupia.

Respectfully submitted,

**HALL, ESTILL, HARDWICK,
GABLE, GOLDEN & NELSON, P.C.**

*s/Aaron C. Tifft*
Mark Banner, OBA # 13243
Aaron C. Tifft, OBA # 33288
**HALL, ESTILL, HARDWICK, GABLE,
GOLDEN & NELSON, P.C.**
521 E. 2nd Street, Suite 1200
Telephone (918) 594-0400
Facsimile (918) 594-0505
**ATTORNEYS FOR DEFENDANT,
HLV VENTURES**

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2024, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants on the ECF System.

I hereby further certify that on May 21, 2024, a true and correct copy of the foregoing document was served on the following via first class, U.S. Mail:

Anthony Trupia
605 SE 21st St.
Oklahoma City, OK 73129

**PRO SE PLAINTIFF**

*s/ Aaron C. Tifft*