IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTHONY TRUPIA,<br><br>        Plaintiff,<br><br>v.<br><br>HERITAGE HARD ASSETS LLC; KYLE PATTON, individually as Manager/Officer of HERITAGE HARD ASSETS LLC; HLV VENTURES, an unregistered New York company; REAGAN GOLD GROUP, LLC; STEVE FRANCIS, individually as Manager/Officer of REAGAN GOLD GROUP, LLC; WORLD HARVEST CHURCH, INC. ; ROD PARSLEY, individually as Manager/Officer of WORLD HARVEST CHURCH, INC.; SOUTH BAY GALLERIES LLC; BRANDON MENDELSON, individually as Manager/Officer of SOUTH BAY GALLERIES LLC; TELNYX LLC; DAVID CASEM, individually as Manager/Officer of TELNYX LLC; IAN EITHER, individually as Manager/Officer of TELNYX LLC; JAMES WHEDBEE, individually as Manager/Officer of TELNYX LLC; MANDI MENA, individually as Manager/Officer of TELNYX LLC; ONVOY, LLC; BRETT SCORZA, individually as Manager/Officer of ONVOY, LLC; JAMES HYNES, individually as Manager/Officer of ONVOY, LLC; G EDWARDS EVANS, individually as Manager/Officer of ONVOY, LLC; MATTHEW CARTER JR, individually as Manager/Officer of ONVOY, LLC; LEVEL 3 COMMUNICATIONS, LLC; JEFF STOREY, individually as Manager/Officer of LEVEL 3 COMMUNICATIONS, LLC; | Case No. CIV-24-498-SLP |

| ZEBERSKY PAYNE SHAW LEWENZ, a Florida law firm; ZACHARY D LUDENS, individually as an attorney of ZEBERSKY PAYNE SHAW LEWENZ; and DOES 1 through 100, inclusive, | |
|---|---|
| Defendants. | |

**DEFENDANT ONVOY LLC'S
DISCLOSURE STATEMENT IDENTIFYING
CONSTITUENTS OF LLC OR PARTNERSHIP**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1.1, Defendant Onvoy, LLC hereby submits the following Disclosure Statement Identifying Constituents of LLC or Partnership: Onvoy, LLC is a limited liability company with a single member. The member is Onvoy Intermediate Holdings Inc. Onvoy Intermediate Holdings Inc. is a Delaware corporation. Sinch AB is the ultimate parent company of Onvoy Intermediate Holdings Inc. Sinch AB is a publicly traded company, traded on the NASDAQ Stockholm stock exchange. No other publicly held corporation owns 10% or more of the stock in Onvoy, LLC. Onvoy, LLC reserves the right to amend and/or supplement this disclosure in the future.

Dated: May 21, 2024		Respectfully submitted,

*/s/ Nicholas V. Merkley*
Nicholas ("Nick") V. Merkley, OBA #20284
GABLEGOTWALS
BOK Park Plaza
499 W. Sheridan Ave., Suite 2200
Oklahoma City, OK 73102
(405) 235-5500
nmerkley@gablelaw.com

*/s/ Shawn D. Golden*
Shawn D. Golden, OBA #21431
Heidi Rasmussen, *pro hac vice forthcoming*
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, TX 77002-5005
Telephone: +1.713.890.5000
shawn.golden@morganlewis.com
heidi.rasmussen@morganlewis.com

Ezra D. Church, *pro hac vice forthcoming*
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-2921
Telephone: +1.215.963.5000
Facsimile: +1.215.963.5001
ezra.church@morganlewis.com

*Attorneys for Onvoy, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2024, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing and served on the following via First-Class United States Mail:

Anthony Trupia
605 SE 21st St.
Oklahoma City, OK 73129

                                                        /s/ Nicholas V. Merkley