# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTHONY TRUPIA,<br><br>                        Plaintiff,<br><br>v.<br><br>HERITAGE HARD ASSETS LLC et al.<br><br>                        Defendants. | Case No. CIV-24-498-SLP |

## DEFENDANT TELNYX LLC'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1.1, Defendant Telnyx, LLC hereby submits the following Corporate Disclosure Statement: Telnyx, LLC is a limited liability company with a single member. The member is Telnyx, Inc., a Delaware corporation with its principal place of business in a jurisdiction other than Oklahoma. Telnyx, Inc. is not a publicly traded company. No publicly held corporation owns 10% or more of the stock in Telnyx, LLC. Telnyx, LLC reserves the right to amend and/or supplement this disclosure in the future.

Dated: May 21, 2024

                                          Brooks A. Richardson, OBA No. 18133
                                          GABLEGOTWALS
                                          BOK Park Plaza
                                          499 W. Sheridan Ave., Suite 2200
                                          Oklahoma City, OK 73102
                                          Phone: 405-235-5500
                                          brichardson@gablelaw.com

                                          *Attorneys for Defendant Telnyx, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2024, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing and served on the following via First-Class United States Mail:

Anthony Trupia
605 SE 21st St.
Oklahoma City, OK 73129

/s/ Brooks A. Richardson

2
4888-7364-6016, v. 2