# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

ANTHONY TRUPIA,

      Plaintiff(s)

vs.

                                           Case Number: CIV-24-498-SLP

HERITAGE HARD ASSETTS, et al.

      Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1., which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

HLV VENTURES LLC, a Delaware limited liability company
_____
[name of party]

who is a (check one)  ☐ PLAINTIFF  ☑ DEFENDANT   in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

   (Check one)  ☐ YES  ☑ NO

2. **Does party have any parent corporations?**

   (Check one)  ☐ YES  ☑ NO

   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

   (Check one)  ☐ YES  ☑ NO

   If YES, identify all such owners:

4.  **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

    (Check one)  ☐ YES    ☑ NO

    If YES, identify entity and nature of interest:

5.  **Is party a trade association?**

    (Check one)  ☐ YES    ☑ NO

    If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

DATED this 22 day of May, 2024.

| /s/ Aaron C. Tifft, OBA #33288 | |
|---|---|
| Signature | |
| Aaron C. Tifft | #33288 |
| Printed Name | Bar Number |
| Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C. | |
| Firm Name | |
| 521 E. 2nd Street, Suite 1200 | |
| Address | |
| Tulsa, | OK  74120 |
| City | State  ZIP |
| (918) 594-0400 | (918) 594-0505 |
| Phone | Fax |
| atifft@hallestill.com | |
| Email Address | |

## CERTIFICATE OF SERVICE

I hereby certify that on   May 22, 2024   (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Brooks Allen Richardson
John H Tucker
Nicholas V Merkley
Zachary Dean Ludens

I hereby certify that on   May 22, 2024   (Date), I served the same document by

☑ U.S. Postal Service         ☐ In Person Delivery
☐ Courier Service             ☑ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):   Anthony Trupia
605 SE 21st Street
Oklahoma City, OK  73129
trupiaar@gmail.com

/s/ Aaron C. Tifft
Signature