# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTHONY TRUPIA,<br><br>                        Plaintiff,<br><br>v.<br><br>HERITAGE HARD ASSETS LLC et al.<br><br>                        Defendants. | Case No. CIV-24-498-SLP |

## **O R D E R**

Before the Court is Defendant, Telnyx LLC's Motion for Extension of Time to Answer or Otherwise Respond [Doc. No. 21]. For good cause shown, the Motion is GRANTED.

IT IS THEREFORE ORDERED that Telnyx LLC shall file its answer or otherwise respond to Plaintiff's Complaint on or before June 17, 2024.

IT IS SO ORDERED this 23rd day of May, 2024.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE