**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

ANTHONY TRUPIA,

               Plaintiff,

v.

HERITAGE HARD ASSETS LLC, et al.

               Defendants.

Case No. CIV-24-498-SLP

**O R D E R**

Before the Court is Defendant, Onvoy, LLC's Motion to Extend Time to Answer or Otherwise Respond to Complaint [Doc. No. 23]. Defendant represents that Plaintiff opposes the requested relief. For good cause shown, however, the Motion is GRANTED.

IT IS THEREFORE ORDERED that Defendant, Onvoy, LLC is granted an extension of time, until and including June 26, 2024, or fourteen (14) days after the Court rules on any motion for remand that may be filed by Plaintiff, whichever is later, within which to answer or otherwise respond to Plaintiff's Complaint.

IT IS SO ORDERED this 24th day of May, 2024.

**SCOTT L. PALK
UNITED STATES DISTRICT JUDGE**