IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. ANTHONY TRUPIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:24-cv-00498-SLP |
| | ) | |
| 1. HERITAGE HARD ASSETS LLC, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT LEVEL 3 COMMUNICATIONS, LLC'S
## ANSWER TO PLAINTIFF'S COMPLAINT

Defendant, Level 3 Communications, LLC ("Level 3"), hereby answers Plaintiff Anthony Trupia's ("Plaintiff's") "Petition for Civil Penalties, Permanent Injunction, Other Equitable Relief" (hereafter "Complaint") (Dkt. 1-1).

The allegations contained in the preamble of Plaintiff's Complaint state legal conclusions to which no response is required. To the extent a response is required, Level 3 specifically admits that Plaintiff purports to bring claims pursuant to the federal and state laws he cites, alleging that he is entitled to different forms of legal relief. However, Level 3 denies that Plaintiff is entitled to any form of relief under such laws. Level 3 otherwise denies the allegations in the preamble of Plaintiff's Complaint. Further, Level 3 hereby answers Plaintiff's Complaint solely on its own behalf, and not on behalf of any other defendants named or referred to in Plaintiff's Complaint, notwithstanding the fact that many of Plaintiff's allegations are vague and directed at

all named defendants generally.[1]

**JURISDICTION AND VENUE**

1.      The allegations contained in paragraph 1 state legal conclusions to which no response is required. To the extent a response is required, Level 3 denies the allegations in paragraph 1. Level 3 specifically avers that pursuant to 28 U.S. Code § 1331, the United States District Court for the Western District of Oklahoma has subject matter jurisdiction over this action given the clear basis for federal question jurisdiction based on the nature of Plaintiff claims brought pursuant to federal laws.

2.      The allegations contained in paragraph 2 state legal conclusions to which no response is required. To the extent a response is required, Level 3 denies the allegations in paragraph 2. Level 3 specifically avers that pursuant to 28 U.S. Code § 1391, the United States District Court for the Western District of Oklahoma is the proper venue for this action based on Plaintiff's allegations that "a substantial part of the events or omissions giving rise to the claims alleged in [h]is Complaint occurred in [the District Court of Oklahoma County]" and the matter has since been properly removed to this Court.

---

[1] *See Puskas v. Eisai, Inc.*, No. CIV-20-868-SLP, 2022 WL 19228442, at *3 (W.D. Okla. Apr. 12, 2022) (quoting *DeLumeau v. Pfizer Inc.*, No. 20-cv-2469, 2021 WL 5086381, * 4 (D. Colo. Jan. 11, 2021)) (explaining that courts disfavor "shotgun pleadings," including complaints that "allege facts as to all defendants rather than to each defendant individually[,] allege legal conclusions rather than facts[,] allege 'claims' that are not causes of action[,] and include irrelevant and inflammatory accusations against defendants").

3.      The allegations contained in paragraph 3 state legal conclusions to which no response is required. To the extent a response is required, Level 3 denies the allegations in paragraph 3.

## DEFENDANTS AND NOTABLE PARTIES

### Identified Spam Callers
HERITAGE HARD ASSETS LLC

4.      Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4, and on that basis, denies them.

5.      Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 5, and on that basis, denies them.

6.      Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 6, and on that basis, denies them.

7.      Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 7, and on that basis, denies them.

HLV VENTURES

8.      Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 8, and on that basis, denies them.

9.      Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 9, and on that basis, denies them.

10.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 10, and on that basis, denies them.

11.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 11, and on that basis, denies them.

REAGAN GOLD GROUP, LLC

12.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 12, and on that basis, denies them.

13.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 13, and on that basis, denies them.

14.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 14, and on that basis, denies them.

15.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 15, and on that basis, denies them.

BREAKTHROUGH WITH ROD PARSLEY,
WORLD HARVEST CHURCH

16.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 16, and on that basis, denies them.

17.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 17, and on that basis, denies them.

18.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 18, and on that basis, denies them.

19.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 19, and on that basis, denies them.

20.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 20, and on that basis, denies them.

21.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 21, and on that basis, denies them.

22.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 22, and on that basis, denies them.

23.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 23, and on that basis, denies them.

**VoIP Service Providers**
TELNYX

24.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 24, and on that basis, denies them.

25.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 25, and on that basis, denies them.

26.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 26, and on that basis, denies them.

27.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 27, and on that basis, denies them.

28.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 28, and on that basis, denies them.

29.     Level 3 lacks knowledge or information sufficient to form a belief as to

the truth of the allegations in paragraph 29, and on that basis, denies them.

30.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 30, and on that basis, denies them.

ONVOY, LLC,
INTELIQUENT, A SINCH COMPANY

31.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 31, and on that basis, denies them.

32.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 32, and on that basis, denies them.

33.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 33, and on that basis, denies them.

34.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 34, and on that basis, denies them.

35.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 35, and on that basis, denies them.

36.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 36, and on that basis, denies them.

37.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 37, and on that basis, denies them.

38.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 38, and on that basis, denies them.

## LEVEL 3 COMMUNICATIONS, LLC,
## CENTURYLINK COMMUNICATIONS, LLC (PARENT COMPANY)

39.     Level 3 specifically avers that it is a Delaware limited liability company formed on December 1, 1997, and that its principal place of business is in Colorado. Level 3 denies the remaining allegations in paragraph 39.

40.     Level 3 specifically avers that its affiliate CenturyLink Communications, LLC ("CenturyLink") is a Delaware limited liability company formed on June 10, 1966, and that its principal place of business is in Colorado. Further, Level 3 specifically avers that Level 3 Financing, Inc., a Delaware corporation, with its principal place of business in Colorado, is its sole member. Level 3 denies the remaining allegations in paragraph 40.

41.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 41, and on that basis, denies them.

42.     Level 3 specifically avers that Defendant Jeff Storey was Chief Executive Officer of Level 3 beginning on May 1, 2013, and also President of Level 3 beginning on August 1, 2018. Further, Level 3 specifically avers that Defendant Jeff Storey retired and left his position at Level 3 on November 7, 2022. Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 42, and on that basis, denies them.

43.     Level 3 specifically avers that it provides telecommunications and related services to customers throughout the United States. Level 3 denies the remaining allegations in paragraph 43.

