IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. ANTHONY TRUPIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:24-cv-00498-SLP |
| | ) | |
| 1. HERITAGE HARD ASSETS LLC, et al., | ) ) ) | |
| | ) | |
| Defendants, | ) | |

**CORPORATE DISCLOSURE STATEMENT IDENTIFYING
CONSTITUENTS OF LEVEL 3 COMMUNICATIONS, LLC**

Pursuant to LCv.R. 7.1.1, Defendant, Level 3 Communications, LLC (Level 3), states it is a Delaware limited liability company with its principal place of business in Colorado. Additionally, Level 3 states that its sole member is Level 3 Financing, Inc., a Delaware corporation, with its principal place of business in Colorado.

Respectfully submitted,

By:    _/s/ John H. Tucker_____
JOHN H. TUCKER, OBA 9110
jtucker@rhodesokla.com
RHODES HIERONYMUS JONES TUCKER & GABLE
P.O. Box 21100
Tulsa, Oklahoma 74121-1100
(918) 582-1173; (918) 592-3390 [fax]
***Attorney for Defendant, Level 3
Communications, LLC***

**CERTIFICATE OF SERVICE (CM/ECF)**

       I hereby certify that on the 24th day of May, 2024, I electronically transmitted the above and foregoing to the Plaintiff, Pro Se, via email at his email address, and to the Clerk of the Court using the Court's ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants:

*Plaintiff Pro Se:*

| | |
|---|---|
| Anthony Trupia | trupiaar@gmail.com |
| 605 SE 21st St. | |
| Oklahoma City, OK 73129 | |

*Counsel for Defendant, HLV Ventures*:

| | |
|---|---|
| Mark Banner | mbanner@hallestill.com |
| Aaron C. Tifft | atifft@hallestill.com |
| HALL, ESTILL, HARDWICK, GABLE, | |
|   GOLDEN & NELSON | |
| 521 E. 2nd Street, Suite 1200 | |
| Tulsa, OK 74120 | |

*Counsel for Defendant Telnyx, LLC:*

| | |
|---|---|
| Brooks A. Richardson | brichardson@baglelaw.com |
| GABLEGOTWALS | |
| BOK Park Plaza | |
| 499 W. Sheridan Ave., Ste. 2200 | |
| Oklahoma City, OK 73102 | |

*Counsel for Defendants, Heritage Hard Assets LLC, Kyle Patton, Zachary D. Ludens, and Zebersky Payne Shaw Lewenz, LLP:*

| | |
|---|---|
| Zachary D. Ludens | zludens@zpllp.com |
| ZEBERSKY PAYNE SHAW LEWENZ, LLP | |
| 110 Southeast 6th Street, Ste. 2900 | |
| Fort Lauderdale, FL 33301 | |

*Counsel for Defendant, Onvoy, LLC:*

Nicholas V. Merkley nmerkley@gablelaw.com
Gerard D'Emilio gdemilio@gablelaw.com
GABLE GOTWALS
BOK Park Plaza
499 W. Sheridan Ave., Ste. 2200
Oklahoma City, OK 73102

Shawn D. Golden shawn.golden@morganlewis.com
Heidi Rasmussen Heidi.rasmussen@morganlewis.com
*Pending pro hac vice*
MORGAN LEWIS & BOCKIUS LLP
1000 Louisiana St., Ste 4000
Houston, TX 77002-5005

Ezra D. Church ezra.church@morganlewis.com
*Pending pro hac vice*
MORGAN LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-2921

*s/ John H. Tucker*