### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

ANTHONY TRUPIA,

    Plaintiff,

v.                                Case No.: CIV-24-498-SLP

HERITAGE HARD ASSETS LLC, *et. al*,

    Defendants.

_____/

## ORDER ON MOTION FOR RELIEF FROM LOCAL COUNSEL REQUIREMENT

This Matter came before the Court upon the Motion for Relief from Local Counsel Requirement (the "Motion") of Defendants Heritage Hard Assets LLC, Kyle Patton, and Zebersky Payne Shaw Lewenz (collectively, the "Defendants"). The Court, having considered the Motion, reviewed the Court file, and being otherwise fully advised in the premises, hereby:

**ORDERS** and **ADJUDGES** that:

1. The Motion is **GRANTED** without prejudice.

2. Defendants are relieved from the requirement contained in Local Rule 83.3(a) that Mr. Ludens as a non-resident attorney need to associate with local counsel.

3. The Court reserves the right to re-visit this Order should the Court determine necessary.

**DONE** and **ORDERED** in Chambers at Oklahoma City, Oklahoma, this \_\_\_ day of _____, 2024.

_____
HON. SCOTT L. PALK
**UNITED STATES DISTRICT JUDGE**