IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

ANTHONY TRUPIA,

    Plaintiff,

v.

HERITAGE HARD ASSETS LLC; KYLE PATTON, individually as Manager/Officer of HERITAGE HARD ASSETS LLC; HLV VENTURES, an unregistered New York company; REAGAN GOLD GROUP, LLC; STEVE FRANCIS, individually as Manager/Officer of REAGAN GOLD GROUP, LLC; WORLD HARVEST CHURCH, INC. ; ROD PARSLEY, individually as Manager/Officer of WORLD HARVEST CHURCH, INC.; SOUTH BAY GALLERIES LLC; BRANDON MENDELSON, individually as Manager/Officer of SOUTH BAY GALLERIES LLC; TELNYX LLC; DAVID CASEM, individually as Manager/Officer of TELNYX LLC; IAN EITHER, individually as Manager/Officer of TELNYX LLC; JAMES WHEDBEE, individually as Manager/Officer of TELNYX LLC; MANDI MENA, individually as Manager/Officer of TELNYX LLC; ONVOY, LLC; BRETT SCORZA, individually as Manager/Officer of ONVOY, LLC; JAMES HYNES, individually as Manager/Officer of ONVOY, LLC; G EDWARDS EVANS, individually as Manager/Officer of ONVOY, LLC; MATTHEW CARTER JR, individually as Manager/Officer of ONVOY, LLC; LEVEL 3 COMMUNICATIONS, LLC; JEFF STOREY, individually as Manager/Officer of LEVEL 3 COMMUNICATIONS, LLC; ZEBERSKY PAYNE SHAW LEWENZ, a Florida law firm; ZACHARY D LUDENS, individually as an attorney of ZEBERSKY PAYNE SHAW LEWENZ; and DOES 1 through 100, inclusive,

    Defendants.

FILED

MAY 28 2024

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

NO. CIV-24-498-SLP

## PLAINTIFF'S MOTION FOR ACCESS TO ECF/E-FILE

Plaintiff Anthony Trupia requests access to the ECF/E-file system.

1. Plaintiff already has a P.A.C.E.R. account.

1

2. Plaintiff is more tech savvy than each and every party to this motion. Plaintiff is a competent code writer in HTML, CSS, JavaScript, PhP, SQL, and other major coding languages. Plaintiff is competent with all Microsoft products required, Word, Excel, etc. Plaintiff is more than technically competent enough to use e-file.
3. Plaintiff has worked with many state e-file systems successfully and finds them much easier to work with than mailing documents or delivering them by hand.
4. Plaintiff is already experiencing significant procedural disadvantages without access to this system. Defendants to this action have over 10 attorneys on the action, filing motions constantly, on weekends, and on holidays (an action was filed on Memorial day by the defense). Plaintiff simply cannot be expected to litigate this case effectively or keep up with these motions without equal access to e-filing.

Plaintiff requests the court him grant access to the ecf/e-filing system.

Respectfully submitted,

Anthony Trupia
/s Anthony Trupia
Trupiaar@gmail.com
Pro Se Litigant

Date: May 28th, 2024