# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

ANTHONY TRUPIA,

                    Plaintiff,

v.

HERITAGE HARD ASSETS LLC, et al.

                    Defendants.

Case No. CIV-24-498-SLP

## **O R D E R**

Before the Court is the Motion for Relief from Local Counsel Requirement [Doc. No. 27] of Defendants Zebersky Payne Shaw Lewenz, LLP (ZPSL), Heritage Hard Assets LLC (Heritage), and Kyle Patton (Patton) – collectively Defendants. Defendants seek relief pursuant to LCvR 83.3(c).

Upon review, the Motion is GRANTED at this time. The Court, however, reserves the right to reinstate the requirement should it appear local counsel would be helpful in the adjudication and/or resolution of this case.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE