IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

ANTHONY TRUPIA,

    Plaintiff,

v.

HERITAGE HARD ASSETS LLC, et al.

    Defendants.

Case No. CIV-24-498-SLP

**O R D E R**

Before the Court is Defendant, Zebersky Payne Shaw Lewenz, LLP's *Opposed* Motion for Extension of Time to Respond to Complaint [Doc. No. 28]. For good cause shown the Motion is GRANTED. However, the Court finds the requested extension until July 19, 2024 is excessive and instead grants Defendant a thirty-day extension, or until June 27, 2024.

IT IS THEREFORE ORDERED that Defendant Zebersky Payne Shaw Lewenz LLC shall answer or otherwise respond to Plaintiff's Complaint on or before June 27, 2024.

IT IS SO ORDERED this 24th day of May, 2024.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE