# with many state e-file systems successful

1. First line of text is a sample from Plaintiff's documents per PACER. Document was required to be paper filed. Then document was *digitally* scanned, run through an algorithm, and reconstructed (the original then destroyed startlingly). It is hard to see on printed paper, but on screen digital artifacts are present. This is not a true representation of Plaintiff's filing.

# or other electronic communications.
# DEFENDANTS AND NOTABLE PARTIES

2. These two lines of text are from the first exhibit of Defendant's removal to Federal Court. Defendant submitted a copy of plaintiff's complaint as is required. Notice individual grooves and extra dots, but not artifacts; it is rougher on the eyes, but is in fact at least a true copy of Plaintiff's filing, preserved unaltered, but clearly degraded.

# Motion for Relief from Local

3. This is text from a motion from an attorney on this case. There are no artifacts; there is no loss or deterioration. It is straight. Intent, text, and images imbedded and then electronically transferred to the court are perfectly preserved. Nothing is destroyed.

4. Before printing on a black and white printer, text for items 1 - 4 on this exhibit were red. Color printers are expensive. This text has all been printed black or gray.

Exhibit A