# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTHONY TRUPIA, <br><br> Plaintiff, <br><br> v. <br><br> HERITAGE HARD ASSETS LLC et al. <br><br> Defendants. | Case No. CIV-24-498-SLP |

## DEFENDANT TELNYX, LLC'S SECOND MOTION
## FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

Defendant, Telnyx LLC ("Telnyx"), through its undersigned attorneys, hereby requests a second extension of time to respond to Plaintiff's Complaint pursuant to L.Cv.R. 7.1(h). After Telnyx sought a first extension of time to June 17, 2024 [Dkt. 21], Plaintiff filed a Motion to Remand [Dkt. 29]. Plaintiff's Motion to Remand remains pending, and Telnyx's Response is due on June 18, 2024. The Court previously granted another Defendant's Motion for Extension of time to the later of either June 26, 2024, or fourteen days after the Court's decision on the Motion to Remand. [Dkt. 34]. Telnyx respectfully requests the Court grant a similar extension, so the parties can focus on addressing the issues raised in Plaintiff's Motion to Remand, with Answers to follow the Court's decision on that Motion. Given the other deadlines granted by the Court for Answers to be filed by other defendants, this request will not result in any delays or prejudice.

{2754607;}

For the foregoing reasons, Telnyx requests an extension until the later of either June 26, 2024 or fourteen (14) days after the Court has decided Plaintiff's Motion for Remand filed on May 28, 2024. [Dkt. 29]

Dated: June 13, 2024

Respectfully submitted,

/s/ Brooks A. Richardson
Brooks A. Richardson, OBA No. 18133
GABLEGOTWALS
BOK Park Plaza
499 West Sheridan Avenue, Suite 2200
Oklahoma City, Oklahoma 73102
Tel (405) 235-5500 | Fax (405) 235-2875
Email    brichardson@Gablelaw.com
***Attorneys for Telnyx, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2024, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants on the ECF System.

I hereby certify that on June 13, 2024, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing and served on the following via First-Class United States Mail:

Anthony Trupia
605 SE 21st St.
Oklahoma City, OK 73129

/s/ Brooks A. Richardson