# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTHONY TRUPIA | )<br>)<br>)<br>) |
| vs.                                       Plaintiff(s) | )   Case No. 5:24-cv-00498-SLP |
| HERITAGE HARD ASSETS LLC, et. al. | )<br>)<br>)<br>) |
| Defendant(s) | ) |

## REQUEST FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1. Full name: Ezra Dodd Church

2. State bar membership number: PA Bar No. 206072; NJ Bar No. 036952007; LA Bar No. 29796

3. Business address, telephone and fax numbers:
   Morgan, Lewis & Bockius LLP, 2222 Market Street, Philadelphia, PA 19103
   Telephone: (215) 963-5710
   Fax: (215) 963-5001

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   PA Bar Association, Commonwealth of PA, State of NJ, State of LA, Second Circuit, Third Circuit, Fifth Circuit, Eastern District of PA, Middle District of PA, District of NJ, Eastern District of WI, Eastern District of LA, Middle District of LA, Western District of LA, District of Colorado

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   ☐ Yes   ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   ☐ Yes   ☑ No
   (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?   ☑ Yes   ☐ No

   A check for $100 should be made payable to the U.S. District Court Clerk.
   (United States Government Attorneys are exempted from paying this fee.)

   DATED this ___13th_ day of __June. 2024_____.

   s/ Ezra Dodd Church
   Signature of Applicant

005/rvsd 04-23