UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| ANTHONY TRUPIA, | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CASE NO. 5:24-cv-00498-SLP |
| | § | |
| HERITAGE HARD ASSETS LLC, et. al. | § | |
| | § | |
| | § | |
| Defendant. | § | |

## MOTION FOR ADMISSION PRO HAC VICE FOR HEIDI RASMUSSEN

Pursuant to Local Rules 83.2(g) and 83.3, the undersigned attorneys move the Court for admission pro hac vice of Heidi Rasmussen of the firm Morgan, Lewis & Bockius LLP for the purpose of representing defendant Onvoy LLC ("Onvoy") in the above-styled case. In support, the undersigned state the following:

1. Ms. Rasmussen is a member in good standing of the bars of Texas (TX Bar No. 24090345).

2. For purposes of this case, Ms. Rasmussen is associated with Nicholas ("Nick") V. Merkley of the firm GableGotwals, who is personally appearing in this action for Defendant Onvoy, is a resident of and maintains a law office within Oklahoma, and has been duly and regularly admitted to practice in this Court.

3. Ms. Rasmussen has reviewed and familiarized herself with and is prepared to comply in all respects with this Court's Local Rules.

4. The Court's form Request for Admission Pro Hac Vice has been completed and signed by Ms. Rasmussen and a copy is attached hereto as Exhibit 1.

Respectfully submitted,

| | |
|---|---|
| s/ Nicholas V. Merkley<br>Nicholas ("Nick") V. Merkley<br>OBA No. 20284<br>GableGotwals<br>BOK Park Plaza<br>499 W. Sheridan Avenue, Suite 2200<br>Oklahoma City, OK 73102<br>Telephone: (405) 235-5500<br>Facsimile: (405) 235-2875<br>nmerkley@gablelaw.com<br><br>*Attorney for Defendant Onvoy LLC* | s/ Ezra D. Chruch<br>Ezra D. Church<br>(Pro Hac Vice Pending)<br>Morgan, Lewis & Bockius LLP<br>2222 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 963-5710<br>Facsimile: (215) 963-5001<br>ezra.church@morganlewis.com<br><br>Heidi Rasmussen<br>(Pro Hac Vice Pending)<br>Morgan, Lewis & Bockius LLP<br>1000 Louisiana Street, Ste. 4000<br>Houston, TX 77002<br>Telephone: (713) 890-5000<br>Facsimile: (713) 890-5001<br>heidi.rasmussen@morganlewis.com |

## **CERTIFICATE OF SERVICE**

     I hereby certify that on June 17, 2024, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing.

                                                  s/ Nicholas V. Merkley
                                                  Nicholas ("Nick") V. Merkley