# EXHIBIT 1

Case 5:24-cv-00498-J     Document 42-1     Filed 06/17/24     Page 1 of 2

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTHONY TRUPIA<br><br>vs.                                    Plaintiff(s)<br>HERITAGE HARD ASSETS LLC, et. al.<br><br><br>                                           Defendant(s) | )<br>)<br>)<br>)<br>)  Case No. 5:24-cv-00498-SLP<br>)<br>)<br>)<br>)<br>) |

### REQUEST FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1. Full name: Heidi Rasmussen

2. State bar membership number: TX Bar No. 24090345

3. Business address, telephone and fax numbers:
   Morgan, Lewis & Bockius LLP, 1000 Louisiana Street, Ste. 4000, Houston, Texas 77002
   Telephone: (713) 890-5000
   Fax: (713) 890-5001

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   TX State Bar and Southern District of Texas

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   ☐ Yes  ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   ☐ Yes  ☑ No
   (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?   ☑ Yes  ☐ No

A check for $100 should be made payable to the U.S. District Court Clerk.
(United States Government Attorneys are exempted from paying this fee.)

DATED this __13th__ day of ____June, 2024_____.

s/ Heidi Rasmussen
Signature of Applicant

005/rvsd 04-23