IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

ANTHONY TRUPIA,

          Plaintiff,

v.

HERITAGE HARD ASSETS LLC, et al.

          Defendants.

Case No. CIV-24-498-SLP

**O R D E R**

Before the Court is the Motion for Admission Pro Hac Vice for Ezra Church [Doc. No. 41]. Upon review the Court finds the Motion should be and is hereby GRANTED.

IT IS THEREFORE ORDERED that Ezra Church shall be admitted pro hac vice and authorized to appear in this case as co-counsel with Nicholas ("Nick") V. Merkley for the limited purpose of representing Defendant Onvoy, LLC, provided that he submits an ECF registration form and files an entry of appearance consistent with Local Civil Rule 83.4.

IT IS SO ORDERED this 17th day of June, 2024.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE