IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

ANTHONY TRUPIA,

   Plaintiff,

v.

HERITAGE HARD ASSETS LLC; KYLE PATTON, individually as Manager/Officer of HERITAGE HARD ASSETS LLC; HLV VENTURES, an unregistered New York company; REAGAN GOLD GROUP, LLC; STEVE FRANCIS, individually as Manager/Officer of REAGAN GOLD GROUP, LLC; WORLD HARVEST CHURCH, INC. ; ROD PARSLEY, individually as Manager/Officer of WORLD HARVEST CHURCH, INC.; SOUTH BAY GALLERIES LLC; BRANDON MENDELSON, individually as Manager/Officer of SOUTH BAY GALLERIES LLC; TELNYX LLC; DAVID CASEM, individually as Manager/Officer of TELNYX LLC; IAN EITHER, individually as Manager/Officer of TELNYX LLC; JAMES WHEDBEE, individually as Manager/Officer of TELNYX LLC; MANDI MENA, individually as Manager/Officer of TELNYX LLC; ONVOY, LLC; BRETT SCORZA, individually as Manager/Officer of ONVOY, LLC; JAMES HYNES, individually as Manager/Officer of ONVOY, LLC; G EDWARDS EVANS, individually as Manager/Officer of ONVOY, LLC; MATTHEW CARTER JR, individually as Manager/Officer of ONVOY, LLC; LEVEL 3 COMMUNICATIONS, LLC; JEFF STOREY, individually as Manager/Officer of LEVEL 3 COMMUNICATIONS, LLC; ZEBERSKY PAYNE SHAW LEWENZ, a Florida law firm; ZACHARY D LUDENS, individually as an attorney of ZEBERSKY PAYNE SHAW LEWENZ; and DOES 1 through 100, inclusive,

   Defendants.

NO. CIV-24-498-SLP

FILED

JUN 24 2024

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

## SUMMONS SERVICE EXECUTED

   I do hereby certify that I did, on the 23rd day of April, serve a copy of the initial complaint and associated summons for CIV-24-298-SLP, originally CJ-2024-2684 in Oklahoma State District court, by mailing same by United States certified mail, properly addressed and postage prepaid, to the following

1

defendants via their listed registered agents with their various secretaries of state, excepting HLV VENTURES, for which no registered agent could be found at the time. HLV VENTURES has appeared before the court in this action and has been served appropriately. The United States post office has confirmed delivery of the initial complaint and summons for all of the following recipients on the dates listed:

| Recipient | Date |
|---|---|
| HERITAGE HARD ASSETS LLC; | 05/10/2024 |
| KYLE PATTON, individually as Manager/Officer of HERITAGE HARD ASSETS LLC; | 05/10/2024 |
| HLV VENTURES, an unregistered New York company; | 04/29/2024 |
| REAGAN GOLD GROUP, LLC; | 04/26/2024 |
| WORLD HARVEST CHURCH, INC. ; | 05/01/2024 |
| SOUTH BAY GALLERIES LLC; | 05/07/2024 |
| TELNYX LLC; | 04/29/2024 |
| ONVOY, LLC; | 04/29/2024 |
| LEVEL 3 COMMUNICATIONS, LLC; | 04/29/2024 |

Respectfully submitted,

/s Anthony Trupia
605 SE 21ST St.
Oklahoma City, OK 73129
516-984-0142
Trupiaar@gmail.com
Pro Se

Date: June 22nd, 2024