IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ANTHONY TRUPIA )
)
)
)
Plaintiff(s), )
)
v. ) Case No. 5:24-cv-00498-SLP
)
HERITAGE HARD ASSETS LLC, et. al. )
)
)
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

| Defendant | , | Onvoy, LLC |
|---|---|---|
| (Plaintiff/Defendant) | | (Name of Party) |

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Ezra Church        June 24, 2024
Signature             Date

Ezra Church
Print Name

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

Morgan, Lewis & Bockius LLP
Firm

2222 Market Street
Address

Philadelphia, PA 19103
City          State          Zip Code

215-963-5710
Telephone

ezra.church@morganlewis.com
Internet E-mail Address

REVISED 05/14/18

## Certificate of Service

[✔] I hereby certify that on June 24, 2024, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

[✔] I hereby certify that on June 24, 2024, I filed the attached document with the Clerk of the Court and served the attached document by U.S First Class Mail on the following, who are not registered participants of the ECF System:

Anthony Trupia
605 SE 21st Street
Oklahoma City, OK 73129

s/ Ezra Church
s/ Attorney Name