IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

ANTHONY TRUPIA,

    Plaintiff,

v.

HERITAGE HARD ASSETS LLC, et al.

    Defendants.

Case No. CIV-24-498-SLP

**O R D E R**

Before the Court is Plaintiff's Motion for Leave to File an Amended Complaint [Doc. No. 45]. The Motion is STRICKEN for failure to comply with LCvR 15.1 which requires the movant to "attach the proposed pleading as an exhibit to the motion" and which must state "whether any other party objects to the motion." Additionally, the Motion is STRICKEN pursuant to LCvR 7.1(k) as the Motion fails to state "whether opposing counsel agrees or objects to the request."

IT IS SO ORDERED this 25th day of June, 2024.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE