IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ANTHONY TRUPIA, )
)
)
)
Plaintiff(s), )
)
v. ) Case No. CIV-24-498-SLP
HERITAGE HARD ASSETS LLC, et al. )
)
)
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendant, Onvoy, LLC.
(Plaintiff/Defendant) (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Gerard D'Emilio     06/25/24
Signature              Date

Gerard D'Emilio
Print Name

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

GableGotwals
Firm

499 W. Sheridan Avenue, Suite 2200
Address

Oklahoma City     OK     73102
City              State  Zip Code

405-235-5500
Telephone

gdemilio@gablelaw.com
Internet E-mail Address

REVISED 05/14/18

## Certificate of Service

☑ I hereby certify that on June 25, 2024, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☑ I hereby certify that on June 25, 2024, I filed the attached document with the Clerk of the Court and served the attached document by First Class United States Mail on the following, who are not registered participants of the ECF System:

Anthony Trupia
605 SE 21st St.
Oklahoma City, OK 73129

s/ Gerard D'Emilio
s/ Attorney Name