# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

ANTHONY TRUPIA,

            Plaintiff,

v.

HERITAGE HARD ASSETS LLC; KYLE PATTON, individually as Manager/Officer of HERITAGE HARD ASSETS LLC; HLV VENTURES, an unregistered New York company; REAGAN GOLD GROUP, LLC; STEVE FRANCIS, individually as Manager/Officer of REAGAN GOLD GROUP, LLC; WORLD HARVEST CHURCH, INC. ; ROD PARSLEY, individually as Manager/Officer of WORLD HARVEST CHURCH, INC.; SOUTH BAY GALLERIES LLC; BRANDON MENDELSON, individually as Manager/Officer of SOUTH BAY GALLERIES LLC; TELNYX LLC; DAVID CASEM, individually as Manager/Officer of TELNYX LLC; IAN EITHER, individually as Manager/Officer of TELNYX LLC; JAMES WHEDBEE, individually as Manager/Officer of TELNYX LLC; MANDI MENA, individually as Manager/Officer of TELNYX LLC; ONVOY, LLC; BRETT SCORZA, individually as Manager/Officer of ONVOY, LLC; JAMES HYNES, individually as Manager/Officer of ONVOY, LLC; G EDWARDS EVANS, individually as Manager/Officer of ONVOY, LLC; MATTHEW CARTER JR, individually as Manager/Officer of ONVOY, LLC; LEVEL 3 COMMUNICATIONS, LLC; JEFF

Case No. 5:24-cv-00498-SLP

**EXHIBIT 1**

STOREY, individually as Manager/Officer of LEVEL 3 COMMUNICATIONS, LLC; ZEBERSKY PAYNE SHAW LEWENZ, a Florida law firm; ZACHARY D LUDENS, individually as an attorney of ZEBERSKY PAYNE SHAW LEWENZ; and DOES 1 through 100, inclusive,

                        Defendants.

## DECLARATION OF STACY GRAHAM IN SUPPORT OF DEFENDANT ONVOY LLC'S MOTION TO DISMISS

I, Stacy Graham, of full age, hereby declare:

1. I am employed as Trust & Assurance Policy Director at Inteliquent, Inc. ("Inteliquent"). Inteliquent is a wholly-owned subsidiary of Defendant Onvoy, LLC ("Onvoy").

2. I submit this Declaration in support of Onvoy's Motion to Dismiss. The following facts are true and correct to the best of my knowledge, information, and belief.

3. In my role as Trust & Assurance Policy Director, I have access to Onvoy's call records.

4. Onvoy acts as an intermediate carrier, meaning that Onvoy connects calls from upstream telecommunications providers to downstream telecommunications providers.

5. Consistent with its role as an intermediate carrier, Onvoy did not initiate any calls to Plaintiff Anthony Trupia.

Sworn to under the pains and penalties of perjury, this 26th day of June, 2024.

                                              DocuSigned by:
                                              *Stacy Graham*
                                              5179593E047B424...
                                              Stacy Graham