IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

FILED
JUL 0 1 2024
JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

**ANTHONY TRUPIA,**

    **Plaintiff,**

v.

**NO. CIV-24-498-SLP**

**HERITAGE HARD ASSETS LLC et al.**

    **Defendants.**

## NOTICE OF CONSTITUTIONAL QUESTION

A challenge to the constitutionality of Fed. R. Civ. P. 5(d)(3)(B)(i), as applied, and OKWD ECP Policy Rules § I(A)(1) and § III(B), facially, has been filed in this case. The challenge is filed in Motion 37, titled, *"PLAINTIFF'S MOTION CHALLENGING CONSTITUTIONALITY OF FEDERAL RULE OF CIVIL PROCEDURE AND LOCAL COURT RULES."* This notice is being filed as required under Fed. R. Civ. P. 5.1(a)(1)(A) and will be served via certified mail along with a copy of the motion to the Attorney General as required by Fed. R. Civ. P. 5.1(a)(2), today, at:

    U.S Attorney General
    950 Pennsylvania Avenue NW
    Washington DC 20530

Respectfully submitted,

/s Anthony Trupia
605 SE 21ST St.
Oklahoma City, OK 73129
516-984-0142
Trupiaar@gmail.com
Pro Se

Date: July 1st, 2024

1