# IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF OKLAHOMA

ANTHONY TRUPIA,

   Plaintiff,

v.

HERITAGE HARD ASSETS LLC; KYLE PATTON,
individually as Manager/Officer of HERITAGE HARD
ASSETS LLC; HLV VENTURES, an unregistered New
York company; REAGAN GOLD GROUP, LLC; STEVE
FRANCIS, individually as Manager/Officer of
REAGAN GOLD GROUP, LLC; WORLD HARVEST
CHURCH, INC. ; ROD PARSLEY, individually as
Manager/Officer of WORLD HARVEST CHURCH,
INC.; SOUTH BAY GALLERIES LLC; BRANDON
MENDELSON, individually as Manager/Officer of
SOUTH BAY GALLERIES LLC; TELNYX LLC; DAVID
CASEM, individually as Manager/Officer of TELNYX
LLC; IAN EITHER, individually as Manager/Officer
of TELNYX LLC; JAMES WHEDBEE, individually as
Manager/Officer of TELNYX LLC; MANDI MENA,
individually as Manager/Officer of TELNYX LLC;
ONVOY, LLC; BRETT SCORZA, individually as
Manager/Officer of ONVOY, LLC; JAMES HYNES,
individually as Manager/Officer of ONVOY, LLC; G
EDWARDS EVANS, individually as Manager/Officer
of ONVOY, LLC; MATTHEW CARTER JR, individually
as Manager/Officer of ONVOY, LLC; LEVEL 3
COMMUNICATIONS, LLC; JEFF STOREY, individually
as Manager/Officer of LEVEL 3
COMMUNICATIONS, LLC; ZEBERSKY PAYNE SHAW
LEWENZ, a Florida law firm; ZACHARY D LUDENS,
individually as an attorney of ZEBERSKY PAYNE
SHAW LEWENZ; and DOES 1 through 100,
inclusive,

   Defendants.

CASE NO. CIV-24-498-SLP

## **SUMMONS**

To:
JEFF STOREY, individually as Manager/Officer of LEVEL 3 COMMUNICATIONS, LLC
CT CORPORATION SYSTEM
3800 N CENTRAL AVE SUITE 460
PHOENIX, AZ 85012

1

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are.

Anthony Trupia, (pro se)
605 SE 21st St
Oklahoma City, OK 73129
516-984-0142
Trupiaar@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Issued this 1st day of July, 2024.

SUMMONS ISSUED:
9:01 am, Jul 01, 2024
JOAN KANE, CLERK

By:

Signature of Clerk or Deputy Clerk

2

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑  I returned the summons unexecuted because _____ ; or

❑  Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.


Date: _____             _____
                                                       *Server's signature*

                                        _____
                                                       *Printed name and title*


                                        _____
                                                       *Server's address*

Additional information regarding attempted service, etc:

# IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF OKLAHOMA

ANTHONY TRUPIA,

    Plaintiff,

v.

HERITAGE HARD ASSETS LLC; KYLE PATTON,
individually as Manager/Officer of HERITAGE HARD
ASSETS LLC; HLV VENTURES, an unregistered New
York company; REAGAN GOLD GROUP, LLC; STEVE
FRANCIS, individually as Manager/Officer of
REAGAN GOLD GROUP, LLC; WORLD HARVEST
CHURCH, INC. ; ROD PARSLEY, individually as
Manager/Officer of WORLD HARVEST CHURCH,
INC.; SOUTH BAY GALLERIES LLC; BRANDON
MENDELSON, individually as Manager/Officer of
SOUTH BAY GALLERIES LLC; TELNYX LLC; DAVID
CASEM, individually as Manager/Officer of TELNYX
LLC; IAN EITHER, individually as Manager/Officer
of TELNYX LLC; JAMES WHEDBEE, individually as
Manager/Officer of TELNYX LLC; MANDI MENA,
individually as Manager/Officer of TELNYX LLC;
ONVOY, LLC; BRETT SCORZA, individually as
Manager/Officer of ONVOY, LLC; JAMES HYNES,
individually as Manager/Officer of ONVOY, LLC; G
EDWARDS EVANS, individually as Manager/Officer
of ONVOY, LLC; MATTHEW CARTER JR, individually
as Manager/Officer of ONVOY, LLC; LEVEL 3
COMMUNICATIONS, LLC; JEFF STOREY, individually
as Manager/Officer of LEVEL 3
COMMUNICATIONS, LLC; ZEBERSKY PAYNE SHAW
LEWENZ, a Florida law firm; ZACHARY D LUDENS,
individually as an attorney of ZEBERSKY PAYNE
SHAW LEWENZ; and DOES 1 through 100,
inclusive,

    Defendants.

