IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

ANTHONY TRUPIA,

    Plaintiff,

v.

HERITAGE HARD ASSETS LLC, et al.

    Defendants.

Case No. CIV-24-498-SLP

**O R D E R**

Before the Court is Defendant HLV Ventures LLC's Motion to Strike Plaintiff's Untimely "Opposition to All Motions to Dismiss" (Doc. 61) and Brief in Support [Doc. No. 64]. Defendant moves to strike Plaintiff's Opposition on grounds it is untimely. The record reflects Plaintiff's filing deadline was June 28, 2024. *See* Order [Doc. No. 39]. Plaintiff filed his Opposition on July 1, 2024. *See* Doc. No. 61.

Plaintiff's filing was only one day late.[1] Considering Plaintiff's pro se status and the lack of any prejudice cited by Defendant, the Court DENIES the Motion. Plaintiff is admonished to comply with the Court's deadlines in all future filings.

IT IS SO ORDERED this 2nd day of July, 2022.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE

---

[1] June 28, 2024 was a Friday and Plaintiff filed his Opposition the following Monday, July 1, 2024.