# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

DIANA MEY,
Individually and on behalf of a proposed class,

Plaintiff(s),

v.

ALL ACCESS TELECOM, INC., et al,

Defendant(s).

Civil NO: 5:19-CV-237

## APPLICATION FOR ADMISSION *PRO HAC VICE*

I verify that I have fully complied with Local Rule of General Practice and Procedure 83.02 as it relates to admission to practice *pro hac vice*.

| Ezra Dodd Church | Inteliquent, Inc. |
|---|---|
| Applicant's Name | Representing (Party Name) |
| Morgan, Lewis & Bockius LLP | 1701 Market St., Philadelphia, PA 19103-2921 |
| Name of Applicant's Firm | Applicant's Office Address |
| (215) 963-5710 | (215) 963-5001 |
| Applicant's Office Telephone Number | Applicant's Office Fax Number |

ezra.church@morganlewis.com
Applicant's Email Address

Bar number where admitted, with name, address, and telephone of State Bars where admitted:
Bar # and State:

PA Bar # 206072 - Supreme Court of Pennsylvania, 468 City Hall, Philadelphia, PA 19107, (215) 560-6370

NJ Bar # 03695-2007- State of New Jersey Board of Law Examiners, 25 Market St., 8th Floor North Wing, Trenton, NJ 08611, (609) 815-2911

LA Bar #29796 - Louisiana Supreme Court, 400 Royal St., Suite 4200, New Orleans, LA 70130-8102, (504) 310-2300

List all matters before West Virginia tribunals or judicial bodies in which the applicant is or has been involved in the preceding twenty-four (24) months:

None

PROVIDE ATTACHMENT WITH ADDITIONAL INFORMATION IF NECESSARY

2

*Attachment 1*