# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

ANTHONY TRUPIA,

    Plaintiff(s)

vs.  Case Number: CIV-24-498-SLP

HERITAGE HARD ASSETTS, et al.
    Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1.,which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____SOUTH BAY GALLERIES, LLC_____
[name of party]

who is a (check one)  ☐ PLAINTIFF  ☑ DEFENDANT  in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

    (Check one)  ☐ YES  ☑ NO

2. **Does party have any parent corporations?**

    (Check one)  ☐ YES  ☑ NO

    If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

    (Check one)  ☐ YES  ☑ NO

    If YES, identify all such owners:

Corporate Disclosure Statement   1

4.  **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

    (Check one)  ☐ YES  ✔ NO

    If YES, identify entity and nature of interest:

5.  **Is party a trade association?**

    (Check one)  ☐ YES  ✔ NO

    If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this <u>11th</u> day of <u>July</u>, 20<u>24</u>.

| | |
|---|---|
| /s/ Aaron C. Tifft | |
| Signature | |
| Aaron C. Tifft | OBA #33288 |
| Printed Name | Bar Number |
| Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C. | |
| Firm Name | |
| 521 E. 2nd Street, Suite 1200 | |
| Address | |
| Tulsa | OK   74120 |
| City | State   ZIP |
| (918) 594-0400 | (918) 594-0505 |
| Phone | Fax |
| atifft@hallestill.com | |
| Email Address | |

# CERTIFICATE OF SERVICE

I hereby certify that on  July 11, 2024   (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Brooks Allen Richardson, Ezra Dodd Church, Gerard M. D'milio, Heidi Rasmussen, John Tucker, Nicholas V. Merkley
Zachary Dean Ludens

I hereby certify that on  July 11, 2024   (Date), I served the same document by

[✓] U.S. Postal Service  [ ] In Person Delivery
[ ] Courier Service  [ ] E-Mail

on the following, who are not registered participants of the ECF system:

Anthony Trupia
605 SE 21st Street, Oklahoma City, OK  73129
trupiar@gmail.com

Name(s) and Address(es):

/s/ Aaron C. Tifft
Signature