IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

**ANTHONY TRUPIA,**

    **Plaintiff,**

v.                               NO. CIV-24-498-SLP

**HERITAGE HARD ASSETS LLC; et al.,**

    **Defendants.**

## PLAINTIFF'S MOTION FOR
## EXTENSION OF TIME TO REPLY

If plaintiff understands correctly, he has (20) days to reply to each of the following filings. Plaintiff respectfully requests a fourteen (14) day extension of time to reply to the following motions or replies, and proposes the following dates for extension:

| Date Filed, Docket Number, and Description | Date Due | Proposed Due Date |
|---|---|---|
| 06/27/2024  59  MOTION to Dismiss Plaintiff's Petition and Brief in Support by Telnyx LLC | 07/17/2024 | 07/31/2024 |
| 06/27/2024  60  MOTION to Dismiss and Memorandum of Law in Support by Heritage Hard Assets LLC, Zachary D Ludens, Kyle Patton, Zebersky Payne Shaw Lewenz | 07/17/2024 | 07/31/2024 |
| 07/05/2024  66  REPLY by Defendant HLV Ventures re 20 MOTION to Dismiss Plaintiff's Complaint | 07/25/2024 | 08/8/2024 |
| 07/08/2024  68  REPLY to Response to Motion re 58 MOTION to Dismiss Plaintiff's Petition and Brief in Support and 61 Plaintiff's Opposition to All Motions to Dismiss filed by Onvoy LLC | 07/28/2024 | 08/11/2024 |

In support hereof, Defendant states as follows:

1. No prior request for an extension of time has been made.

2. Plaintiff suffered a medical issue Monday, July 8th that has made it between painful and impossible to sit in front of a computer to prepare or deliver documents for the week of July 8th through July 12th.

1

Plaintiff has been bed-ridden the entire week. This medical issue is not new, is intermittent, and is documented. This happens to plaintiff once or twice a year and usually recedes on it's own with rest, plaintiff hopes to be functional shortly.

3. No scheduling order has been entered. Accordingly, no deadlines will be impacted by the granting of this motion.

4. Even preparing this motion was painful, and taking an Uber to deliver this notice to the District Clerk today will be incredibly painful, especially compared to the relative ease with which this document could have been delivered to the court by e-file.

WHEREFORE, Plaintiff respectfully requests a fourteen (14) day extension of time for the aforementioned motions and papers, until the corresponding dates listed on the table above, within which to reply to defendants' motions.

Respectfully submitted,

/s Anthony Trupia
605 SE 21ST St.
Oklahoma City, OK 73129
516-984-0142
Trupiaar@gmail.com
Pro Se

Date: 07/12/2024