# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

ANTHONY TRUPIA,

    Plaintiff,

v.                                                                             CASE NO. CIV-24-498-SLP

HERITAGE HARD ASSETS LLC; KYLE PATTON, individually as Manager/Officer of HERITAGE HARD ASSETS LLC; HLV VENTURES, an unregistered New York company, REAGAN GOLD GROUP, LLC; STEVE FRANCIS, individually as Manager/Officer of REAGAN GOLD GROUP, LLC; WORLD HARVEST CHURCH, INC.; ROD PARSLEY, individually as Manager/Officer of WORLD HARVEST CHURCH, INC.; SOUTH BAY GALLERIES LLC; BRANDON MENDELSON, individually as Manager/Officer of SOUTH BAY GALLERIES LLC; TELNYX LLC; DAVID CASEM, individually as Manager/Officer of TELNYX, LLC; IAN EITHER, individually as Manager/Officer of TELNYX LLC; JAMES WHEDBEE, individually as Manager/Officer of TELNYX LLC; MANDI MENA, individually as Manager/Officer of TELNYX LLC; ONVOY LLC; BRETT SCORZA, individually as Manager/Officer of ONVOY, LLC; JAMES HYNES, individually as Manager/Officer of ONVOY, LLC; G Edwards Evans, individually as Manager/Officer of ONVOY, LLC; MATTHEW CARTER JR, individually as Manager/Officer of ONVOY, LLC; LEVEL 3 COMMUNICATIONS, LLC; JEFF STOREY, individually as Manager/Officer of LEVEL 3 COMMUNICATIONS, LLC; ZEBERSKY PAYNE SHAW LEWENZ, a Florida law firm; ZACHARY D. LUDENS, individually as an attorney of ZEBERSKY PAYNE SHAW LEWENZ; and DOES 1 through 100, inclusive,

    Defendants.
_____/

## NOTICE OF NO OPPOSITION TO MOTION FOR EXTENSION OF TIME TO REPLY (D.E. 70)

Defendants Zebersky Payne Shaw Lewenz, LLP, Heritage Hard Assets, Kyle Patton and Zachary. D. Ludens (collectively "Defendants"), by and through its undersigned counsel of record, hereby gives Notice that insofar as Plaintiff Anthony Trupia requests additional time to the respond to Defendants Heritage Hard Assets LLC, Kyle Patton, Zebersky Payne Shaw Lewenz, LLP, and Zachary D. Luden, Esq.'s Motion to Dismiss and Memorandum of Law in Support (D.E. 60), Defendants have no opposition to the extension sought to and through July 31, 2024.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 12, 2024, I filed the attached documents with the Court's CM/ECF system and served the attached document by First Class U.S. Mail and Email on the following, who are not registered participants of the Electronic Filing System:

Anthony Trupia, 605 SE 21st Street
Oklahoma City, OK 73129
trupiaar@gmail.com

Dated: July 12, 2024      Respectfully submitted,

**ZEBERSKY PAYNE SHAW LEWENZ LLP**

By:    /s/ *Zachary D. Ludens*
Zachary Dean Ludens
OKWD Federal Bar No. 24-78
zludens@zpllp.com
110 Southeast 6th Street
Suite 2900
Fort Lauderdale, FL 33301
954-595-6075