# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| ANTHONY TRUPIA, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | Case No. CIV-24-498-SLP |
| HERITAGE HARD ASSETS LLC, et al., | ) | |
| Defendants. | ) | |

## **RECUSAL ORDER**

Pursuant to 28 U.S. C. § 455, I recuse from the above-referenced case and direct the Clerk of Court to place this case number in the random draw for reassignment to another judge of this court.

IT IS SO ORDERED this 17th day of July, 2024.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE