IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U.S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA 73102

Date:   July 17, 2024

ANTHONY TRUPIA, )
 )
       Plaintiff, )
 )
-vs- ) Case No. CIV-24-498-SLP
 )
HERITAGE HARD ASSETS LLC, et al., )
 )
       Defendants. )

ENTER ORDER:

Case transferred to _____Judge Bernard M. Jones_____

HEREAFTER, PLEASE REFER TO CASE AS _____CIV-24-498-J_____

Please note that, for future filings in this case, the letter at the end of the number should now be a "J" rather than "SLP".  This is important to ensure the prompt distribution of pleadings to the proper judge.

By direction of Judge Scott L. Palk, we have entered the above enter order.

                          Joan Kane, Clerk of Court

                          By:_____s/ Lori Gray_____
                                    Deputy Clerk

cc: counsel of record