Attachment: 1



Lead Sellers | Name/Number Sets Collected -> "Leads" | Lead Sellers place unrestricted unmonitored calls via VoIP providers | Leads curated by snowshoe calling to eliminate no-answer / dead lines | Master Lead Lists Created | Leads transferred to Telemarketer

Millions to Billions of *untrackable* violations every year

Telemarketers fund lead sellers, lead collection, and lead curation

Auto-dialer, No Permission

No Opt-Out

Spoofed Caller ID

**No ability to track, stop, or hold legally responsible.**

Telemarketers | Telemarketers place unrestricted unmonitored calls via VoIP providers | Telemarketing Calls Connect | Telemarketers do not or can not get leads removed from Master Lists of Lead Sellers

**No ability to track, stop, or hold legally responsible.**

Telemarketers will not provide identities of lead sellers so customers can get info removed from Master Lists

"Self-Serve" Clientele

No effective monitoring

No vetting

*Extensive Legal Resources*

**No ability to track, stop, or hold legally responsible.**

VoIP Providers

Do not investigate, suspend, or terminate service of offenders in timely fashion if at all