# The Spam Machine: how a spam robocaller works

Attachment: 2

◉ Hungup on call     ● Listened to call     ● Qualified lead



**❶ Robodialers**, often located overseas, make millions of calls/hour at costs of fractions of a penny/call.

**❷ A gateway carrier** will take those calls from abroad and launder them into the U.S. phone system. They will either be ignorant to the spam nature or look the other way.

**❸** Once a call is in the system, it's passed through **phone carriers** unaware of the nature of the call.

**❹** The call then hits your — and millions of other — **phones.** The overwhelming majority are hangups, but a few **take the bait.**

**❺** Those who take the call are inserted by the robocaller into an **automated phone tree** that asks the marks questions to determine if they're a **target** for the buyer.

**❻** When the **robocaller** identifies a **"qualified lead"** — say, a person who may desire an alarm system — they sell the lead to the buyer. The cost of a qualified lead is $6–$7, which pays for tens of thousands of more spam calls.

**❼** When the lead is sold, the mark is transferred to a **closer**, perhaps in a U.S. call center or abroad. They attempt to sell the mark a product or service, and succeed often enough to continually buy **leads** from the **robocaller.**

INSIDER