**Attachment: 4**

Business Services | Notary | Charitable Organizations | Open Meetings | Agricultural Liens | Executive Legislative

Home : Business Services : Corp Search : Corp Information

# Entity Summary Information

Select the buttons below to file or place an order.

To view Entity Details there will be a $5.00 charge and you will need to click on **VIEW ENTITY DETAILS** button at the bottom of the page.

If you are ordering documents such as a "Certificate of Good Standing" or "copies" you will need to click on the **ORDER DOCUMENTS** button at the bottom of the page.

If you are filing a legal document such as a trade name, amendment, annual certificate, etc., you will need to click on **FILE A DOCUMENT** button at the bottom of the page.

**ONVOY, LLC**

### Details

| | |
|---|---|
| Filing Number: | 3712452596 |
| Name Type: | Legal Name |
| Status: | Active |
| Corp type: | Foreign Limited Liability Company |
| Jurisdiction: | MINNESOTA, USA |
| Formation Date: | 18 Apr 2014 |

### Registered Agent Information

| | |
|---|---|
| Name: | COGENCY GLOBAL INC. |
| Effective: | 4 Sep 2019 |
| Address: | 15205 TRADITIONS LAKE PARKWAY |
| City, State, ZipCode: | EDMOND  OK  73013 |

[View Entity Detail] [File a Document] [Order Documents] [New Search]