**Attachment: 5**

| Business Services | Notary | Charitable Organizations | Open Meetings | Agricultural Liens | Executive Legislative |

Home : Business Services : Corp Search : Corp Information

# Entity Summary Information

Select the buttons below to file or place an order.

To view Entity Details there will be a $5.00 charge and you will need to click on **VIEW ENTITY DETAILS** button at the bottom of the page.

If you are ordering documents such as a "Certificate of Good Standing" or "copies" you will need to click on the **ORDER DOCUMENTS** button at the bottom of the page.

If you are filing a legal document such as a trade name, amendment, annual certificate, etc., you will need to click on **FILE A DOCUMENT** button at the bottom of the page.

**LEVEL 3 COMMUNICATIONS, LLC**

### Details

| | |
|---|---|
| Filing Number: | 3700601276 |
| Name Type: | Legal Name |
| Status: | Active |
| Corp type: | Foreign Limited Liability Company |
| Jurisdiction: | DELAWARE |
| Formation Date: | 19 Mar 1998 |

### Registered Agent Information

| | |
|---|---|
| Name: | C T CORPORATION SYSTEM |
| Effective: | 10 Feb 2012 |
| Address: | 1833 SOUTH MORGAN ROAD |
| City, State, ZipCode: | OKLAHOMA CITY  OK  73128 |

[View Entity Detail]  [File a Document]  [Order Documents]  [New Search]