Attachment: 7



## Party Search Results

**Search Criteria:** Party Search; Last Name: [Trupia]; First Name: [Anthony]; Exact Matches Only
**Result Count:** 2 (1 page)
**Current Page:** 1

| Party Name | Case Number | Case Title |
| --- | --- | --- |
| Trupia, Anthony L. (db) | 9:2009bk15961 | Anthony L. Trupia and Ruth F. Trupia |
| Trupia, Anthony (pla) | 5:2024cv00498 | Trupia v. Heritage Hard Assets LLC et al |

**PACER Service Center**    07/18/2024 09:05:19
**User**    trupiaar
**Client Code**
**Description**    All Court Types Party Search
All Courts; Name Trupia, Anthony Exact Matches Only; All Courts; Page: 1
**Billable Pages**    1 ($0.10)

PACER FAQ    Privacy & Security    Contact Us

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov

This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.