**Attachment: 8**

nce, 07/14/2024

Our systems will undergo maintenance on Sunday, July 14, 2024, from 5:00 a.m. to 4:00 p.m. ET. Access to certain portions of this site may be temporarily unavailable.

An official website of the United States government. Here's how you know.

Log in to PACER Systems



**PACER Case Locator**

**Party Search Results**

**Search Criteria:** Party Search; Last Name: [Level 3 Communications]; Party Role: [DFT]; Sort: [Date Filed, Descending]
**Result Count:** 463 (9 pages)
**Current Page:** 9

| Party Name | Case Number | Case Title |
|---|---|---|
| Level 3 Communications LLC (dft) | 5:2024cv00498 | Trupia v. Heritage Hard Assets LLC et al |
| Level 3 Communications, LLC (dft) | 2:2023cv03673 | Rebecca Garrett v. Level 3 Communications, LLC et al |
| Level 3 Communications (dft) | 6:2023cv06143 | Jones v. Free & Accepted Masons |
| Level 3 Communications, LLC (dft) | 9:2022cv81066 | Johnson v. Level 3 Communications, LLC |
| Level 3 Communications, LLC (dft) | 2:2022cv00420 | Johnson v. Level 3 Communications, LLC |
| Level 3 Communications LLC (dft) | 1:2022cv00963 | MP Nexlevel LLC v. Lumen Technologies Service Group, LLC et al |
| Level 3 Communications LLC (dft) | 2:2021cv00558 | Salt Lake City Corporation v. Centurylink Communications et al |
| Level 3 Communications, Inc. (dft) | 1:2021cv01619 | Williams v. Level 3 Communications, Inc. |
| LEVEL 3 COMMUNICATIONS LLC (dft) | 2:2021cv02344 | MCNICHOLAS v. CENTURY LINK, INC. et al |
| LEVEL 3 COMMUNICATIONS, INC. (dft) | 2:2021cv02344 | MCNICHOLAS v. CENTURY LINK, INC. et al |
| Level 3 Communications, LLC (dft) | 1:2020cv03543 | Teliax, Inc. v. CenturyLink Communications, LLC et al |
| Level 3 Communications, LLC (dft) | 2:2020cv02578 | Cambric-Williams v. Level 3 Communications, LLC |
| Level 3 Communications, LLC (dft) | 0:2020cv01999 | MP Nexlevel, LLC v. Level 3 Communications, LLC |
| Level 3 Communications, LLC (dft) | 4:2020cv00236 | Iowa Network Services Inc. v. CenturyLink Communications, LLC et al |