**Attachment: 9**


**PACER Case Locator**

Party Search Results

**Search Criteria:** Party Search; Last Name: [Onvoy]; Party Role: [DFT]; Sort: [Date Filed, Descending]
**Result Count:** 24 (1 page)
**Current Page:** 1

| Party Name | Case Number | Case Title |
|---|---|---|
| Onvoy LLC (dft) | 5:2024cv00498 | Trupia v. Heritage Hard Assets LLC et al |
| Onvoy LLC (dft) | 4:2023cv03988 | Aguilar v. Network Insurance Senior Health Division ALG, LLC et al |
| Onvoy, LLC (dft) | 3:2022cv02250 | Zinger v. Sinch America, Inc. et al |
| Onvoy, LLC (dft) | 4:2022cv01607 | Lopez et al v. Onvoy, LLC et al |
| Onvoy, LLC (dft) | 2:2019cv02344 | Aussieker v. Onvoy, LLC et al |
| ONVOY, LLC (dft) | 1:2016cv11494 | Schwartz v. Inteliquent, Inc. et al |
| ONVOY IGLOO MERGER SUB, INC. (dft) | 1:2016cv11494 | Schwartz v. Inteliquent, Inc. et al |
| Onvoy Igloo Merger Sub, Inc. (dft) | 1:2016cv11244 | Lon v. Inteliquent, Inc. et al |
| Onvoy, LLC (dft) | 1:2016cv11244 | Lon v. Inteliquent, Inc. et al |
| Onvoy, LLC (dft) | 2:2016cv01295 | Cottle v. Neutral Tandem-Nevada, LLC |
| Onvoy, LLC d/b/a Vitelity Communications (dft) | 2:2016cv00424 | Voice2Text Innovations LLC v. Onvoy, LLC d/b/a Vitelity Communications |
| Onvoy, Inc. (dft) | 0:2008cv04737 | Krutchen v. Zayo Bandwidth Northeast, LLC et al |
| Onvoy Voice Services (dft) | 0:2008cv04737 | Krutchen v. Zayo Bandwidth Northeast, LLC et al |
| Onvoy, Inc., (dft) | 0:2007cv01200 | TCS Holdings, Inc. v. Onvoy, Inc., |
| Onvoy, Inc. (dft) | 3:2006cv03028 | Golden West Telecommunications Cooperative, Inc. et al v. Sprint Communications Company Limited Partnership et al |
| Onvoy, Inc. (dft) | 3:2006cv03029 | James Valley Cooperative Telephone Company et al v. Sprint Communications Company Limited Partnership et al |
| Onvoy, Inc. (dft) | 1:2006cv01044 | James Valley Cooperative Telephone Company et al v. Global Crossing Telecommunications, Inc. et al |
| Onvoy, Inc. (dft) | 5:2006cv05096 | Golden West Telecommunications Cooperative, Inc. et al v. Global |