Attachment: 10

**enance, 07/14/2024**

Our systems will undergo maintenance on Sunday, July 14, 2024, from 5:00 a.m. to 4:00 p.m. ET. Access to certain portions of this site may be temporarily unavailable.

An official website of the United States government. Here's how you know.

Log in to PACER Systems


PACER Case Locator

**Party Search Results**

**Search Criteria:** Party Search; Last Name: [Telnyx]; Party Role: [DFT];
Sort: [Date Filed, Descending]
**Result Count:** 5 (1 page)
**Current Page:** 1

| Party Name | Case Number | Case Title |
|---|---|---|
| Telnyx LLC (dft) | 5:2024cv00498 | Trupia v. Heritage Hard Assets LLC et al |
| TELNYX LLC (dft) | 1:2024cv04354 | ATLAS DATA PRIVACY CORPORATION et al v. TELNYX LLC et al |
| TELNYX LLC (dft) | 2:2024cv04354 | <font color=red>DO NOT FILE IN THIS CASE</font> TRANSFERRED TO CAMDEN - NEW CIVIL ACTION NO. 1:24-cv-4354 |
| Telnyx, LLC (dft) | 1:2024cv00118 | Flexential, LLC, v. Telnyx, LLC |
| Telnyx, LLC (dft) | 1:2022cv10470 | Cohen v. Meta, Inc. et al |

| PACER Service Center | 07/13/2024 20:13:19 |
|---|---|
| User | trupiaar |
| Client Code | |
| Description | All Court Types Party Search |
| | All Courts; Name Telnyx; Role dft; All Courts; Page: 1; sort: DateFiled, DESC |
| Billable Pages | 1 ($0.10) |

PACER FAQ                Privacy & Security                Contact Us

This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov