

Attachment: 11

Hi, Anthony,

Thanks for the detailed response, and for the clarity! I will take your response to mean you have not signed a letter of retention with legal counsel, or have filed suit in a court-of-law. As long as these two things are true, I would be able to interact with you moving forward.

To be very clear. Our legal team does not directly interact with a customer; this is true regardless of their specific circumstances. If you do retain a lawyer, they would respond to any communications sent to them by legal counsel providing proof of representation in a specific matter. Or, if instead a law-suit is filed they would communicate via the normal legal channels. This would not be forwarded back to our legal team, and they will not be responding to you directly in regards to the letter sent to them.

If you want me to see if there is any possible resolution to your concerns, please reply back to this email confirming your mailing address. I would also need you to detail what the exact additional costs were being requested by your service provider, the specific details as to what work needed to be done, and what the exact cost of each service was going to be. I look forward to hearing from you!

**Allan**

Executive Resolution Specialist

Phone: (612)292-0063 | Email: BestBuyCorporateTeam@bestbuy.com

Best Buy Stores, L.P.

7601 Penn Avenue South, Richfield, MN 55423, USA | BestBuy.com