# EXHIBIT
# 2

# ORDER FOR HIYA BRANDED CALLING SERVICES

This Order for Hiya Services ("**Order**") is entered into by and between Hiya, Inc. ("**Hiya**") and the entity identified below ("**Company**"). This Order adopts and incorporates by reference the terms and conditions set forth in the Hiya Master Services Agreement in effect on the date of Company's signature to this Order, located at www.hiya.com/legal/connect-msa (the "**MSA**").

| Company Information | |
|---|---|
| **Legal Company Name**: Reagan Gold Group | **Company's Place of Incorporation**: California |
| **Company Mailing Address:**<br><br>2029 CENTURY PARK EAST SUITE 400, LOS ANGELES<br><br><br>*All formal notices will be sent to this address* | **Company Billing Address:**<br><br>2029 CENTURY PARK EAST SUITE 400, LOS ANGELES<br><br><br>*All invoices will be sent to this address* |
| **Company's Preferred Payment Method (choose one):**<br><br>____ Credit Card<br><br>____ Direct Debit/ACH<br><br>*All credit card, debit or other electronic payments are processed through **bill.com** and are subject to its terms of use.* | **Company Accounts Payable Contact:**<br><br><br>Name: Steve Francis<br>E-Mail Address: steve@rggusa.com<br>Phone Number:888-634-1523 |

Company represents and warrants that the foregoing contact and billing information is complete and accurate. Company will communicate any changes or updates to Hiya via e-mail to the Accounts Receivable contact identified below.

| Hiya Information | |
|---|---|
| **Hiya Mailing Address:**<br><br>Hiya, Inc.<br>110 Union Street, Suite 500<br>Seattle, WA 98101  USA<br><br>*with an electronic copy to:*  legal@hiya.com | **Hiya Accounts Receivable Contact:**<br><br>**E-Mail Address**: AR@hiya.com |
| **Hiya Sales Representative:**<br><br>Name: Devin Aebischer<br>E-Mail: Devin.Aebischer@hiya.com | **Hiya Customer Success Manager:**<br><br>**E-Mail**: customer-success@hiya.com |

| Subscription Summary | | | |
|---|---|---|---|
| **Service Start Date:** 4/24/23 | | **Term:** 12 months<br>**Payment Term:** Monthly, net 30 | |
| **Hiya Connect Branded Call Networks (included if checked):** | **Minimum Subscription Fee[1] per month** | **No. of Total Calls included in Subscription Fee** | **Price for calls exceeding the call volume included in Subscription Fee ("On Demand Fee")** |
| _x_ AT&T and other Hiya<br>        networks (e.g., Samsung)<br>_x_ Verizon<br>_x_ T-Mobile/Sprint | $1,200 | 15,000 | .09 per call |

All prices are quoted in US Dollars, unless indicated otherwise.  Hiya will bill On Demand Fees monthly in arrears, net 30. There are no refunds for unused calls.

| Special Subscription Terms |
|---|
| None. |

For good and valuable consideration, the receipt and sufficiency of which is acknowledged, the parties hereby enter into this Order, including its attachments, as of the date of last signature, below (the "**Effective Date**").

**Hiya, Inc.**

By: _Aaron Martin_
DocuSigned by:
A8CF2848EEBE472...
Signature

Printed Name: _____

Title: _____

Date: _____

**Company Name:**

By: _Steve Francis_
DocuSigned by:
E71EF0E95517484...
Signature

Printed Name: _____

Title: _____

Date: _____

---

[1] As described in Attachment 2, Verizon also assesses a surcharge on all branded calls that terminate on its network.

