# EXHIBIT 4



## Simple | Detailed

| 405-269-1782 | 01/01/2021 - 07/18/2024 | Saved searches | | Download | Delivery Settings |

Reset | Save | **Apply**

Delete | Block

Page 1

| | Type | From | To | Ext | Forwarded To | Name | Date / Time | Recording | Action | Result | Length | Included |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ↪ | (310) 424-4206 | (405) 269-1782 | | | ⊕ Add Contact | 11/03/2023 7:46 AM | - | VoIP Call | Call connected | 0:01:29 | $0.000 |
| ☐ | ↪ | (310) 424-4206 | (405) 269-1782 | | | ⊕ Add Contact | 11/01/2023 9:40 AM | - | VoIP Call | Call connected | 0:00:48 | $0.000 |