UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTHONY TRUPIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-24-498-J |
| | ) |
| HERITAGE HARD ASSETS LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff initiated this action pro se on April 22, 2024, and the action was removed to federal court on May 15, 2024. This matter was reassigned to the undersigned on July 17, 2024.

Plaintiff asserts claims against a litany of businesses and individuals, including Defendants Reagan Gold Group LLC and Steve Francis. On July 22, 2024, Defendant Steve Francis filed a motion to dismiss on behalf of himself and Defendant Reagan Gold Group LLC. *See* [Doc. No. 77]. In support, Defendant Steve Francis filed a declaration with exhibits attached. *See* [Doc. No. 78].

"Although individuals may represent their own personal interests without an attorney, artificial entities may appear in court only through licensed counsel." *United States v. Lain*, 773 F. App'x 476, 477 (10th Cir. 2019) (unpublished); *see also Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202 (1993) (noting the longstanding rule that corporations must be represented by licensed counsel and holding that this rule "applies equally to all artificial entities"); *Harrison v. Wahatoyas, LLC*, 253 F.3d 552, 556 (10th Cir. 2001) (noting that corporations and business entities cannot be represented in court "through a non-attorney corporate officer appearing pro se"); LCvR17.1 ("Parties who are not natural persons may not appear pro se."). There is no indication that Steve Francis is a licensed attorney. While he may

appear pro se on behalf of himself, he is not permitted to do so on behalf of Defendant Reagan Gold Group LLC.  Accordingly, the Court STRIKES the motion to dismiss filed by Steve Francis on behalf of himself and Defendant Reagan Gold Group LLC [Doc. No. 77] and the motion's supporting evidence [Doc. No. 78].  If Defendant Steve Francis wishes to appear pro se on behalf of himself, he may refile a motion to dismiss pertaining solely to his own defense.

IT IS SO ORDERED this 24th day of July, 2024.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE