# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTHONY TRUPIA, | ) |
| Plaintiff, | ) ) ) |
| v. | )  Case No. CIV-24-498-J |
| HERITAGE HARD ASSETS LLC, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

Before the Court is Plaintiff's motion to strike [Doc. No. 80], requesting that the Court strike the motion to dismiss filed by Defendant Steve Francis on behalf of himself and Defendant Reagan Gold Group LLC. Given this Court's prior Order, *see* [Doc. No. 79], the motion [Doc. No. 80] is DENIED as moot.

IT IS SO ORDERED this 24th day of July, 2024.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE