**Exhibit D**    **Case No. CIV-24-498-J**

| phoneNumber | Date Time OK | callDuration | logType | Call Type |
|---|---|---|---|---|
| +13058079632 | 8/9/23 5:43 AM | 0 | 7 | TEXT? |
| +13053740501 | 8/9/23 5:03 PM | 725 | 1 | INCOMING |
| +13053740501 | 8/9/23 5:18 PM | 161 | 1 | INCOMING |
| +13105932366 | 8/10/23 10:06 AM | 18 | 1 | INCOMING |
| +13053740501 | 8/10/23 1:24 PM | 170 | 1 | INCOMING |
| +18153731574 | 8/10/23 2:16 PM | 47 | 1 | INCOMING |
| +14057628314 | 8/12/23 4:44 PM | 158 | 1 | INCOMING |
| +18002758777 | 8/14/23 1:20 PM | 63 | 1 | INCOMING |
| +14053773867 | 8/14/23 1:37 PM | 0 | 5 | TEXT? |
| +18456979175 | 8/14/23 3:09 PM | 0 | 3 | MISSED CALL |
| +15162189857 | 8/16/23 1:51 PM | 0 | 5 | TEXT? |
| +15163862626 | 8/16/23 3:37 PM | 0 | 3 | MISSED CALL |
| +19494823501 | 8/17/23 12:26 PM | 0 | 5 | TEXT? |
| +17622391686 | 8/17/23 4:11 PM | 0 | 3 | MISSED CALL |
| +15617637867 | 8/17/23 5:53 PM | 11 | 1 | INCOMING |
| +14423945013 | 8/18/23 8:35 AM | 36 | 1 | INCOMING |
| +16145052321 | 8/18/23 9:27 AM | 22 | 1 | INCOMING |
| +15618788609 | 8/18/23 3:22 PM | 0 | 5 | TEXT? |
| +19723801600 | 8/21/23 10:34 AM | 0 | 3 | MISSED CALL |
| +15617837749 | 8/22/23 1:51 PM | 0 | 3 | MISSED CALL |
| +15162189857 | 8/22/23 4:21 PM | 0 | 5 | TEXT? |
| +18622548228 | 8/23/23 5:05 PM | 0 | 3 | MISSED CALL |
| +15617281069 | 8/24/23 2:06 PM | 0 | 5 | TEXT? |
| +14058450091 | 8/24/23 2:26 PM | 174 | 1 | INCOMING |
| +12026714500 | 8/25/23 7:34 AM | 0 | 5 | TEXT? |
| +15392091386 | 8/25/23 10:44 AM | 0 | 3 | MISSED CALL |
| +15617281069 | 8/25/23 2:32 PM | 0 | 3 | MISSED CALL |
| +15617838707 | 8/28/23 11:21 AM | 0 | 3 | MISSED CALL |
| +14054522841 | 8/28/23 12:52 PM | 0 | 3 | MISSED CALL |
| +16467870958 | 8/28/23 12:58 PM | 0 | 3 | MISSED CALL |
| +15392091393 | 8/28/23 1:17 PM | 0 | 3 | MISSED CALL |
| +13462787228 | 8/28/23 1:41 PM | 0 | 3 | MISSED CALL |
| +15803705364 | 8/28/23 3:26 PM | 36 | 1 | INCOMING |
| +15163862626 | 8/28/23 3:27 PM | 6 | 1 | INCOMING |
| +14058578880 | 8/29/23 9:35 AM | 0 | 3 | MISSED CALL |
| +16467870958 | 8/29/23 2:19 PM | 5 | 1 | INCOMING |
| Unknown | 8/29/23 4:43 PM | 17 | 1 | INCOMING |
| +16162716676 | 8/31/23 5:42 PM | 11 | 1 | INCOMING |
| +14056528941 | 9/5/23 4:31 PM | 26 | 1 | INCOMING |
| +14056528941 | 9/5/23 5:21 PM | 15 | 1 | INCOMING |
| +14056528941 | 9/5/23 5:38 PM | 52 | 1 | INCOMING |
| +19185944692 | 9/12/23 10:56 AM | 0 | 3 | MISSED CALL |
| +15163862626 | 9/19/23 5:14 PM | 0 | 3 | MISSED CALL |

