Exhibit E



*truecaller*

Call ended less than 1m ago                                          ✕

Likely a business  ✎ CHANGE

**😊 View profile**

+1 775-456-8072 - Bandwidth.com CLEC, LLC - NV
Empire, NV, United States

                              

CALL            MESSAGE            SAVE            BLOCK

truecaller premium 👑

Calling
**+1 972-676-9663**
Bandwidth.com CLEC, LLC - TX

Calling

# LII Evanston Wilmette

IDENTIFIED BY TRUECALLER

🏢 Likely a business

👤 (678) 287-6653 is on hold

View profile

 Mute

 Keypad

 Speaker

 Message

REC



IN YOUR CONTACTS

## South Bay Galleries, Spam



Call    Message    Not Spam    Block



**(405) 389-7569**
Mobile · Onvoy, LLC - OK

🏷 ADD TAG

📍 **Wetumka, OK, United States**

Call History



↗ **16 Feb · 5:30 PM**
· (405) 389-7569

↙ **16 Feb · 4:10 PM**    4m 10s
· (405) 389-7569



← IDENTIFIED BY TRUECALLER ⋮

## Precious Metal Job ✎


Likely Spam


Call


Message


Not Spam


Block

 **(561) 922-7291**
Other · Level 3 Communications, LLC - FL 

 SUGGEST A BETTER NAME

🏷 ADD TAG

📝 ADD COMMENT

📍 **Boca Raton, FL, United States**

Call History



IN YOUR CONTACTS

# Kyle Patton

| Call | Message | Not Spam | Block |
|------|---------|----------|-------|



**(954) 333-8968**
Level 3 Communications, LLC - FL



🏷 ADD TAG

📝 ADD COMMENT

📍 **Deerfield Beach, FL, United States**

## Call History



↗ **11 Feb · 7:54 PM**
· (954) 333-8968

↙ **08 Feb · 12:52 PM**                    2m 32s



IN YOUR CONTACTS

# Spam silence Onvoy



Call     Message     Not Spam     Block



**(561) 654-2468**
Mobile · Onvoy, LLC - FL

ADD TAG

ADD COMMENT



📍 **Delray Beach, FL, United States**

Call History



**1:52 PM**
· (561) 654-2468     30s

truecaller premium 👑 

Call ended 01:27
+1 949-245-7727



## Likely Spam

Capistrano Valley, CA, United States

View profile


CALL


MESSAGE


NOT SPAM


BLOCK



truecaller premium

Missed call 1h ago, rang 11s

**Rochelle Holoman** ✎ CHANGE

⊞ Likely a business

**&#128100; View profile**

+1 424-750-9525 - Time Warner CBL Info Svcs (CA...
Inglewood, CA, United States

&#128222;          &#128172;          +&#128100;          &#8856;
CALL       MESSAGE       SAVE        BLOCK



truecaller premium 👑

F    S

Missed call 1m ago, rang 7s    ✕

**Ford Of Norman** ✎ CHANGE

🏢 Likely a business

🧑 View profile

+1 405-217-0169 - Level 3 Communications, LLC - …
Norman, OK, United States

📞 CALL    💬 MESSAGE    👤+ SAVE    🚫 BLOCK





← IDENTIFIED BY TRUECALLER

## Likely a business ✎

☑ SEARCH THE WEB

| Call | Message | Save | Block |

**(505) 929-6078**
Other · Onvoy, LLC - NM

SUGGEST A BETTER NAME

ADD TAG

ADD COMMENT

📍 **Espanola, NM, United States**

Call History

← **Likely a business** ⋮

📞    💬    👤+    🚫

📞 **(331) 282-4038**
Other · Onvoy, LLC    💬

📇 **SUGGEST A BETTER NAME**

🏷 **ADD TAG**

📄 **ADD COMMENT**

📍 **Hinsdale, IL, United States**

**Call History**

↗ **8:42 AM**
Missed · (331) 282-4038



← IDENTIFIED BY TRUECALLER ⋮

# Paul Edwards ✎

Was the name correct?

