# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

ANTHONY TRUPIA,

    Plaintiff(s)

vs.  Case Number: CIV-24-498-J

HERITAGE HARD ASSETTS, et al.
    Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1.,which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____REAGAN GOLD GROUP LLC_____
[name of party]

who is a (check one)  ☐ PLAINTIFF  ☑ DEFENDANT  in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

    (Check one)  ☐ YES  ☑ NO

2. **Does party have any parent corporations?**

    (Check one)  ☐ YES  ☑ NO

    If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

    (Check one)  ☐ YES  ☑ NO

    If YES, identify all such owners:

Corporate Disclosure Statement      1

4.  **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

    (Check one)  ☐ YES  ☑ NO

    If YES, identify entity and nature of interest:

5.  **Is party a trade association?**

    (Check one)  ☐ YES  ☑ NO

    If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this  31st  day of  July  , 20 24 .

/s/ Aaron C. Tifft, OBA #33288
Signature

Aaron C. Tifft                                    #33288
Printed Name                                      Bar Number

Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
Firm Name

521 E. 2nd Street, Suite 1200
Address

Tulsa,                             OK          74120
City                               State        ZIP

(918) 594-0400           (918) 594-0505
Phone                    Fax

atifft@hallestill.com
Email Address

# CERTIFICATE OF SERVICE

I hereby certify that on  July 31, 2024  (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that on  August 1, 2024  (Date), I served the same document by

☑ U.S. Postal Service    ☐ In Person Delivery
☐ Courier Service        ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):   Anthony Trupia
605 SE 21st Street
Oklahoma City, OK  73129

/s/ Aaron C. Tifft
Signature