UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| ANTHONY TRUPIA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) Case No. CIV-24-498-J |
| HERITAGE HARD ASSETS LLC, et al., | ) |
| Defendants. | ) |

## CLERK'S DENIAL OF ENTRY OF DEFAULT

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff has requested entry of default against the following Defendants: Reagan Gold Group, LLC; World Harvest Church, Inc.; and South Bay Galleries LLC. [Doc. No. 46]. Through affidavit, Plaintiff provides that "service was [made] by delivery via United States Post Office Certified Mail," pursuant to Okla. Stat. tit. 12, § 2004(C)(2).[1] [Doc. No. 47]. However, under § 2004(C)(2)(c), "[s]ervice by mail shall not be the basis for the entry of a default or a judgment by default unless the record contains a return receipt showing acceptance by the defendant or a returned envelope showing refusal of the process by the defendant." Okla. Stat. tit. 12, § 2004(C)(2)(c). And the record contains no such receipt or returned envelope for Reagan Gold Group, LLC; World Harvest Church, Inc.; or South Bay Galleries LLC.

JOAN KANE,
CLERK OF COURT
United States District Court
Western District of Oklahoma

By: */s/ D. Wayne Lee*
Deputy Clerk

---

[1] Serving an individual or a corporation or other association by mail is not permitted under the Federal Rules of Civil Procedure.