FILED

OCT 29 2024

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA
BY _____ /aa _____ , DEPUTY

Form 1B

## Notice of Appeal to a Court of Appeals From an Appealable Order of a District Court

United States District Court for the Western
District of Oklahoma
Docket Number CIV-24-498-J

| | |
|---|---|
| ANTHONY TRUPIA,<br>Plaintiff,<br>v.<br>HERITAGE HARD ASSETS LLC; et al.,<br>Defendants. | Notice of Appeal |

Anthony Trupia appeals to the United States Court of Appeals for the 10th Circuit from the order 88, *Denying 37 Plaintiff's Motion Challenging Constitutionality of Federal Rule of Civil Procedure and Local Court Rules*, entered on September 12th, 2024.

/s Anthony Trupia
*Pro Se*
*605 SE 21st St*
*Oklahoma City, OK 73129*
*516-984-0142*
*Trupiaar@gmail.com*

October 29th, 2024