FILED
United States Court of Appeals
Tenth Circuit

December 2, 2024

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

ANTHONY TRUPIA,

    Plaintiff - Appellant,

v.

HERITAGE HARD ASSETS LLC; KYLE PATTON; HLV VENTURES; REAGAN GOLD GROUP LLC; STEVE FRANCIS; WORLD HARVEST CHURCH INC.; ROD PARSLEY; SOUTH BAY GALLERIES LLC; BRANDON MENDELSON; TELNYX LLC; DAVID CASEM; IAN EITHER; JAMES WHEDBEE; MANDI MENA; ONVOY LLC; BRETT SCORZA; JAMES HYNES; G. EDWARDS EVANS; MATTHEW CARTER, JR.; LEVEL 3 COMMUNICATIONS, LLC; JEFF STOREY; ZEBERSKY PAYNE SHAW LEWENZ; ZACHARY D. LUDENS; FNU DOE,

    Defendants - Appellees.

No. 24-6229
(D.C. No. 5:24-CV-00498-J)
(W.D. Okla.)

_____

**ORDER**

_____

This appeal is dismissed for lack of prosecution pursuant to Tenth Circuit Rule 42.1. A copy of this order shall stand as and for the mandate of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk

UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| Christopher M. Wolpert | | Jane K. Castro |
|---|---|---|
| Clerk of Court | | Chief Deputy Clerk |

December 02, 2024

Anthony Trupia
605 SE 21st Street
Oklahoma City, OK 73129

**RE:** 24-6229, Trupia v. Heritage Hard Assets, et al
Dist/Ag docket: 5:24-CV-00498-J

Dear Appellant:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Mark Banner
Ezra D. Church
Gerard Michael D'Emilio
Zachary Dean Ludens
Nicholas V. Merkley
Heidi Rasmussen
Brooks Allen Richardson
Aaron Christian Tifft

CMW/djd