UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

December 02, 2024

Mark Banner
Aaron Christian Tifft
Hall Estill
Litigation
521 East 2nd Street, Suite 1200
Tulsa, OK 74120

Ezra D. Church
Morgan Lewis & Bockius
2222 Market Street, 12th Floor
Philadelphia, PA 19103-3007

Gerard Michael D'Emilio
Nicholas V. Merkley
Brooks Allen Richardson
GableGotwals
499 West Sheridan Avenue, Suite 2200
Oklahoma City, OK 73102

Joan Kane
United States District Court for the Western District of Oklahoma
Office of the Clerk
200 NW 4th Street
Oklahoma City, OK 73102

Zachary Dean Ludens
Zebersky Payne Shaw Lewenz
110 Southeast 6th Street, Suite 2900
Fort Lauderdale, FL 33301

Heidi Rasmussen
Morgan Lewis & Bockius
1000 Louisiana Street, Suite 4000
Houston, TX 77002-5006

Anthony Trupia
605 SE 21st Street
Oklahoma City, OK 73129

**RE:**    **24-6229, Trupia v. Heritage Hard Assets, et al**
        Dist/Ag docket: 5:24-CV-00498-J

Dear Counsel, Appellant and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/djd