IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

**ANTHONY TRUPIA,**

    **Plaintiff,**

v.

NO. CIV-24-498-J

**HERITAGE HARD ASSETS LLC; et al.,**

    **Defendants.**

## NOTICE TO THE COURT

While I can never be sure of anything during this process, it appears the court may be waiting for me to file more documents to continue. I have no more documents to file during the pleading process of this case as I have been effectively chilled the way this court wants me to be.

To be clear, there are many documents and motions I would have wished to file with this court; defendants are unserved, and I would have requested alternate service for the corporate defendants named in this suit. There are other defendants who should be part of this suit and are part of these specific circumstances that were not named in the first place because their violations took place after the initial filing. There is, however, just no reason to file my documents in this case while no meaningful court access is taking place.

As I attempted to point out in one of the many stricken documents I filed, the purpose of pleading is to give the defendant(s) fair notice of the complaint filed. It should not be 'the trial' or a 'bench trial,' but that's exactly what appears to be happening here. The rules of federal procedure are not being used to do substantial justice, they are being used to prevent it. The overwhelming majority of my important documents are stricken under weak pretenses. I am not allowed to e-file. I am expected to print and reprint my documents over and over, deliver them to the court, to bear the additional costs for them each time, and to hope each time, that *this time,* my documents will be effective. The defendant attorneys are given extensions of time with no cause, broad permission to lie about case law, to bring up irrelevant case law, to cross the country seeding bad case law in court after court to undermine the rule of law, the defendants are masters of the complaint even though they should not be... The Rules of Federal Procedure are used time after time in this case to benefit wealthy corporate interests instead of providing meaningful and substantial access to justice. <u>It seems a lot like pleading is just a process the judiciary uses to box the lower classes out of meaningful court access.</u>

1

Fighting strenuously to keep a rule like the one that prevents normal people from e-filing makes it clear to any rational person how the courts really view us, and me: with contempt. This rule serves no purpose other than making filing more difficult and tedious for unrepresented parties. This rule will eventually be overturned, it's a matter of time in a rational modern world where everyone uses computers and printers are rarer every day. In the meantime, I truly just don't know what to do with a court that has such sheer contempt for me, on naked display, that I cannot adequately file documents without them being stricken every time they are relevant.

Striking entry 76, *Plaintiff's Supplemental Brief to Plaintiff's Opposition to All Motions to Dismiss*, was a step too far for me in this chilling process. This document directly addressess the problems in this court's interpretation of meaningful access to justice, and the importance of letting civil jury trials take place. It's also a neat collection of all the legal abuse courts are sanctioning for corporate attorneys. This document was vital to my case. I carefully studied court rules, made up the tedious reference tables required by the court in an attempt to keep unrepresented litigants from filing, and this court still threw that document in the trash.

<u>There is no jury in America that would give these spam calling defendants a pass like the judicial system is giving them here</u>. The TCPA and a call log would be enough for any jury of normal citizens to rule against these defendants. There's no reason to be over a hundred motions deep on such an obvious and simple matter. The only reason TCPA violations are still happening 40 years after the creation of this bill is because the <u>courts serve and pander to any criminal who can afford the legal protection fee instead of us normal citizens</u>. This court should serve citizens of the United States of America and not corporate criminals. Faith in our institutions is at an all-time low, this court should not sell what remaining credibility the courts have to protect illegal spam callers.

I have clearly described a series of legal violations in my initial complaint and demanded a civil jury trial as is guaranteed to me by the 7th amendment. I have no more documents to file for pleading. If this court wishes to spend its little remaining credibility defending robocaller criminals, then I am ready to learn about the appeals process. However you wish to rule on pleading in this case, please do so with the docket as it stands without any further additions from me.

Finally, this court should consider not viewing pro se litigants with contempt in the future. While we may not be professional attorneys and masters of the FRCP, civil court *is* exactly where we should air our grievances and where you should encourage us to air our grievances, every time we have them. It

should not matter one ounce whether or not we can afford attorneys like rich people can. I, and pro se litigants like me, are not rioting, we are not lying down in the street in front of cars, we are not ruining priceless works of art, we do not resort to violence, we are not assassinating CEOs in the street (surely you saw the news this week, America is very angry with corporate malfeasance)... Whether or not you think we are good at litigation or following overly complicated rules perfectly, we *are* airing our grievances in exactly the moral, ethical, and socially correct way. There is no other good place or manner for us to air our grievances, and the courts should not demean us for doing things the right way.

Respectfully submitted,

/s Anthony Trupia
605 SE 21ST St.
Oklahoma City, OK 73129
516-984-0142
Trupiaar@gmail.com
Pro Se

Date: December 11th, 2024