# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTHONY TRUPIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-24-498-J |
| ) | |
| HERITAGE HARD ASSETS LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## **JUDGMENT**

Pursuant to the Order filed separately this same date, Plaintiff's action is DISMISSED WITHOUT PREJUDICE.

ENTERED this 25th day of February, 2025.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE