**From:** T T <trupiaar@gmail.com>
**Sent:** Monday, December 29, 2025 11:37 AM
**To:** heidi.rasmussen@morganlewis.com; natalie.georges@morganlewis.com; nmerkley@gablelaw.com; jtuckercourts <jtuckercourts@rhodesokla.com>; nclarkcourts <nclarkcourts@rhodesokla.com>; zludens@shawlewenz.com; jasansone@phillipsmurrah.com; lwwhitmire@phillipsmurrah.com; kathy.neal@mcafeetaft.com; kirsten.pfeiffer@mcafeetaft.com; zach.oubre@mcafeetaft.com; abuse@telnyx.com; info@hlvventures.com; support@reagangoldgroup.com; customerservice@rodparsley.com; Info@southbaygalleries.com
**Subject:** First Amended Complaint Filed

Ladies and Gentleman:

I filed the following documents today, which include a First Amended Complaint, and this complaint also contains a table of calls at dispute. I presume the court will accept my amended complaint as I am still within a 21 day window to service being delivered.

This complaint should address all the issues you've raised, it's loaded with factual narrative and dispatches the shotgun pleading complaints and jurisdictional issues.

**For the Common Carriers:**
You will notice I am gunning very hard for TCPA Autodialer. While I imagine you all know this already, I didn't when I originally filed my claim, *there hasn't been a single case to go to trial over TCPA Robocalls since Facebook v. Duguid*. Some cases pass pleading, but none have gone to trial. It's shocking to me as a normal citizen that the most common complaint to be filed nationally, to the FTC, the FCC, and the SAGs are over robocalls, and yet, since Facebook, the courts won't let a single citizen nationwide press a TCPA Autodialer claim. Wild right? I've been following congressional hearings, and the main TCPA actors at these hearings, (Pallone, Thune, Guthrie, etc) and it seems a lot like they intended to make the Autodialer provision unusable.

I imagine lesser men see this and decide to let Autodialer go, even great men like Mike Greenwald are taking that path, however, I know Autodialer is the bread and butter of the TCPA, and TCPA lawsuits, and I'm not willing to let it go. It is one of the best legal protections congress has ever put in place for us, it's exactly why rich people want to kill it. I intend to be the first jury trial

over TCPA claims in a long, long time.

As much as the settlement offers I relayed to your various companies are higher than you would like, I honestly don't know why you big Common Carrier defendants wouldn't just pay your bill and let the Autodialer provision go quietly into the night just like you wanted.

**I'm the last guy left busting your balls about this, lol.** Your customers are all about to go wild placing AI generated phone calls, you know it, I know it. You need Facebook to successfully put autodialer to rest. I'm constantly filing lawsuits over it, posting about it on social media, (I hit every single social media post now from Pallone and the others, posting about how you all collaborated against us to kill the TCPA) and I have a solid plan, with backups, to forge a new path for getting litigants back in the ring with the Autodialer provision. I can't imagine why you wouldn't want to wrap this up. I guess I will never understand the dynamics of big fat companies that want to sabotage their own golden geese.

Anthony Trupia
516-984-0142
Trupiaar@gmail.com