IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

ANTHONY TRUPIA,

  Plaintiff,

v.

HERITAGE HARD ASSETS LLC; KYLE PATTON,
individually as Manager/Officer of HERITAGE HARD
ASSETS LLC; HLV VENTURES, an unregistered New
York company; REAGAN GOLD GROUP, LLC; STEVE
FRANCIS, individually as Manager/Officer of
REAGAN GOLD GROUP, LLC; WORLD HARVEST
CHURCH, INC. ; ROD PARSLEY, individually as
Manager/Officer of WORLD HARVEST CHURCH,
INC.; SOUTH BAY GALLERIES LLC; BRANDON
MENDELSON, individually as Manager/Officer of
SOUTH BAY GALLERIES LLC; TELNYX LLC; DAVID
CASEM, individually as Manager/Officer of TELNYX
LLC; IAN EITHER, individually as Manager/Officer
of TELNYX LLC; JAMES WHEDBEE, individually as
Manager/Officer of TELNYX LLC; MANDI MENA,
individually as Manager/Officer of TELNYX LLC;
ONVOY, LLC; BRETT SCORZA, individually as
Manager/Officer of ONVOY, LLC; JAMES HYNES,
individually as Manager/Officer of ONVOY, LLC; G
EDWARDS EVANS, individually as Manager/Officer
of ONVOY, LLC; MATTHEW CARTER JR, individually
as Manager/Officer of ONVOY, LLC; LEVEL 3
COMMUNICATIONS, LLC; JEFF STOREY, individually
as Manager/Officer of LEVEL 3
COMMUNICATIONS, LLC; ZEBERSKY PAYNE SHAW
LEWENZ, a Florida law firm; ZACHARY D LUDENS,
individually as an attorney of ZEBERSKY PAYNE
SHAW LEWENZ; and DOES 1 through 100,
inclusive,

  Defendants.

CASE NO. _____

CJ - 2024 - 2684

### SUMMONS

To LEVEL 3 COMMUNICATIONS, LLC:

  You have been sued by the above-named plaintiff, and you are directed to file a written answer to the
attached petition in the court at the above address within twenty (20) days after service of this

1

summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiff.

Unless you answer the petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this _____ day of _____ April _____, 20___.

RICK WARREN COURT CLERK

(Seal)

By_____

Deputy Court Clerk

Attorney for Plaintiff:
Name:
Anthony Trupia, (pro se)

Address:
605 SE 21st St
Oklahoma City, OK 73129

Telephone Number:
516-984-0142

## RETURN OF SERVICE

This summons was served on_____.
Date of Service

_____

Signature of person serving summons

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.