**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ANTHONY TRUPIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | NO. CIV-25-0391-HE |
| | ) | |
| JOHN ROBERTS, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On May 6, 2025, the court entered an order [Doc. #4] denying plaintiff's Application to Proceed in District Court Without Prepaying Fee or Costs and ordering that unless plaintiff pays the $405.00 filing fee in full to the court clerk within twenty (20) days, this action will be dismissed without prejudice to refiling.

Plaintiff has not complied with the court's May 6th order.

Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** to refiling for plaintiff's failure to pay the $405.00 filing fee as ordered by the court.

**IT IS SO ORDERED**.

Dated this 28th day of May, 2025.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE