# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN FRANCISCO
400 MCALLISTER STREET, SAN FRANCISCO, CA 94102-4514

| | |
|---|---|
| ANTHONY TRUPIA<br><br><br>                   PLAINTIFF (S)<br><br>   VS.<br><br>SAM ALTMAN et al<br><br><br>            DEFENDANT (S) | **Case Management Department 610**<br>**Case Management Order**<br><br><br>**NO.: CGC-23-606176**<br><br><br>**Sanction Order** |

TO: ANTHONY TRUPIA

You are hereby ordered to pay sanctions in the amount of $400.00 for failure to: appear at the order to show cause hearing on: Jun-18-2024.

This amount must be paid to the San Francisco Superior Court on or before Jul-03-2024, in Room 103 at 400 MCALLISTER STREET, SAN FRANCISCO, CA  94102.

DATED:  JUN-18-2024           ANNE-CHRISTINE MASSULLO
                                 JUDGE OF THE SUPERIOR COURT

Sanction Order
Form 000001

I, the undersigned, certify that I am an employee of the Superior Court of California, County of San Francisco and not a party to the above-entitled cause and that on JUN-18-2024 I served the attached Sanction Order by placing a copy thereof in an envelope addressed to all parties to this action as listed below. I then placed the envelope in the outgoing mail at 400 McAllister Street, San Francisco, CA 94102, on the date indicated above for collection, sealing of the envelope, attachment of required prepaid postage, and mailing on that date, following standard court practice.


Dated :   JUN-18-2024                        By: MADELLE MACADANGDANG



ANTHONY TRUPIA
1920 LAKEPOINTE DR # 125
LEWISVILLE, TX  75057
trupiaar@gmail.com