**Partners for Individual Liability**

44.     The allegations contained in paragraph 44 state legal conclusions to which no response is required. To the extent a response is required, Level 3 denies the allegations in paragraph 44.

**Initial Attorney and Law Firm**

45.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 45, and on that basis, denies them.

46.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 46, and on that basis, denies them.

47.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 47, and on that basis, denies them.

48.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 48, and on that basis, denies them.

49.     The allegations contained in paragraph 49 state legal conclusions to which no response is required. To the extent a response is required, Level 3 denies the allegations in paragraph 49.

**SUMMARY OF ALLEGATIONS**

50.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 50, and on that basis, denies them.

51.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 51, and on that basis, denies them.

**Spam Calls**

52.     Level 3 denies the allegations in paragraph 52 directed at it. Level 3 lacks knowledge or information sufficient to form a basis as to the truth of the remaining allegations in paragraph 52, and on that basis, denies them.

53.     Level 3 denies the allegations in paragraph 53 directed at it. Level 3 lacks knowledge or information sufficient to form a basis as to the truth of the remaining allegations in paragraph 53, and on that basis, denies them.

54.     Level 3 denies the allegations in paragraph 54 and each of its subparts directed at it, including the allegations in subparts (a), (b), (d), and (e). Level 3 lacks knowledge or information sufficient to form a basis as to the truth of the remaining allegations in paragraph 54 and each of its subparts, and on that basis, denies them.

55.     Level 3 denies the allegations in paragraph 55 directed at it. Level 3 lacks knowledge or information sufficient to form a basis as to the truth of the remaining allegations in paragraph 55, and on that basis, denies them.

**Harassment**

56.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 56, and on that basis, denies them.

57.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 57, and on that basis, denies them.

58.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of paragraph 58, and on that basis,

denies them. The remaining allegations in paragraph 58 state legal conclusions to which no response is required. To the extent a response is required, Level 3 denies the remaining allegations in paragraph 58.

59.     Level 3 denies the allegations in paragraph 59.

60.     Level 3 denies the allegations in paragraph 60 directed at it. Level 3 lacks knowledge or information sufficient to form a basis as to the truth of the remaining allegations in paragraph 60, and on that basis, denies them.

61.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 61, and on that basis, denies them.

62.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 62, and on that basis, denies them.

63.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 63, and on that basis, denies them.

64.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 64, and on that basis, denies them.

**LEGAL BRIEF**

**THE TELEMARKETING SALES RULE**

65.     The allegations contained in paragraph 65 state legal conclusions to which no response is required. To the extent a response is required, Level 3 specifically denies that it violated the Telemarketing and Consumer Fraud and Abuse Protection Act ("TCFAPA") or any of its implementing regulations, including the

Telemarketing Sales Rule ("TSR").

66.     The allegations contained in paragraph 66 and each of its subparts state legal conclusions to which no response is required. To the extent a response is required, Level 3 specifically denies that it violated the TCFAPA or any of its implementing regulations, including the TSR.

67.     The allegations contained in paragraph 67 state legal conclusions to which no response is required. To the extent a response is required, Level 3 specifically denies that it violated the TCFAPA or any of its implementing regulations, including the TSR.

68.     The allegations contained in paragraph 68 state legal conclusions to which no response is required. To the extent a response is required, Level 3 specifically denies that it violated the TCFAPA or any of its implementing regulations, including the TSR.

69.     The allegations contained in paragraph 69 state legal conclusions to which no response is required. To the extent a response is required, Level 3 specifically denies that it violated the TCFAPA or any of its implementing regulations, including the TSR.

70.     The allegations contained in paragraph 70 state legal conclusions to which no response is required. To the extent a response is required, Level 3 specifically denies that it violated the TSR.

71.     The allegations contained in paragraph 71 state legal conclusions to

which no response is required. To the extent a response is required, Level 3 specifically denies that it violated the TSR.

72.     The allegations contained in paragraph 72 state legal conclusions to which no response is required. To the extent a response is required, Level 3 specifically denies that it violated the TSR.

73.     The allegations contained in paragraph 73 state legal conclusions to which no response is required. To the extent a response is required, Level 3 specifically denies that it violated the TSR.

74.     The allegations contained in paragraph 74 state legal conclusions to which no response is required. To the extent a response is required, Level 3 specifically denies that it violated the TSR.

75.     The allegations contained in paragraph 75 state legal conclusions to which no response is required. To the extent a response is required, Level 3 specifically denies that it violated the TSR.

76.     The allegations contained in paragraph 76 state legal conclusions to which no response is required. To the extent a response is required, Level 3 specifically denies that it violated the TSR.

77.     The allegations contained in paragraph 77 state legal conclusions to which no response is required. To the extent a response is required, Level 3 specifically denies that it violated the TSR.

78.     The allegations contained in paragraph 78 state legal conclusions to

which no response is required. To the extent a response is required, Level 3 specifically denies that it violated the TSR.

79. The allegations contained in paragraph 79 state legal conclusions to which no response is required. To the extent a response is required, Level 3 specifically denies that it violated the TSR.

80. The allegations contained in paragraph 80 state legal conclusions to which no response is required. To the extent a response is required, Level 3 specifically denies that it violated the TSR.

81. The allegations contained in paragraph 81 state legal conclusions to which no response is required. To the extent a response is required, Level 3 specifically denies that it violated the TSR.

82. The allegations contained in paragraph 82 state legal conclusions to which no response is required. To the extent a response is required, Level 3 specifically denies that it violated the TSR.

83. The allegations contained in paragraph 83 state legal conclusions to which no response is required. To the extent a response is required, Level 3 specifically denies that it violated the TSR.

84. The allegations contained in paragraph 84 state legal conclusions to which no response is required. To the extent a response is required, Level 3 specifically denies that it violated the TSR.

85. The allegations contained in paragraph 85 state legal conclusions to

which no response is required. To the extent a response is required, Level 3 specifically denies that it violated the TCFAPA or any of its implementing regulations, including the TSR.

86.     The allegations contained in paragraph 86 state legal conclusions to which no response is required. To the extent a response is required, Level 3 specifically denies that it violated the TCFAPA, the "FTC Act," or any of their implementing regulations, including the TSR.