CASE NO. CIV-24-498-SLP

## SUMMONS

To:
MATTHEW CARTER JR, individually as Manager/Officer of ONVOY, LLC
COGENCY GLOBAL INC.
600 SOUTH SECOND ST, SUITE 404
SPRINGFIELD, IL 62704-2542

1

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are.

Anthony Trupia, (pro se)
605 SE 21st St
Oklahoma City, OK 73129
516-984-0142
Trupiaar@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Issued this 1st day of July, 2024.

SUMMONS ISSUED:
9:01 am, Jul 01, 2024
JOAN KANE, CLERK

By: _____

**Signature of Clerk or Deputy Clerk**

2

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF OKLAHOMA

ANTHONY TRUPIA,

    Plaintiff,

v.

HERITAGE HARD ASSETS LLC; KYLE PATTON,
individually as Manager/Officer of HERITAGE HARD
ASSETS LLC; HLV VENTURES, an unregistered New
York company; REAGAN GOLD GROUP, LLC; STEVE
FRANCIS, individually as Manager/Officer of
REAGAN GOLD GROUP, LLC; WORLD HARVEST
CHURCH, INC. ; ROD PARSLEY, individually as
Manager/Officer of WORLD HARVEST CHURCH,
INC.; SOUTH BAY GALLERIES LLC; BRANDON
MENDELSON, individually as Manager/Officer of
SOUTH BAY GALLERIES LLC; TELNYX LLC; DAVID
CASEM, individually as Manager/Officer of TELNYX
LLC; IAN EITHER, individually as Manager/Officer
of TELNYX LLC; JAMES WHEDBEE, individually as
Manager/Officer of TELNYX LLC; MANDI MENA,
individually as Manager/Officer of TELNYX LLC;
ONVOY, LLC; BRETT SCORZA, individually as
Manager/Officer of ONVOY, LLC; JAMES HYNES,
individually as Manager/Officer of ONVOY, LLC; G
EDWARDS EVANS, individually as Manager/Officer
of ONVOY, LLC; MATTHEW CARTER JR, individually
as Manager/Officer of ONVOY, LLC; LEVEL 3
COMMUNICATIONS, LLC; JEFF STOREY, individually
as Manager/Officer of LEVEL 3
COMMUNICATIONS, LLC; ZEBERSKY PAYNE SHAW
LEWENZ, a Florida law firm; ZACHARY D LUDENS,
individually as an attorney of ZEBERSKY PAYNE
SHAW LEWENZ; and DOES 1 through 100,
inclusive,

    Defendants.

CASE NO. CIV-24-498-SLP

## SUMMONS

To:
G EDWARDS EVANS, individually as Manager/Officer of ONVOY, LLC
COGENCY GLOBAL INC.
600 SOUTH SECOND ST, SUITE 404
SPRINGFIELD, IL 62704-2542

1

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are.

Anthony Trupia, (pro se)
605 SE 21st St
Oklahoma City, OK 73129
516-984-0142
Trupiaar@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Issued this 1st day of July, 2024.

SUMMONS ISSUED:
9:01 am, Jul 01, 2024
JOAN KANE, CLERK

By: _____

**Signature of Clerk or Deputy Clerk**

2

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____        _____
                                         *Server's signature*

                                         _____
                                         *Printed name and title*

                                         _____
                                         *Server's address*

Additional information regarding attempted service, etc:

## IN THE UNITED STATES DISTRICT COURT

### FOR THE WESTERN DISTRICT OF OKLAHOMA

ANTHONY TRUPIA,

Plaintiff,

v.