## Attachment 1:  AT&T and other Hiya Networks (e.g., Samsung)

| **Special terms for calls terminating on the AT&T network** |
|---|
| Solely for the limited purpose of delivering branded calling through the AT&T network, Hiya is acting as the sales and billing agent of AT&T and this contract will, for such purposes only, be considered a contract between Company and AT&T. For purposes of the preceding sentence, "AT&T" means AT&T Services, Inc., a Delaware corporation, on behalf of itself and its affiliates. Hiya is authorized to act for AT&T in these matters.<br><br>Hiya may immediately suspend Company's use of the Service to the extent it terminates on the AT&T network at AT&T's request. |

# Attachment 2: Verizon

| Special Terms for calls terminating on the Verizon network |
| --- |

Company agrees that it shall not use the Service to:

1. engage in any activities that are illegal, abusive, false, fraudulent, deceptive, or misleading or likely to deceive or mislead;
2. engage in any unlawful activities, including, without limitation, unlawful unsolicited advertising or marketing, or any other activities that violate laws applicable to advertising, electronic communications, and telemarketing, including, but not limited to, the Telephone Consumer Protection Act, 47 U.S.C. § 227, and implementing regulations, 47 C.F.R. §§ 64.1200 et seq.;
3. attempt to mislead others as to the identity of the origin of a phone call, including failing to comply with the Truth in Caller ID Act, 47 U.S.C. § 227, and implementing regulations, 47 C.F.R. §§ 64.1600-1605; or
4. transmit any material or content that:
   - is obscene, libelous, defamatory, discriminatory, offensive, unsuitable for minors, or otherwise malicious or harmful to any person or entity;
   - contains hate speech, excessive violence, or profanity;
   - promotes or glamorizes alcohol abuse, illegal drug use, or use of tobacco products;
   - contains strong sexual, explicit, or erotic themes;
   - violates or infringes the intellectual property rights or other personal or proprietary rights of any third party (including any carrier or subscriber);
   - disparages any carrier or any of its affiliates; or
   - violates any applicable industry standards, policies, or guidelines published by the Cellular Telecommunications Industry Association (CTIA) or Mobile Marketing Association.

Company agrees that Transaction Network Services, Inc. ("**TNS**," Hiya's provider of Verizon branded calling services) may immediately suspend Company for any known or suspected violation of these standards. TNS may immediately suspend Company's use of the Service to the extent it terminates on the Verizon network at Verizon's request.

In addition, Verizon imposes a surcharge on each call terminating on its network, which will be passed through to Company without additional mark-up by Hiya.

## Attachment 3:  T-Mobile/Sprint

| Special Terms for calls terminating on the TMo/Sprint network |
|---|
| Company agrees to comply with the Acceptable Use Policy found at https://firstorion.com/acceptable-use-policy-dev/. |

## Letter of authorization

Pursuant to the agreement entered into by and between Hiya ("Client") and First Orion Corp. ("First Orion") on or about April 25 2023, Client is a reseller of First Orion branded communication services ("Services"), and Reagan Gold Group ("Customer") is a customer of Client.

Customer authorizes Client to submit to First Orion the calling party (A) number(s) listed below on behalf of Customer for registration with First Orion in connection with its use of the Services. Customer represents and warrants that it is the owner or otherwise has the right to use the A number(s) listed below and will promptly advise Client and/or First Orion in writing when Customer no longer owns or has the right to use any such A number.

In the event Customer has authorized a third party other than Client to register one or more of the A numbers listed below, this Letter of Authorization shall supersede such prior authorization.

**This Letter of Authorization will become effective upon Customer's signature below and will remain in effect for one year or until rescinded by Customer in writing.**

| |
|---|
| Customer<br>Name: Reagan Gold Group |
| By: *Michael M.* |
| Name: Michael Mansour |
| Title: IRA Processor |

Date: 4/28/2023

Email Address:
michael@rggusa.com

## Phone Numbers

(888) 900-8503 -
(888) 900-2440 -
(310) 424-4200 -
(310) 424-4201 -
(310) 424-4202 -
(310) 424-4203 -
(310) 424-4204 -
(310) 424-4205 -
(310) 424-4206 -
(310) 424-4207 -
(888) 316-8376 -
(310) 492-5720 -
(310) 492-5723 -
(310) 492-5724 -
(310) 492-5721 -
(424) 750-9525 -
(877) 744-4727 -
(844) 744-4653 -
(855) 744-4040 -
(310) 424-4208 -
(310) 424-4209 -
(800) 713-7153