| +16313500761 | 9/20/23 7:08 PM | 0 | 3 MISSED CALL |
| +19206393730 | 9/20/23 8:52 PM | 0 | 3 MISSED CALL |
| +19206393730 | 9/20/23 8:57 PM | 0 | 3 MISSED CALL |
| +18506128314 | 9/21/23 9:26 AM | 15 | 1 INCOMING |
| +18107346631 | 9/21/23 9:43 AM | 10 | 1 INCOMING |
| +16317803315 | 9/21/23 12:51 PM | 22 | 1 INCOMING |
| +14058177433 | 9/22/23 8:56 AM | 166 | 1 INCOMING |
| +15722735392 | 9/23/23 1:48 PM | 154 | 1 INCOMING |
| +15722735392 | 9/23/23 2:14 PM | 50 | 1 INCOMING |
| +15722735392 | 9/23/23 3:12 PM | 11 | 1 INCOMING |
| +14694148125 | 10/6/23 3:38 PM | 0 | 1 INCOMING |
| +19187666768 | 10/8/23 2:14 AM | 51 | 1 INCOMING |
| +19722193677 | 10/9/23 9:59 AM | 137 | 1 INCOMING |
| +13215219077 | 10/9/23 12:07 PM | 0 | 3 MISSED CALL |
| +14694148125 | 10/9/23 4:32 PM | 34 | 1 INCOMING |
| +19407031857 | 10/10/23 11:17 AM | 92 | 1 INCOMING |
| +19407031857 | 10/10/23 12:28 PM | 183 | 1 INCOMING |
| +19407031857 | 10/10/23 2:36 PM | 177 | 1 INCOMING |
| +13252087989 | 10/10/23 3:49 PM | 10 | 1 INCOMING |
| +14052679524 | 10/11/23 9:56 AM | 80 | 1 INCOMING |
| +14697277390 | 10/11/23 3:27 PM | 0 | 3 MISSED CALL |
| +14697277390 | 10/11/23 3:27 PM | 0 | 3 MISSED CALL |
| +18889255913 | 10/12/23 9:16 AM | 25 | 1 INCOMING |
| +15168015930 | 10/12/23 11:43 AM | 11 | 1 INCOMING |
| +12136990463 | 10/12/23 3:11 PM | 11 | 1 INCOMING |
| +19542281128 | 10/13/23 12:51 PM | 0 | 3 MISSED CALL |
| +13175488613 | 10/13/23 3:55 PM | 11 | 1 INCOMING |
| +14055839988 | 10/14/23 10:42 AM | 46 | 1 INCOMING |
| +14058565256 | 10/15/23 11:38 AM | 116 | 1 INCOMING |
| +14058565256 | 10/15/23 11:42 AM | 0 | 5 TEXT? |
| +14058565256 | 10/15/23 11:42 AM | 0 | 3 MISSED CALL |
| +14058565256 | 10/15/23 11:43 AM | 38 | 1 INCOMING |
| +15593140770 | 10/16/23 2:15 PM | 11 | 1 INCOMING |
| +14054522568 | 10/17/23 9:06 AM | 0 | 3 MISSED CALL |
| +16182169249 | 10/17/23 12:51 PM | 11 | 1 INCOMING |
| +19792436038 | 10/18/23 10:46 AM | 0 | 3 MISSED CALL |
| +17083124109 | 10/18/23 5:20 PM | 0 | 3 MISSED CALL |
| +14697277390 | 10/19/23 10:46 AM | 0 | 3 MISSED CALL |
| +13123003859 | 10/19/23 2:50 PM | 16 | 1 INCOMING |
| +15169633070 | 10/19/23 3:58 PM | 24 | 1 INCOMING |
| +12134478978 | 10/24/23 2:13 PM | 165 | 1 INCOMING |
| +15168663209 | 10/24/23 2:55 PM | 12 | 1 INCOMING |
| +17027024287 | 10/24/23 3:26 PM | 12 | 1 INCOMING |
| +19548860355 | 10/24/23 4:18 PM | 17 | 1 INCOMING |