● Business   ○ Person     👎  👍



| 📞 Call | 💬 Message | 👤+ Save | ⊘ Block |

📞 **(949) 481-5238**
Other · Comcast IP Phone, LLC          💬

📇 SUGGEST A BETTER NAME

🏷 ADD TAG

◎ **Capistrano Valley, CA, United States**



Call History



← IN YOUR CONTACTS ♡ ⋮

## Paul Edwards Global Equity Group Spam Kms



| Call | Message | Edit | Block |

📞 **(949) 481-5238**
Mobile · Comcast IP Phone, LLC 💬



📍 **Capistrano Valley, CA, United States**



Call History

📲 **4:26 PM**    1m 45s
Incoming · (949) 481-5238



🏷 ADD TAG





truecaller premium

Missed call less than 1m ago, rang 7s

**Scam Of A Compan** ✎ CHANGE

🏢 Customer Service

🔘 View profile

+1 918-907-3049 - MCIMetro Access Transmission...
Bartlesville, OK, United States

📞 CALL    💬 MESSAGE    👤+ SAVE    🚫 BLOCK



IDENTIFIED BY TRUECALLER

# Scam Of A Company ✏️

🏢 Customer Service

| Call | Message | Save | Block |
|------|---------|------|-------|

**(918) 907-3049**
Other · MCIMetro Access Transmission …

SUGGEST A BETTER NAME

ADD TAG

ADD COMMENT

📍 **Bartlesville, OK, United States**

Call History



← IDENTIFIED BY TRUECALLER ⋮

## Likely Spam ✎

☐ SEARCH THE WEB

| Call | Message | Not Spam | Block |

**(949) 712-6058**
Other · Onvoy, LLC - CA

SUGGEST A BETTER NAME

ADD TAG

ADD COMMENT

⊙ **Saddleback Valley, CA, United States**

Call History



IDENTIFIED BY TRUECALLER

## Likely a business ✎

☑ SEARCH THE WEB



| Call | Message | Save | Block |

**(580) 308-2296**
Other · Peerless Network of Oklahoma, L...



SUGGEST A BETTER NAME

ADD TAG

ADD COMMENT

⊙ **Tonkawa, OK, United States**



Call History



IDENTIFIED BY TRUECALLER

## Likely a business ✎



🔗 SEARCH THE WEB

| |
|---|

⦿ Business    ○ Person

📞 Call    💬 Message    +👤 Save    ⊘ Block

📞 **(949) 712-6055**
Other · Onvoy, LLC - CA    💬

👤 SUGGEST A BETTER NAME

🏷 ADD TAG

📝 ADD COMMENT

⦿ Saddleback Valley, CA, United States



IDENTIFIED BY TRUECALLER

# Sarasota County Emergency Operations Center

9 SPAM REPORTS

🏢 Likely a business

| Call | Message | Not Spam | Block |

**(941) 213-7982**
Other · Onvoy, LLC - FL

**Call Activity**
97 calls/60 days

Spam reports
**9 ↑50%**

Usually Calls
**3PM-6PM**



SUGGEST A BETTER NAME

ADD TAG



IDENTIFIED BY TRUECALLER

# Sarasota County Emergency Operations Center



9 SPAM REPORTS

 Likely a business


Call

Message

Not Spam

Block

 **(941) 213-7982**
Other · Onvoy, LLC - FL




**Call Activity**
97 calls/60 days

Spam reports
**9 ↑ 50%**

Usually Calls
**3PM-6PM**



 SUGGEST A BETTER NAME

 ADD TAG







← IDENTIFIED BY TRUECALLER    ⋮

R

## Richland Dentist ✎

🏢 Likely a business

📞 Call    💬 Message    +👤 Save    ⊘ Block

📞 **(972) 332-4433**
Other · Level 3 Communications, LLC - TX    💬

📇 SUGGEST A BETTER NAME

🏷 ADD TAG

📝 ADD COMMENT

📍 Allen, TX, United States

Call History