**THE TELEPHONE CONSUMER PROTECTION ACT**

87.     The allegations contained in paragraph 87 state legal conclusions to which no response is required. To the extent a response is required, Level 3 specifically denies that it violated the Telephone Consumer Protect Act ("TCPA") or any of its implementing regulations.

88.     The allegations contained in paragraph 88 state legal conclusions to which no response is required. To the extent a response is required, Level 3 specifically denies that it violated the TCPA or any of its implementing regulations.

89.     The allegations contained in paragraph 89 state legal conclusions to which no response is required. To the extent a response is required, Level 3 specifically denies that it violated the TCPA or any of its implementing regulations.

90.     The allegations contained in paragraph 90 state legal conclusions to which no response is required. To the extent a response is required, Level 3 specifically denies that it violated the TCPA or any of its implementing regulations.

91.     The allegations contained in paragraph 91 state legal conclusions to which no response is required. To the extent a response is required, Level 3 specifically denies that it violated the TCPA or any of its implementing regulations.

92.     The allegations contained in paragraph 92 and each of its subparts state legal conclusions to which no response is required. To the extent a response is required, Level 3 specifically denies that it violated the TCPA or any of its implementing regulations.

93.     The allegations contained in paragraph 93 state legal conclusions to which no response is required. To the extent a response is required, Level 3 specifically denies the allegations in paragraph 93 directed at it. Level 3 lacks knowledge or information sufficient to form a basis as to the truth of the remaining allegations in paragraph 93, and on that basis, denies them.

**COMMERCE**

94.     The allegations contained in paragraph 94 state legal conclusions to which no response is required. To the extent a response is required, Level 3 specifically denies the allegations in paragraph 94 directed at it. Level 3 lacks knowledge or information sufficient to form a basis as to the truth of the remaining allegations in paragraph 94, and on that basis, denies them.

**INVASION OF PRIVACY:  Intrusion Upon Seclusion**

95.     The allegations contained in paragraph 95 state legal conclusions to which no response is required. To the extent a response is required, Level 3

specifically denies that it violated Plaintiff's alleged common law privacy rights.

96.     The allegations contained in paragraph 96 state legal conclusions to which no response is required. To the extent a response is required, Level 3 specifically denies that it violated Plaintiff's alleged common law privacy rights.

97.     Level 3 specifically denies the allegations in paragraph 97 and each of its subparts directed at it. Level 3 lacks knowledge or information sufficient to form a basis as to the truth of the remaining allegations in paragraph 97 and each of its subparts, and on that basis, denies them.

### OKLAHOMA STATUTES:  § 21-1172. Obscene, threatening, or harassing telecommunication or other electronic communications

98.     The allegations contained in paragraph 98 and each of its subparts state legal conclusions to which no response is required. To the extent a response is required, Level 3 specifically denies that it violated any provision of the criminal statute Plaintiff cites, Okla. Stat. Ann. tit. 21 § 1172.

### SUMMERS V. TICE, OLIVER V. MILES

99.     The allegations contained in paragraph 99 state legal conclusions to which no response is required. To the extent a response is required, Level 3 specifically denies it can be found jointly and severally liable to Plaintiff for any of his claims.

100.    The allegations contained in paragraph 100 state legal conclusions to which no response is required. To the extent a response is required, Level 3 specifically denies the allegations in paragraph 100 directed at it. Level 3 lacks

knowledge or information sufficient to form a basis as to the truth of the remaining allegations in paragraph 100, and on that basis, denies them. Further, Level 3 specifically denies it can be found jointly and severally liable to Plaintiff for any of his claims.

101.    The allegations contained in paragraph 101 state legal conclusions to which no response is required. To the extent a response is required, Level 3 specifically denies the allegations in paragraph 101 directed at it. Level 3 lacks knowledge or information sufficient to form a basis as to the truth of the remaining allegations in paragraph 101, and on that basis, denies them.

102.    The allegations contained in paragraph 102 state legal conclusions to which no response is required. To the extent a response is required, Level 3 specifically denies the allegations in paragraph 102 directed at it. Level 3 lacks knowledge or information sufficient to form a basis as to the truth of the remaining allegations in paragraph 102, and on that basis, denies them. Further, Level 3 specifically denies it can be found jointly and severally liable to Plaintiff for any of his claims.

103.    The allegations contained in paragraph 103 state legal conclusions to which no response is required. To the extent a response is required, Level 3 specifically denies it can be found jointly and severally liable to Plaintiff for any of his claims.

104.    The allegations contained in paragraph 104 state legal conclusions to

which no response is required. To the extent a response is required, Level 3 specifically denies it can be found jointly and severally liable to Plaintiff for any of his claims.

105.   The allegations contained in paragraph 105 state legal conclusions to which no response is required. To the extent a response is required, Level 3 specifically denies the allegations in paragraph 105 directed at it. Level 3 lacks knowledge or information sufficient to form a basis as to the truth of the remaining allegations in paragraph 105, and on that basis, denies them. Further, Level 3 specifically denies it can be found jointly and severally liable to Plaintiff for any of his claims.

106.   The allegations contained in paragraph 106 state legal conclusions to which no response is required. To the extent a response is required, Level 3 specifically denies the allegations in paragraph 106 directed at it. Level 3 lacks knowledge or information sufficient to form a basis as to the truth of the remaining allegations in paragraph 106, and on that basis, denies them. Further, Level 3 specifically denies it can be found jointly and severally liable to Plaintiff for any of his claims.

**DEFENDANTS' ILLEGAL SPAM AND ROBOCALLING BUSINESSES**
**Overview of Defendants' Business Practices**
HERITAGE HARD ASSETS LLC

107.   Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 107, and on that basis, denies them.

108.   Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 108, and on that basis, denies them.

109.   Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 109, and on that basis, denies them.

110.   Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 110, and on that basis, denies them.

111.   Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 111, and on that basis, denies them.

112.   Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 112, and on that basis, denies them.

113.   Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 113, and on that basis, denies them.

114.   Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 114, and on that basis, denies them.

115.   Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 115, and on that basis, denies them.

116.   Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 116, and on that basis, denies them.

117.   Level 3 denies the allegations in paragraph 117.

118.   Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 118, and on that basis, denies them.