HERITAGE HARD ASSETS LLC; KYLE PATTON,
individually as Manager/Officer of HERITAGE HARD
ASSETS LLC; HLV VENTURES, an unregistered New
York company; REAGAN GOLD GROUP, LLC; STEVE
FRANCIS, individually as Manager/Officer of
REAGAN GOLD GROUP, LLC; WORLD HARVEST
CHURCH, INC. ; ROD PARSLEY, individually as
Manager/Officer of WORLD HARVEST CHURCH,
INC.; SOUTH BAY GALLERIES LLC; BRANDON
MENDELSON, individually as Manager/Officer of
SOUTH BAY GALLERIES LLC; TELNYX LLC; DAVID
CASEM, individually as Manager/Officer of TELNYX
LLC; IAN EITHER, individually as Manager/Officer
of TELNYX LLC; JAMES WHEDBEE, individually as
Manager/Officer of TELNYX LLC; MANDI MENA,
individually as Manager/Officer of TELNYX LLC;
ONVOY, LLC; BRETT SCORZA, individually as
Manager/Officer of ONVOY, LLC; JAMES HYNES,
individually as Manager/Officer of ONVOY, LLC; G
EDWARDS EVANS, individually as Manager/Officer
of ONVOY, LLC; MATTHEW CARTER JR, individually
as Manager/Officer of ONVOY, LLC; LEVEL 3
COMMUNICATIONS, LLC; JEFF STOREY, individually
as Manager/Officer of LEVEL 3
COMMUNICATIONS, LLC; ZEBERSKY PAYNE SHAW
LEWENZ, a Florida law firm; ZACHARY D LUDENS,
individually as an attorney of ZEBERSKY PAYNE
SHAW LEWENZ; and DOES 1 through 100,
inclusive,

CASE NO. CIV-24-498-SLP

Defendants.

### SUMMONS

To:
JAMES HYNES, individually as Manager/Officer of ONVOY, LLC
COGENCY GLOBAL INC.
600 SOUTH SECOND ST, SUITE 404
SPRINGFIELD, IL 62704-2542

1

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are.

Anthony Trupia, (pro se)
605 SE 21st St
Oklahoma City, OK 73129
516-984-0142
Trupiaar@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Issued this 1st day of July, 2024.

SUMMONS ISSUED:
9:01 am, Jul 01, 2024
JOAN KANE, CLERK

By:

Signature of Clerk or Deputy Clerk

2

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 _____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF OKLAHOMA

ANTHONY TRUPIA,

    Plaintiff,

v.

HERITAGE HARD ASSETS LLC; KYLE PATTON, individually as Manager/Officer of HERITAGE HARD ASSETS LLC; HLV VENTURES, an unregistered New York company; REAGAN GOLD GROUP, LLC; STEVE FRANCIS, individually as Manager/Officer of REAGAN GOLD GROUP, LLC; WORLD HARVEST CHURCH, INC. ; ROD PARSLEY, individually as Manager/Officer of WORLD HARVEST CHURCH, INC.; SOUTH BAY GALLERIES LLC; BRANDON MENDELSON, individually as Manager/Officer of SOUTH BAY GALLERIES LLC; TELNYX LLC; DAVID CASEM, individually as Manager/Officer of TELNYX LLC; IAN EITHER, individually as Manager/Officer of TELNYX LLC; JAMES WHEDBEE, individually as Manager/Officer of TELNYX LLC; MANDI MENA, individually as Manager/Officer of TELNYX LLC; ONVOY, LLC; BRETT SCORZA, individually as Manager/Officer of ONVOY, LLC; JAMES HYNES, individually as Manager/Officer of ONVOY, LLC; G EDWARDS EVANS, individually as Manager/Officer of ONVOY, LLC; MATTHEW CARTER JR, individually as Manager/Officer of ONVOY, LLC; LEVEL 3 COMMUNICATIONS, LLC; JEFF STOREY, individually as Manager/Officer of LEVEL 3 COMMUNICATIONS, LLC; ZEBERSKY PAYNE SHAW LEWENZ, a Florida law firm; ZACHARY D LUDENS, individually as an attorney of ZEBERSKY PAYNE SHAW LEWENZ; and DOES 1 through 100, inclusive,

CASE NO. CIV-24-498-SLP

    Defendants.