| +15169271052 | 10/24/23 4:30 PM | 11 | 1 INCOMING |
|---|---|---|---|
| +19187666768 | 10/24/23 9:52 PM | 0 | 3 MISSED CALL |
| +19187666768 | 10/24/23 10:13 PM | 0 | 7 TEXT? |
| +14697277390 | 10/25/23 1:39 PM | 15 | 1 INCOMING |
| +19739297995 | 10/25/23 2:59 PM | 0 | 3 MISSED CALL |
| +15392305832 | 10/26/23 11:13 AM | 53 | 1 INCOMING |
| +14054463180 | 10/30/23 10:10 AM | 147 | 1 INCOMING |
| +14054463180 | 10/31/23 9:45 AM | 57 | 1 INCOMING |
| +14697277390 | 10/31/23 10:26 AM | 15 | 1 INCOMING |
| +19562900400 | 11/1/23 1:14 PM | 0 | 3 MISSED CALL |
| +14058565256 | 11/1/23 6:41 PM | 35 | 1 INCOMING |
| +13104244206 | 11/3/23 9:46 AM | 80 | 1 INCOMING |
| +14056028811 | 11/3/23 10:55 AM | 68 | 1 INCOMING |
| +14697277390 | 11/3/23 11:24 AM | 60 | 1 INCOMING |
| +14056028811 | 11/4/23 11:36 AM | 539 | 1 INCOMING |
| +14059968987 | 11/6/23 9:33 AM | 0 | 3 MISSED CALL |
| +14059968987 | 11/6/23 9:37 AM | 5 | 1 INCOMING |
| +14056028811 | 11/6/23 12:34 PM | 73 | 1 INCOMING |
| +19739297995 | 11/6/23 2:23 PM | 54 | 1 INCOMING |
| +14057084274 | 11/6/23 4:09 PM | 26 | 1 INCOMING |
| +14057084274 | 11/7/23 10:04 AM | 0 | 3 MISSED CALL |
| +12039049229 | 11/7/23 1:16 PM | 0 | 3 MISSED CALL |
| +14052532545 | 11/7/23 1:19 PM | 0 | 3 MISSED CALL |
| +12039049217 | 11/7/23 2:05 PM | 0 | 3 MISSED CALL |
| +12039049230 | 11/7/23 3:07 PM | 0 | 3 MISSED CALL |
| +12039049221 | 11/7/23 4:54 PM | 0 | 3 MISSED CALL |
| +12039049225 | 11/7/23 5:31 PM | 0 | 3 MISSED CALL |
| +12039049231 | 11/7/23 5:57 PM | 0 | 3 MISSED CALL |
| +12039049231 | 11/7/23 6:18 PM | 0 | 3 MISSED CALL |
| +12039049228 | 11/7/23 6:36 PM | 0 | 3 MISSED CALL |
| +12039049224 | 11/7/23 6:46 PM | 0 | 1 INCOMING |
| +19732998989 | 11/8/23 1:39 PM | 0 | 3 MISSED CALL |
| +12109392128 | 11/8/23 2:23 PM | 11 | 1 INCOMING |
| +18004971559 | 11/8/23 5:38 PM | 0 | 3 MISSED CALL |
| +14057084274 | 11/9/23 10:34 AM | 0 | 3 MISSED CALL |
| +12025390987 | 11/9/23 11:04 AM | 0 | 3 MISSED CALL |
| +15392123650 | 11/9/23 2:16 PM | 0 | 3 MISSED CALL |
| +18382140313 | 11/10/23 10:13 AM | 0 | 3 MISSED CALL |
| +13216674953 | 11/10/23 4:18 PM | 0 | 3 MISSED CALL |
| +14697591827 | 11/11/23 10:27 PM | 0 | 3 MISSED CALL |
| +14697591827 | 11/11/23 10:30 PM | 25 | 1 INCOMING |
| +19187666768 | 11/12/23 1:18 PM | 0 | 3 MISSED CALL |
| +14058565256 | 11/12/23 4:06 PM | 0 | 3 MISSED CALL |
| +14057084274    1 | 11/13/23 10:51 AM | 0 | 3 MISSED CALL |

| +17653001754 | 11/15/23 4:23 PM | 11 | 1 INCOMING |
|---|---|---|---|
| +14134151241 | 11/17/23 1:47 PM | 21 | 1 INCOMING |
| +14052611737 | 11/20/23 9:35 AM | 61 | 1 INCOMING |
| +17152172624 | 11/20/23 9:47 AM | 159 | 1 INCOMING |
| +13053740501 | 11/20/23 11:21 AM | 153 | 1 INCOMING |
| +16317803303 | 11/20/23 12:27 PM | 139 | 1 INCOMING |
| +17144883006 | 11/20/23 1:38 PM | 232 | 1 INCOMING |
| +14057084274 | 11/20/23 1:54 PM | 122 | 1 INCOMING |
| +12153831319 | 11/20/23 3:00 PM | 31 | 1 INCOMING |
| +13322229883 | 11/20/23 5:14 PM | 19 | 1 INCOMING |
| +14052495965 | 11/20/23 5:57 PM | 0 | 3 MISSED CALL |