119.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 119, and on that basis, denies them.

120.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 120, and on that basis, denies them.

121.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 121, and on that basis, denies them.

122.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 122, and on that basis, denies them.

123.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 123, and on that basis, denies them.

124.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 124, and on that basis, denies them.

125.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 125, and on that basis, denies them.

126.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 126, and on that basis, denies them.

127.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 127, and on that basis, denies them.

128.     Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 128, and on that basis, denies them.

129.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 129, and on that basis, denies them.

130.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 130, and on that basis, denies them.

131.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 131, and on that basis, denies them.

132.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 132, and on that basis, denies them.

133.    Level 3 denies the allegations in paragraph 133.

134.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 134, and on that basis, denies them.

135.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 135, and on that basis, denies them.

136.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 136, and on that basis, denies them.

137.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 137, and on that basis, denies them.

138.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 138, and on that basis, denies them.

139.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 139, and on that basis, denies them.

140.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 140, and on that basis, denies them.

141.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 141, and on that basis, denies them.

142.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 142, and on that basis, denies them.

143.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 143, and on that basis, denies them.

144.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 144, and on that basis, denies them.

145.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 145, and on that basis, denies them.

146.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 146, and on that basis, denies them.

147.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 147, and on that basis, denies them.

148.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 148, and on that basis, denies them.

149.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 149, and on that basis, denies them.

150.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 150, and on that basis, denies them.

151.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 151, and on that basis, denies them.

152.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 152, and on that basis, denies them.

SOUTH BAR GALLERIES LLC

153.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 153, and on that basis, denies them.

154.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 154, and on that basis, denies them.

155.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 155, and on that basis, denies them.

156.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 156, and on that basis, denies them.

157.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 157, and on that basis, denies them.

158.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 158, and on that basis, denies them.

159.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 159, and on that basis, denies them.

160.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 160, and on that basis, denies them.

161.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 161, and on that basis, denies them.

162.    Level 3 specifically denies the allegations in paragraph 162 directed at it. Level 3 lacks knowledge or information sufficient to form a basis as to the truth of the remaining allegations in paragraph 162, and on that basis, denies them.

TELNYX LLC

163.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 163, and on that basis, denies them.

164.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 164, and on that basis, denies them.

165.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 165, and on that basis, denies them.

166.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 166, and on that basis, denies them.

167.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 167, and on that basis, denies them.

168.    Level 3 lacks knowledge or information sufficient to form a belief as to

the truth of the allegations in paragraph 168, and on that basis, denies them.

169.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 169, and on that basis, denies them.

170.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 170, and on that basis, denies them.

171.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 171, and on that basis, denies them.

172.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 172, and on that basis, denies them.

173.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 173, and on that basis, denies them.

174.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 174, and on that basis, denies them.

175.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 175, and on that basis, denies them.

176.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 176, and on that basis, denies them.

177.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 177, and on that basis, denies them.

178.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 178, and on that basis, denies them.

179. Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 179, and on that basis, denies them.

180. Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 180, and on that basis, denies them.

181. Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 181, and on that basis, denies them.

182. Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 182, and on that basis, denies them.

183. Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 183, and on that basis, denies them.

184. Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 184, and on that basis, denies them.

185. Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 185, and on that basis, denies them.

ONVOY, LLC

186. Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 186, and on that basis, denies them.

187. Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 187, and on that basis, denies them.

188. Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 188, and on that basis, denies them.

189.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 189, and on that basis, denies them.

190.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 190, and on that basis, denies them.

191.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 191, and on that basis, denies them.

192.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 192, and on that basis, denies them.

193.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 193, and on that basis, denies them.

194.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 194, and on that basis, denies them.

195.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 195, and on that basis, denies them.

196.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 196, and on that basis, denies them.

197.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 197, and on that basis, denies them.

198.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 198, and on that basis, denies them.

199.    Level 3 lacks knowledge or information sufficient to form a belief as to

the truth of the allegations in paragraph 199, and on that basis, denies them.

200. Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 200, and on that basis, denies them.

201. Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 201, and on that basis, denies them.

202. Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 202, and on that basis, denies them.

203. Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 203, and on that basis, denies them.

204. Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 204, and on that basis, denies them.

205. Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 205, and on that basis, denies them.

LEVEL 3 COMMUNICATIONS, LLC
CENTURYLINK COMMUNICATIONS, LLC

206. Level 3 admits that it is a Voice over Internet Protocol (VoIP) service provider, and denies the remaining allegations in paragraph 206.

207. Level 3 specifically avers that on November 3, 2023, one call was transmitted on Level 3's network appearing to be from the calling number Plaintiff identifies to, upon information and belief, Plaintiff's phone number. Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 207, and on that basis, denies them. Further, Level 3

specifically avers that it did not initiate any telephone calls or "robocalls" to Plaintiff.

208. Level 3 denies the allegations in paragraph 208.

209. Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 209, and on that basis, denies them.

210. Level 3 denies the allegations in paragraph 210.

211. Level 3 denies the allegations in paragraph 211.

212. Level 3 denies the allegations in paragraph 212.

213. Level 3 denies the allegations in paragraph 213.

214. Level 3 denies the allegations in paragraph 214.

215. Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 215, and on that basis, denies them.

216. Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 216, and on that basis, denies them.

217. Level 3 denies the allegations in paragraph 217.

218. Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 218, and on that basis, denies them.

219. Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 219, and on that basis, denies them.

220. Level 3 denies the allegations in paragraph 220.

221. Level 3 denies the allegations in paragraph 221.

222. Level 3 denies the allegations in paragraph 222.

223. Level 3 denies the allegations in paragraph 223.

**Overview of Defendant's Illegal Calls**

224. Level 3 specifically denies the allegations in paragraph 224 directed at it. Level 3 lacks knowledge or information sufficient to form a basis as to the truth of the remaining allegations in paragraph 224, and on that basis, denies them. Further, Level 3 specifically avers that it did not initiate any telephone calls or "robocalls" to Plaintiff.

225. Level 3 specifically denies the allegations in paragraph 225 directed at it. Level 3 lacks knowledge or information sufficient to form a basis as to the truth of the remaining allegations in paragraph 225, and on that basis, denies them. Further, Level 3 specifically avers that it did not initiate any telephone calls or "robocalls" to Plaintiff.