## SUMMONS

To:
BRETT SCORZA, individually as Manager/Officer of ONVOY, LLC
COGENCY GLOBAL INC.
600 SOUTH SECOND ST, SUITE 404
SPRINGFIELD, IL 62704-2542

1

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are.

Anthony Trupia, (pro se)
605 SE 21st St
Oklahoma City, OK 73129
516-984-0142
Trupiaar@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Issued this 1st day of July, 2024.

SUMMONS ISSUED:
9:01 am, Jul 01, 2024
JOAN KANE, CLERK

By:

Signature of Clerk or Deputy Clerk

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

ANTHONY TRUPIA,

  Plaintiff,

v.

HERITAGE HARD ASSETS LLC; KYLE PATTON,
individually as Manager/Officer of HERITAGE HARD
ASSETS LLC; HLV VENTURES, an unregistered New
York company; REAGAN GOLD GROUP, LLC; STEVE          CASE NO. CIV-24-498-SLP
FRANCIS, individually as Manager/Officer of
REAGAN GOLD GROUP, LLC; WORLD HARVEST
CHURCH, INC. ; ROD PARSLEY, individually as
Manager/Officer of WORLD HARVEST CHURCH,
INC.; SOUTH BAY GALLERIES LLC; BRANDON
MENDELSON, individually as Manager/Officer of
SOUTH BAY GALLERIES LLC; TELNYX LLC; DAVID
CASEM, individually as Manager/Officer of TELNYX
LLC; IAN EITHER, individually as Manager/Officer
of TELNYX LLC; JAMES WHEDBEE, individually as
Manager/Officer of TELNYX LLC; MANDI MENA,
individually as Manager/Officer of TELNYX LLC;
ONVOY, LLC; BRETT SCORZA, individually as
Manager/Officer of ONVOY, LLC; JAMES HYNES,
individually as Manager/Officer of ONVOY, LLC; G
EDWARDS EVANS, individually as Manager/Officer
of ONVOY, LLC; MATTHEW CARTER JR, individually
as Manager/Officer of ONVOY, LLC; LEVEL 3
COMMUNICATIONS, LLC; JEFF STOREY, individually
as Manager/Officer of LEVEL 3
COMMUNICATIONS, LLC; ZEBERSKY PAYNE SHAW
LEWENZ, a Florida law firm; ZACHARY D LUDENS,
individually as an attorney of ZEBERSKY PAYNE
SHAW LEWENZ; and DOES 1 through 100,
inclusive,

  Defendants.

## SUMMONS

To:
MANDI MENA, individually as Manager/Officer of TELNYX LLC
INCORP SERVICES, INC.
901 SOUTH 2ND STREET, STE 201
SPRINGFIELD, IL 62704-7909

1

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are.

Anthony Trupia, (pro se)
605 SE 21st St
Oklahoma City, OK 73129
516-984-0142
Trupiaar@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Issued this 1st day of July, 2024.

SUMMONS ISSUED:
9:01 am, Jul 01, 2024
JOAN KANE, CLERK

By: _____

Signature of Clerk or Deputy Clerk

2

Civil Action No.

# PROOF OF SERVICE
## *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF OKLAHOMA

ANTHONY TRUPIA,

    Plaintiff,

v.