Exhibit D
Cont



← IN YOUR CONTACTS  ♡  ⋮

# Spam Nationalcoingroup.Org



| 📞 Call | 💬 Message | ✏️ Edit | ⊘ Block |

**(405) 999-4611**
Mobile · Onvoy, LLC - OK  💬

📍 **Chickasha, United States**

Call History

↙ **12:46 PM**        1m 9s
Incoming · (405) 999-4611

🏷️ ADD TAG

📝 ADD COMMENT



IN YOUR CONTACTS

# Spam Medsmart?



Call     Message     Edit     Block

**(888) 853-8973**
Multiple OCN Listing

**United States**

### Call History

**12:34 PM**
Missed · (888) 853-8973

**Yesterday · 3:51 PM**
Missed · (888) 853-8973

**03 Jun · 4:13 PM**
Missed · (888) 853-8973

VIEW ALL



← IDENTIFIED BY TRUECALLER ⋮

# Likely a business ✎

⬀ SEARCH THE WEB



📞 Call    💬 Message    👤⁺ Save    ⊘ Block

📞 **(972) 634-8023**
Other · Onvoy, LLC - TX    💬



🖼 SUGGEST A BETTER NAME

🏷 ADD TAG

🗒⁺ ADD COMMENT



📍 Allen, TX, United States

Call History



← IN YOUR CONTACTS ♡ ⋮

## Spam Disconnected



📞 Call     💬 Message     ✏️ Edit     ⊘ Block



📞 **(972) 332-4433**
Mobile · Level 3 Communications, LLC - TX     💬

📍 **Allen, TX, United States**

Call History

↗ **11:00 AM**
Outgoing · (972) 332-4433

↗ **10:43 AM**
Outgoing · (972) 332-4433

↗ **10:43 AM**
Outgoing · (972) 332-4433

VIEW ALL



← IDENTIFIED BY TRUECALLER

## Likely a business ✎

⬚ SEARCH THE WEB



Was it a business calling?  👎  👍

| 📞 Call | 💬 Message | +👤 Save | ⊘ Block |

📞  **(405) 268-5708**
Other · Telnyx LLC                          💬

👤 SUGGEST A BETTER NAME

🏷 ADD TAG

📑 ADD COMMENT



📍  **Pauls Valley, OK, United States**



IDENTIFIED BY TRUECALLER

N

## Nava Live Transfer ✎

 Likely a business

|  |  |  |  |
| Call | Message | Save | Block |

 **(888) 241-0157**
Other · Multiple OCN Listing

 SUGGEST A BETTER NAME

 ADD TAG

 ADD COMMENT

⊙ **United States**

Call History

Case 4:24-cv-00498-J    Document 83-1    Filed 07/25/24    Page 11 of 24



← IDENTIFIED BY TRUECALLER ⋮

**S**

## Stillwater Ok ✎

🏢 Likely a business

📞 Call     💬 Message     👤+ Save     🚫 Block

📞 **(405) 338-1422**
Other · Peerless Network of Oklahoma, L...     💬

📇 SUGGEST A BETTER NAME

🏷 ADD TAG

📝 ADD COMMENT

📍 **Stillwater, OK, United States**

Call History





truecaller premium 👑  

Incoming call

## +1 405-857-6437

Peerless Network of Oklahoma, LLC - OK



# Myfriend

IDENTIFIED BY TRUECALLER

 Likely a business

Norman, OK, United States

    



*truecaller* premium ♛ 

Incoming call

# +1 405-299-3774

Onvoy, LLC - OK



# Scam Likely

View profile

Calvin, OK, United States

  





*truecaller* premium 👑 

Incoming call

# +1 830-331-9001

GUADALUPE Valley Communications Systems, LP - TX



# Lp Operating Llc

1 SPAM REPORTS

View profile

🏢 Likely a business

Boerne, TX, United States





 truecaller premium 

Call ended 2m ago
**+1 830-331-9001**



# Lp Operating Llc

1 SPAM REPORTS

Likely a business

Boerne, TX, United States

Was the name correct?      


CALL


MESSAGE


NOT SPAM


BLOCK





truecaller premium 👑

Missed call 30m ago, rang 15s

**S**

# Spam Blue Green Energy

👤 View profile

RESPOND WITH MESSAGE

Call me back?   Sorry I'm busy   Type custom...

📞
CALL

✏️
EDIT



*truecaller* premium ☺

Missed call 1h ago, rang 22s                    ✕

## Likely a business ✎ CHANGE

👤 View profile

+1 609-236-2193 - Peerless Network of New Jerse…
Atlantic City, NJ, United States

📞            💬            +👤           ⊘
CALL       MESSAGE       SAVE         BLOCK



IDENTIFIED BY TRUECALLER

## Fake Att Scam

16 SPAM REPORTS

Call   Message   Not Spam   Block

Comments (2)

ADD COMMENT

**Justin Wildeboer** · 30 Jan

i was skeptical about this at first but
they asked no PII question ... Read more

**Anonymous user** · 16 Jan

caller pretending to be AT&T sales rep.
Asks for personal info including
address, CC number, and SSN.

**(877) 770-8125**
Other · Multiple OCN Listing