226. Level 3 specifically denies the allegations in paragraph 226 directed at it. Level 3 lacks knowledge or information sufficient to form a basis as to the truth of the remaining allegations in paragraph 226, and on that basis, denies them. Further, Level 3 specifically avers that it did not initiate any telephone calls or "robocalls" to Plaintiff.

227. Level 3 specifically denies the allegations in paragraph 227 directed at it. Level 3 lacks knowledge or information sufficient to form a basis as to the truth of the remaining allegations in paragraph 227, and on that basis, denies them. Further, Level 3 specifically avers that it did not initiate any telephone calls or "robocalls" to

Plaintiff.

228.   Level 3 lacks knowledge or information sufficient to form a basis as to the truth of the remaining allegations in paragraph 228, and on that basis, denies them. Further, Level 3 specifically avers that it did not initiate any telephone calls or "robocalls" to Plaintiff.

229.   Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 229, and on that basis, denies them. Further, Level 3 specifically avers that it did not initiate any telephone calls or "robocalls" to Plaintiff.

230.   Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 230, and on that basis, denies them. Further, Level 3 specifically avers that it did not initiate any telephone calls or "robocalls" to Plaintiff.

231.   Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 231, and on that basis, denies them. Further, Level 3 specifically avers that it did not initiate any telephone calls or "robocalls" to Plaintiff.

232.   Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 232, and on that basis, denies them. Further, Level 3 specifically avers that it did not initiate any telephone calls or "robocalls" to Plaintiff.

233. Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 233, and on that basis, denies them. Further, Level 3 specifically avers that it did not initiate any telephone calls or "robocalls" to Plaintiff.

234. Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 234, and on that basis, denies them. Further, Level 3 specifically avers that it did not initiate any telephone calls or "robocalls" to Plaintiff.

235. Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 235, and on that basis, denies them. Further, Level 3 specifically avers that it did not initiate any telephone calls or "robocalls" to Plaintiff.

236. Level 3 specifically denies the allegations in paragraph 236 directed at it. Level 3 lacks knowledge or information sufficient to form a basis as to the truth of the remaining allegations in paragraph 236, and on that basis, denies them. Further, Level 3 specifically avers that it did not initiate any telephone calls or "robocalls" to Plaintiff.

237. Level 3 specifically denies the allegations in paragraph 237 directed at it. Level 3 lacks knowledge or information sufficient to form a basis as to the truth of the remaining allegations in paragraph 237, and on that basis, denies them. Further, Level 3 specifically avers that it did not initiate any telephone calls or "robocalls" to

Plaintiff.

238.    Level 3 specifically denies the allegations in paragraph 238 directed at it. Level 3 lacks knowledge or information sufficient to form a basis as to the truth of the remaining allegations in paragraph 238, and on that basis, denies them. Further, Level 3 specifically avers that it did not initiate any telephone calls or "robocalls" to Plaintiff.

239.    Level 3 specifically denies the allegations in paragraph 239 directed at it. Level 3 lacks knowledge or information sufficient to form a basis as to the truth of the remaining allegations in paragraph 239, and on that basis, denies them. Further, Level 3 specifically avers that it did not initiate any telephone calls or "robocalls" to Plaintiff.

240.    Level 3 specifically denies the allegations in paragraph 240 directed at it. Level 3 lacks knowledge or information sufficient to form a basis as to the truth of the remaining allegations in paragraph 240, and on that basis, denies them. Further, Level 3 specifically avers that it did not initiate any telephone calls or "robocalls" to Plaintiff.

241.    Level 3 specifically denies the allegations in paragraph 241 directed at it. Level 3 lacks knowledge or information sufficient to form a basis as to the truth of the remaining allegations in paragraph 241, and on that basis, denies them. Further, Level 3 specifically avers that it did not initiate any telephone calls or "robocalls" to Plaintiff.

242.	Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 242, and on that basis, denies them. Further, Level 3 specifically avers that it did not initiate any telephone calls or "robocalls" to Plaintiff.

243.	Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 243, and on that basis, denies them. Further, Level 3 specifically avers that it did not initiate any telephone calls or "robocalls" to Plaintiff.

244.	Level 3 specifically denies the allegations in paragraph 244 directed at it. Level 3 lacks knowledge or information sufficient to form a basis as to the truth of the remaining allegations in paragraph 244, and on that basis, denies them. Further, Level 3 specifically avers that it did not initiate any telephone calls or "robocalls" to Plaintiff.

245.	Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 245, and on that basis, denies them. Further, Level 3 specifically avers that it did not initiate any telephone calls or "robocalls" to Plaintiff.

246.	Level 3 specifically denies the allegations in paragraph 246 directed at it. Level 3 lacks knowledge or information sufficient to form a basis as to the truth of the remaining allegations in paragraph 246, and on that basis, denies them. Further, Level 3 specifically avers that it did not initiate any telephone calls or "robocalls" to

Plaintiff.

247.   Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 247, and on that basis, denies them. Further, Level 3 specifically avers that it did not initiate any telephone calls or "robocalls" to Plaintiff.

248.   Level 3 specifically denies the allegations in paragraph 248 directed at it. Level 3 lacks knowledge or information sufficient to form a basis as to the truth of the remaining allegations in paragraph 248, and on that basis, denies them. Further, Level 3 specifically avers that it did not initiate any telephone calls or "robocalls" to Plaintiff.

249.   Level 3 specifically denies the allegations in paragraph 249 directed at it. Level 3 lacks knowledge or information sufficient to form a basis as to the truth of the remaining allegations in paragraph 249, and on that basis, denies them. Further, Level 3 specifically avers that it did not initiate any telephone calls or "robocalls" to Plaintiff.

250.   Level 3 specifically denies the allegations in paragraph 250 directed at it. Level 3 lacks knowledge or information sufficient to form a basis as to the truth of the remaining allegations in paragraph 250, and on that basis, denies them. Further, Level 3 specifically avers that it did not initiate any telephone calls or "robocalls" to Plaintiff.

251.   Level 3 specifically denies the allegations in paragraph 251 directed at

it. Level 3 lacks knowledge or information sufficient to form a basis as to the truth of the remaining allegations in paragraph 251, and on that basis, denies them. Further, Level 3 specifically avers that it did not initiate any telephone calls or "robocalls" to Plaintiff.