HERITAGE HARD ASSETS LLC; KYLE PATTON,
individually as Manager/Officer of HERITAGE HARD
ASSETS LLC; HLV VENTURES, an unregistered New
York company; REAGAN GOLD GROUP, LLC; STEVE
FRANCIS, individually as Manager/Officer of
REAGAN GOLD GROUP, LLC; WORLD HARVEST
CHURCH, INC. ; ROD PARSLEY, individually as
Manager/Officer of WORLD HARVEST CHURCH,
INC.; SOUTH BAY GALLERIES LLC; BRANDON
MENDELSON, individually as Manager/Officer of
SOUTH BAY GALLERIES LLC; TELNYX LLC; DAVID
CASEM, individually as Manager/Officer of TELNYX
LLC; IAN EITHER, individually as Manager/Officer
of TELNYX LLC; JAMES WHEDBEE, individually as
Manager/Officer of TELNYX LLC; MANDI MENA,
individually as Manager/Officer of TELNYX LLC;
ONVOY, LLC; BRETT SCORZA, individually as
Manager/Officer of ONVOY, LLC; JAMES HYNES,
individually as Manager/Officer of ONVOY, LLC; G
EDWARDS EVANS, individually as Manager/Officer
of ONVOY, LLC; MATTHEW CARTER JR, individually
as Manager/Officer of ONVOY, LLC; LEVEL 3
COMMUNICATIONS, LLC; JEFF STOREY, individually
as Manager/Officer of LEVEL 3
COMMUNICATIONS, LLC; ZEBERSKY PAYNE SHAW
LEWENZ, a Florida law firm; ZACHARY D LUDENS,
individually as an attorney of ZEBERSKY PAYNE
SHAW LEWENZ; and DOES 1 through 100,
inclusive,

CASE NO. CIV-24-498-SLP

    Defendants.

## **SUMMONS**

To:
JAMES WHEDBEE, individually as Manager/Officer of TELNYX LLC
INCORP SERVICES, INC.
901 SOUTH 2ND STREET, STE 201
SPRINGFIELD, IL 62704-7909

1

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are.

Anthony Trupia, (pro se)
605 SE 21st St
Oklahoma City, OK 73129
516-984-0142
Trupiaar@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Issued this 1st day of July, 2024.

*SUMMONS ISSUED:*
*9:00 am, Jul 01, 2024*
*JOAN KANE, CLERK*

By:_____

**Signature of Clerk or Deputy Clerk**

2

Civil Action No. _____

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

## IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF OKLAHOMA

ANTHONY TRUPIA,

    Plaintiff,

    v.

HERITAGE HARD ASSETS LLC; KYLE PATTON, individually as Manager/Officer of HERITAGE HARD ASSETS LLC; HLV VENTURES, an unregistered New York company; REAGAN GOLD GROUP, LLC; STEVE FRANCIS, individually as Manager/Officer of REAGAN GOLD GROUP, LLC; WORLD HARVEST CHURCH, INC. ; ROD PARSLEY, individually as Manager/Officer of WORLD HARVEST CHURCH, INC.; SOUTH BAY GALLERIES LLC; BRANDON MENDELSON, individually as Manager/Officer of SOUTH BAY GALLERIES LLC; TELNYX LLC; DAVID CASEM, individually as Manager/Officer of TELNYX LLC; IAN EITHER, individually as Manager/Officer of TELNYX LLC; JAMES WHEDBEE, individually as Manager/Officer of TELNYX LLC; MANDI MENA, individually as Manager/Officer of TELNYX LLC; ONVOY, LLC; BRETT SCORZA, individually as Manager/Officer of ONVOY, LLC; JAMES HYNES, individually as Manager/Officer of ONVOY, LLC; G EDWARDS EVANS, individually as Manager/Officer of ONVOY, LLC; MATTHEW CARTER JR, individually as Manager/Officer of ONVOY, LLC; LEVEL 3 COMMUNICATIONS, LLC; JEFF STOREY, individually as Manager/Officer of LEVEL 3 COMMUNICATIONS, LLC; ZEBERSKY PAYNE SHAW LEWENZ, a Florida law firm; ZACHARY D LUDENS, individually as an attorney of ZEBERSKY PAYNE SHAW LEWENZ; and DOES 1 through 100, inclusive,

    Defendants.

CASE NO. CIV-24-498-SLP

## SUMMONS

To:
IAN EITHER, individually as Manager/Officer of TELNYX LLC
INCORP SERVICES, INC.
901 SOUTH 2ND STREET, STE 201
SPRINGFIELD, IL 62704-7909

1

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are.

Anthony Trupia, (pro se)
605 SE 21st St
Oklahoma City, OK 73129
516-984-0142
Trupiaar@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Issued this 1st day of July, 2024.