252.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 252, and on that basis, denies them. Further, Level 3 specifically avers that it did not initiate any telephone calls or "robocalls" to Plaintiff.

253.    Level 3 specifically denies the allegations in paragraph 253 directed at it. Level 3 lacks knowledge or information sufficient to form a basis as to the truth of the remaining allegations in paragraph 253, and on that basis, denies them. Further, Level 3 specifically avers that it did not initiate any telephone calls or "robocalls" to Plaintiff.

254.    Level 3 specifically denies the allegations in paragraph 254 directed at it. Level 3 lacks knowledge or information sufficient to form a basis as to the truth of the remaining allegations in paragraph 254, and on that basis, denies them. Further, Level 3 specifically avers that it did not initiate any telephone calls or "robocalls" to Plaintiff.

255.    Level 3 specifically denies the allegations in paragraph 255 directed at it. Level 3 lacks knowledge or information sufficient to form a basis as to the truth of the remaining allegations in paragraph 255, and on that basis, denies them. Further,

Level 3 specifically avers that it did not initiate any telephone calls or "robocalls" to Plaintiff.

256. Level 3 specifically denies the allegations in paragraph 256 directed at it. Level 3 lacks knowledge or information sufficient to form a basis as to the truth of the remaining allegations in paragraph 256, and on that basis, denies them. Further, Level 3 specifically avers that it did not initiate any telephone calls or "robocalls" to Plaintiff.

257. Level 3 specifically denies the allegations in paragraph 257 directed at it. Level 3 lacks knowledge or information sufficient to form a basis as to the truth of the remaining allegations in paragraph 257, and on that basis, denies them. Further, Level 3 specifically avers that it did not initiate any telephone calls or "robocalls" to Plaintiff.

258. Level 3 specifically denies the allegations in paragraph 258 directed at it. Level 3 lacks knowledge or information sufficient to form a basis as to the truth of the remaining allegations in paragraph 258, and on that basis, denies them. Further, Level 3 specifically avers that it did not initiate any telephone calls or "robocalls" to Plaintiff.

259. Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 259, and on that basis, denies them. Further, Level 3 specifically avers that it did not initiate any telephone calls or "robocalls" to Plaintiff.

260.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 260, and on that basis, denies them. Further, Level 3 specifically avers that it did not initiate any telephone calls or "robocalls" to Plaintiff.

261.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 261, and on that basis, denies them. Further, Level 3 specifically avers that it did not initiate any telephone calls or "robocalls" to Plaintiff.

262.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 262, and on that basis, denies them. Further, Level 3 specifically avers that it did not initiate any telephone calls or "robocalls" to Plaintiff.

263.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 263, and on that basis, denies them. Further, Level 3 specifically avers that it did not initiate any telephone calls or "robocalls" to Plaintiff.

264.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 264, and on that basis, denies them. Further, Level 3 specifically avers that it did not initiate any telephone calls or "robocalls" to Plaintiff.

265.    Level 3 specifically avers that it does not have a customer relationship

with Plaintiff, and denies any other allegations in paragraph 265 directed at it. Level 3 lacks knowledge or information sufficient to form a basis as to the truth of the remaining allegations in paragraph 265, and on that basis, denies them.

266.   Level 3 specifically denies the allegations in paragraph 266 directed at it. Level 3 lacks knowledge or information sufficient to form a basis as to the truth of the remaining allegations in paragraph 266, and on that basis, denies them. Further, Level 3 specifically avers that it did not initiate any telephone calls or "robocalls" to Plaintiff.

## Attorney Harassment

267.   The allegations contained in paragraph 267 state legal conclusions to which no response is required. To the extent a response is required, Level 3 denies the allegations in paragraph 267.

268.   The allegations contained in paragraph 268 state legal conclusions to which no response is required. To the extent a response is required, Level 3 denies the allegations in paragraph 267.

269.   Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 269, and on that basis, denies them.

270.   Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 270, and on that basis, denies them.

271.   The allegations contained in paragraph 271 and each of its subparts state legal conclusions to which no response is required. To the extent a response is

required, Level 3 specifically denies that it violated any of the various ethical rules Plaintiff cites.

272.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 272, and on that basis, denies them.

273.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 273, and on that basis, denies them.

274.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 274, and on that basis, denies them.

275.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 275, and on that basis, denies them.

276.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 276, and on that basis, denies them.

277.    Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 277, and on that basis, denies them.

## INDIVIDUAL LIABILITY OF DEFENDANTS

278.    The allegations contained in paragraph 278 state legal conclusions to which no response is required. To the extent a response is required, Level 3 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 278, and on that basis, denies them. Level 3 specifically denies that it or any of officers are liable to Plaintiff for the conduct he alleges.

279.    Level 3 denies the allegations in paragraph 279 directed at it. Level 3 lacks knowledge or information sufficient to form a basis as to the truth of the

remaining allegations in paragraph 279, and on that basis, denies them. Level 3 specifically denies that it or any of officers are liable to Plaintiff for the conduct he alleges.

280. The allegations contained in paragraph 280 state legal conclusions to which no response is required. To the extent a response is required, Level 3 denies the allegations in paragraph 280 directed at it. Level 3 lacks knowledge or information sufficient to form a basis as to the truth of the remaining allegations in paragraph 280, and on that basis, denies them. Level 3 specifically denies that it or any of officers are liable to Plaintiff for the conduct he alleges.

281. Level 3 denies the allegations in paragraph 281 directed at it. Level 3 lacks knowledge or information sufficient to form a basis as to the truth of the remaining allegations in paragraph 281, and on that basis, denies them. Level 3 specifically denies that it or any of officers are liable to Plaintiff for the conduct he alleges.

282. Level 3 denies the allegations in paragraph 282 directed at it. Level 3 lacks knowledge or information sufficient to form a basis as to the truth of the remaining allegations in paragraph 282, and on that basis, denies them. Level 3 specifically denies that it or any of officers are liable to Plaintiff for the conduct he alleges.