SUMMONS ISSUED:
9:00 am, Jul 01, 2024
JOAN KANE, CLERK

By: _____

**Signature of Clerk or Deputy Clerk**

2

Civil Action No. _____

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____         _____
                                         *Server's signature*

                                  _____
                                         *Printed name and title*


                                  _____
                                         *Server's address*

Additional information regarding attempted service, etc:

# IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF OKLAHOMA

ANTHONY TRUPIA,

    Plaintiff,

v.

HERITAGE HARD ASSETS LLC; KYLE PATTON,
individually as Manager/Officer of HERITAGE HARD
ASSETS LLC; HLV VENTURES, an unregistered New
York company; REAGAN GOLD GROUP, LLC; STEVE          CASE NO. CIV-24-498-SLP
FRANCIS, individually as Manager/Officer of
REAGAN GOLD GROUP, LLC; WORLD HARVEST
CHURCH, INC. ; ROD PARSLEY, individually as
Manager/Officer of WORLD HARVEST CHURCH,
INC.; SOUTH BAY GALLERIES LLC; BRANDON
MENDELSON, individually as Manager/Officer of
SOUTH BAY GALLERIES LLC; TELNYX LLC; DAVID
CASEM, individually as Manager/Officer of TELNYX
LLC; IAN EITHER, individually as Manager/Officer
of TELNYX LLC; JAMES WHEDBEE, individually as
Manager/Officer of TELNYX LLC; MANDI MENA,
individually as Manager/Officer of TELNYX LLC;
ONVOY, LLC; BRETT SCORZA, individually as
Manager/Officer of ONVOY, LLC; JAMES HYNES,
individually as Manager/Officer of ONVOY, LLC; G
EDWARDS EVANS, individually as Manager/Officer
of ONVOY, LLC; MATTHEW CARTER JR, individually
as Manager/Officer of ONVOY, LLC; LEVEL 3
COMMUNICATIONS, LLC; JEFF STOREY, individually
as Manager/Officer of LEVEL 3
COMMUNICATIONS, LLC; ZEBERSKY PAYNE SHAW
LEWENZ, a Florida law firm; ZACHARY D LUDENS,
individually as an attorney of ZEBERSKY PAYNE
SHAW LEWENZ; and DOES 1 through 100,
inclusive,

    Defendants.

## SUMMONS

To:
DAVID CASEM, individually as Manager/Officer of TELNYX LLC
INCORP SERVICES, INC.
901 SOUTH 2ND STREET, STE 201
SPRINGFIELD, IL 62704-7909

1

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are.

Anthony Trupia, (pro se)
605 SE 21st St
Oklahoma City, OK 73129
516-984-0142
Trupiaar@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Issued this 1st day of July, 2024.

SUMMONS ISSUED:
9:00 am, Jul 01, 2024
JOAN KANE, CLERK

By: _____

Signature of Clerk or Deputy Clerk

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF OKLAHOMA

ANTHONY TRUPIA,

Plaintiff,

v.

HERITAGE HARD ASSETS LLC; KYLE PATTON,
individually as Manager/Officer of HERITAGE HARD
ASSETS LLC; HLV VENTURES, an unregistered New
York company; REAGAN GOLD GROUP, LLC; STEVE
FRANCIS, individually as Manager/Officer of
REAGAN GOLD GROUP, LLC; WORLD HARVEST
CHURCH, INC. ; ROD PARSLEY, individually as
Manager/Officer of WORLD HARVEST CHURCH,
INC.; SOUTH BAY GALLERIES LLC; BRANDON
MENDELSON, individually as Manager/Officer of
SOUTH BAY GALLERIES LLC; TELNYX LLC; DAVID
CASEM, individually as Manager/Officer of TELNYX
LLC; IAN EITHER, individually as Manager/Officer
of TELNYX LLC; JAMES WHEDBEE, individually as
Manager/Officer of TELNYX LLC; MANDI MENA,
individually as Manager/Officer of TELNYX LLC;
ONVOY, LLC; BRETT SCORZA, individually as
Manager/Officer of ONVOY, LLC; JAMES HYNES,
individually as Manager/Officer of ONVOY, LLC; G
EDWARDS EVANS, individually as Manager/Officer
of ONVOY, LLC; MATTHEW CARTER JR, individually
as Manager/Officer of ONVOY, LLC; LEVEL 3
COMMUNICATIONS, LLC; JEFF STOREY, individually
as Manager/Officer of LEVEL 3
COMMUNICATIONS, LLC; ZEBERSKY PAYNE SHAW
LEWENZ, a Florida law firm; ZACHARY D LUDENS,
individually as an attorney of ZEBERSKY PAYNE
SHAW LEWENZ; and DOES 1 through 100,
inclusive,