283. Level 3 denies the allegations in paragraph 283 directed at it. Level 3 lacks knowledge or information sufficient to form a basis as to the truth of the

remaining allegations in paragraph 283, and on that basis, denies them. Level 3 specifically denies that it or any of officers are liable to Plaintiff for the conduct he alleges.

284. Level 3 denies the allegations in paragraph 284 directed at it. Level 3 lacks knowledge or information sufficient to form a basis as to the truth of the remaining allegations in paragraph 284, and on that basis, denies them. Level 3 specifically denies that it or any of officers are liable to Plaintiff for the conduct he alleges.

285. The allegations contained in paragraph 285 state legal conclusions to which no response is required. To the extent a response is required, Level 3 denies the allegations in paragraph 285 directed at it. Level 3 lacks knowledge or information sufficient to form a basis as to the truth of the remaining allegations in paragraph 285, and on that basis, denies them. Level 3 specifically denies that it or any of officers are liable to Plaintiff for the conduct he alleges.

286. The allegations contained in paragraph 286 state legal conclusions to which no response is required. To the extent a response is required, Level 3 denies the allegations in paragraph 286 directed at it. Level 3 lacks knowledge or information sufficient to form a basis as to the truth of the remaining allegations in paragraph 286, and on that basis, denies them. Level 3 specifically denies that it or any of officers are liable to Plaintiff for the conduct he alleges.

## VIOLATIONS OF THE TELEMARKETING SALES RULE

### COUNT I
### (Violating the Prohibition against
### Deceptive Telemarketing Acts or Practices)

287.    Level 3 denies the allegations in paragraph 287.

288.    Level 3 denies the allegations in paragraph 288.

289.    Level 3 denies the allegations in paragraph 289.

290.    Level 3 denies the allegations in paragraph 290.

291.    Level 3 denies the allegations in paragraph 291.

### COUNT II
### (Violating the Prohibition against
### Abusive Telemarketing Acts or Practices)

292.    Level 3 denies the allegations in paragraph 292.

293.    Level 3 denies the allegations in paragraph 293.

294.    Level 3 denies the allegations in paragraph 294.

295.    Level 3 denies the allegations in paragraph 295.

### COUNT III
### (Violating the Prohibition against
### Abusive Telemarketing Acts or Practices)

296.    Level 3 denies the allegations in paragraph 296.

297.    Level 3 denies the allegations in paragraph 297.

298.    Level 3 denies the allegations in paragraph 298.

299.    Level 3 denies the allegations in paragraph 299.

## COUNT IV
## (Violating the Prohibition against
## Abusive Telemarketing Acts or Practices)

300.  Level 3 denies the allegations in paragraph 300.

301.  Level 3 denies the allegations in paragraph 301.

302.  Level 3 denies the allegations in paragraph 302.

303.  Level 3 denies the allegations in paragraph 303.

## VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT

## COUNT V
## (Violating the Prohibition against Calling Numbers Listed on the
## National Do Not Call Registry)

304.  Level 3 denies the allegations in paragraph 304.

305.  Level 3 denies the allegations in paragraph 305.

## COUNT VI
## (Violating the Prohibition against the Use of Artificial or Prerecorded Voice
## Messages to Residential Telephone Lines)

306.  Level 3 denies the allegations in paragraph 306.

307.  Level 3 denies the allegations in paragraph 307.

## COUNT VII
## (Violating the Prohibition against the Use of Artificial or Prerecorded Voice
## Messages to Cellular Telephone Lines)

308.  Level 3 denies the allegations in paragraph 308.

309.  Level 3 denies the allegations in paragraph 309.

## COUNT VIII
## (Violating the Prohibition against Use of Artificial or Prerecorded Voice
## Messages Without Clear Disclosure of Caller Identity)

310.  Level 3 denies the allegations in paragraph 311.

311.   Level 3 denies the allegations in paragraph 310.

## COUNT IX
### (Violating the Prohibition against Misleading or Inaccurate Caller Identification Information)

312.   Level 3 denies the allegations in paragraph 312.

313.   Level 3 denies the allegations in paragraph 313.

## <u>VIOLATIONS OF OKLAHOMA TELEMARKETING LAWS</u>

## COUNT X
### (Violating §15-775C.3. A – Autodialers)

314.   Level 3 denies the allegations in paragraph 314.

315.   Level 3 denies the allegations in paragraph 315.

316.   Level 3 denies the allegations in paragraph 316.

## COUNT XI
### (Violating §15-775C.3. B – Caller ID Spoofing)

317.   Level 3 denies the allegations in paragraph 317.

318.   Level 3 denies the allegations in paragraph 318.

319.   Level 3 denies the allegations in paragraph 319.

320.   Level 3 denies the allegations in paragraph 320.

321.   Level 3 denies the allegations in paragraph 321.

322.   The allegations contained in paragraph 322 state legal conclusions to which no response is required. To the extent a response is required, Level 3 denies the allegations in paragraph 322.

## COUNT XII
### (Invasion of Privacy:  Intrusion Upon Seclusion)

323.　Level 3 denies the allegations in paragraph 323.

324.　The allegations contained in paragraph 324 state legal conclusions to which no response is required. To the extent a response is required, Level 3 denies the allegations in paragraph 324.

325.　The allegations contained in paragraph 325 state legal conclusions to which no response is required. To the extent a response is required, Level 3 denies the allegations in paragraph 325.

326.　The allegations contained in paragraph 326 state legal conclusions to which no response is required. To the extent a response is required, Level 3 denies the allegations in paragraph 326.

327.　Level 3 denies the allegations in paragraph 327.

## COUNT XIII
### (Oklahoma Statutes, §21-1172. Obscene, threatening or harassing telecommunication or other electronic communications; Tort in Essence)

328.　Level 3 denies the allegations in paragraph 328.

329.　Level 3 denies the allegations in paragraph 329.

330.　Level 3 denies the allegations in paragraph 330.

331.　Level 3 denies the allegations in paragraph 331.

332.　Level 3 denies the allegations in paragraph 332.

333.　Level 3 denies the allegations in paragraph 333.

## RELIEF SOUGHT

Level 3 denies that Plaintiff is entitled to any relief, including the relief sought in paragraphs 1 through 11 and each of their subparts as set forth at the end of the Complaint.

## GENERAL DENIAL

All allegations not specifically admitted, denied, or otherwise explained above are hereby denied.

## LEVEL 3'S AFFIRMATIVE DEFENSES

Standing fully on its right to plead defenses in the alternative, Level 3 asserts the following defenses and reserves the right to amend this answer to assert other and additional defenses when and if, in the course of discovery and preparation for trial, it becomes appropriate. By asserting these defenses here, Level 3 does not suggest either that Plaintiff does not bear the burden of pleading, production, or proof as to such matter or that such matters are not elements Plaintiff must establish in order to make a prima facie case on one or more of his claims against Level 3. Nothing stated herein is intended or shall be construed as an admission that any particular issue or subject matter is relevant to Plaintiff's claims or allegations.

1.      Plaintiff's claims are barred, in whole or in part, to the extent they have been filed beyond any applicable statute of limitations.

2.      Plaintiff's claims are barred, in whole or in part, for failure to state a cause of action upon which relief may be granted.

3.      Plaintiff's claims are barred, in whole or in part, under the doctrines of

res judicata, collateral estoppel, claim preclusion, and issue preclusion.

4. Plaintiff's claims are barred, in whole or in part, to the extent that Plaintiff's purported injuries were proximately caused by persons or entities other than Level 3 and without good cause or reason for Level 3 to have known.

5. At all times relevant, Level 3 acted in good faith to comply with applicable federal and state telecommunications laws and other applicable laws, and with reasonable grounds to believe that it was in compliance with such laws.

6. Plaintiff's claims are barred, in whole or in part, or reduced by his failure to mitigate or avoid their damages, if any.

7. Plaintiff's claims are barred, in whole or in part, by the doctrines of unclean hands, laches, waiver, estoppel, accord and satisfaction, and other equitable defenses.

8. Plaintiff's claims are barred, in whole or in part, because he sustained no damage or, if any, *de minimis* damages.

9. Plaintiff's claims are barred, in whole or in part, because he has failed to name necessary parties to the litigation pursuant to FED. R. CIV. P. 19.

10. Plaintiff's claims are barred, in whole or in part, to the extent Plaintiff consented to the conduct he alleges.

11. Plaintiff's claims asserted under the TSR in Counts I–IV are barred, in whole or in part, because as a common carrier Level 3 is not subject to the TSR, the TCPA, or the general jurisdiction of the Federal Trade Commission.

12. Plaintiff's claims asserted under the TCPA in counts V–IX are barred, in whole or in part, because Level 3 is exempt from the requirements of the TCPA under the common carrier exemption.

13. Plaintiff's claims asserted under Oklahoma Telemarketing Laws in Counts X–XI are barred, in whole or in part, because as a common carrier Level 3 is statutorily and otherwise exempt from such laws.

14. Plaintiff's claim asserting invasion of privacy in Count XII is barred, in whole or in part, because Plaintiff fails to identify conduct that would be highly offensive to the reasonable person.

15. Plaintiff's claims are barred, in whole or in part, due to lack of standing, including, but not limited to, Plaintiff's claim asserted pursuant to Oklahoma penal code in Count XIII.

16. Level 3 reserves the right to seek contribution and indemnification from other parties whose actions contributed to or caused the damages of Plaintiff, whose alleged damages are specifically denied.

### RESERVATION OF RIGHTS

Level 3 has not knowingly or intentionally waived any applicable defenses, and it reserves the right to amend its answer and defenses as warranted through the discovery process and to assert additional defenses that may become known to it.

### PRAYER FOR RELIEF

Level 3 respectfully requests that the Court enter judgment for Level 3 on all claims asserted against it, dismiss it from this action, and award Level 3 its costs and

attorneys' fees incurred in defending this action and such other further relief as the

Court deems just and proper.

Respectfully submitted,

By:  _/s/ John H. Tucker_____
JOHN H. TUCKER, OBA 9110
jtucker@rhodesokla.com
RHODES HIERONYMUS JONES TUCKER & GABLE
P.O. Box 21100
Tulsa, Oklahoma 74121-1100
(918) 582-1173; (918) 592-3390 [fax]
**_Attorney for Defendant, Level 3_**
**_Communications, LLC_**

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on the 24th day of May, 2024, I electronically transmitted the above and foregoing to the Plaintiff, Pro Se, via email at his email address, and to the Clerk of the Court using the Court's ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants:

*Plaintiff Pro Se:*

Anthony Trupia                          trupiaar@gmail.com
605 SE 21st St.
Oklahoma City, OK 73129

*Counsel for Defendant, HLV Ventures*:

Mark Banner                            mbanner@hallestill.com
Aaron C. Tifft                          atifft@hallestill.com
HALL, ESTILL, HARDWICK, GABLE,
  GOLDEN & NELSON
521 E. 2nd Street, Suite 1200
Tulsa, OK  74120

*Counsel for Defendant Telnyx, LLC:*

Brooks A. Richardson                    brichardson@baglelaw.com

GABLEGOTWALS
BOK Park Plaza
499 W. Sheridan Ave., Ste. 2200
Oklahoma City, OK 73102

*Counsel for Defendants, Heritage Hard
Assets LLC, Kyle Patton, Zachary D. Ludens,
and Zebersky Payne Shaw Lewenz, LLP:*

Zachary D. Ludens                          zludens@zpllp.com
ZEBERSKY PAYNE SHAW LEWENZ, LLP
110 Southeast 6th Street, Ste. 2900
Fort Lauderdale, FL 33301

*Counsel for Defendant, Onvoy, LLC:*

Nicholas V. Merkley                        nmerkley@gablelaw.com
Gerard D'Emilio                            gdemilio@gablelaw.com
GABLE GOTWALS
BOK Park Plaza
499 W. Sheridan Ave., Ste. 2200
Oklahoma City, OK 73102

Shawn D. Golden                            shawn.golden@morganlewis.com
Heidi Rasmussen                            Heidi.rasmussen@morganlewis.com
*Pending pro hac vice*
MORGAN LEWIS & BOCKIUS LLP
1000 Louisiana St., Ste 4000
Houston, TX 77002-5005

Ezra D. Church                             ezra.church@morganlewis.com
*Pending pro hac vice*
MORGAN LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-2921


               *s/ John H. Tucker*
_____