CASE NO. CIV-24-498-SLP

Defendants.

## SUMMONS

To:
ROD PARSLEY, individually as Manager/Officer of WORLD HARVEST CHURCH, INC.
NATIONAL REGISTERED AGENTS, INC.
4400 EASTON COMMONS WAY, SUITE 125
COLUMBUS, OH 43219

1

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are.

Anthony Trupia, (pro se)
605 SE 21st St
Oklahoma City, OK 73129
516-984-0142
Trupiaar@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Issued this 1st day of July, 2024.

SUMMONS ISSUED:
9:00 am, Jul 01, 2024
JOAN KANE, CLERK

By: _____

**Signature of Clerk or Deputy Clerk**

2

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

## IN THE UNITED STATES DISTRICT COURT

### FOR THE WESTERN DISTRICT OF OKLAHOMA

ANTHONY TRUPIA,

   Plaintiff,

v.

HERITAGE HARD ASSETS LLC; KYLE PATTON,
individually as Manager/Officer of HERITAGE HARD
ASSETS LLC; HLV VENTURES, an unregistered New
York company; REAGAN GOLD GROUP, LLC; STEVE
FRANCIS, individually as Manager/Officer of
REAGAN GOLD GROUP, LLC; WORLD HARVEST
CHURCH, INC. ; ROD PARSLEY, individually as
Manager/Officer of WORLD HARVEST CHURCH,
INC.; SOUTH BAY GALLERIES LLC; BRANDON
MENDELSON, individually as Manager/Officer of
SOUTH BAY GALLERIES LLC; TELNYX LLC; DAVID
CASEM, individually as Manager/Officer of TELNYX
LLC; IAN EITHER, individually as Manager/Officer
of TELNYX LLC; JAMES WHEDBEE, individually as
Manager/Officer of TELNYX LLC; MANDI MENA,
individually as Manager/Officer of TELNYX LLC;
ONVOY, LLC; BRETT SCORZA, individually as
Manager/Officer of ONVOY, LLC; JAMES HYNES,
individually as Manager/Officer of ONVOY, LLC; G
EDWARDS EVANS, individually as Manager/Officer
of ONVOY, LLC; MATTHEW CARTER JR, individually
as Manager/Officer of ONVOY, LLC; LEVEL 3
COMMUNICATIONS, LLC; JEFF STOREY, individually
as Manager/Officer of LEVEL 3
COMMUNICATIONS, LLC; ZEBERSKY PAYNE SHAW
LEWENZ, a Florida law firm; ZACHARY D LUDENS,
individually as an attorney of ZEBERSKY PAYNE
SHAW LEWENZ; and DOES 1 through 100,
inclusive,

   Defendants.

CASE NO. CIV-24-498-SLP

### SUMMONS

To:
STEVE FRANCIS, individually as Manager/Officer of REAGAN GOLD GROUP, LLC
GAUTUM KUMAR
6800 OWENSMOUTH AVE. SUITE 230
LOS ANGELES, CA 91303

1

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are.

Anthony Trupia, (pro se)
605 SE 21st St
Oklahoma City, OK 73129
516-984-0142
Trupiaar@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Issued this 1st day of July, 2024.

*SUMMONS ISSUED:*
9:00 am, Jul 01, 2024
*JOAN KANE, CLERK*

By: _____

**Signature of Clerk or Deputy Clerk**

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00        .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                        *Server's signature*

                                                   _____
                                                        *Printed name and title*

                                                   _____
                                                        *Server's address*

Additional information regarding attempted service, etc: