# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN FRANCISCO
400 MCALLISTER STREET, SAN FRANCISCO, CA 94102-4514

ANTHONY TRUPIA

PLAINTIFF (S)

VS.

SAM ALTMAN et al

DEFENDANT (S)

**Case Management Department 610**
**Case Management Order**

**NO.: CGC-23-606176**

**Order Dismissing Entire Action**

TO: ALL COUNSEL AND SELF-REPRESENTED LITIGANTS

An order to show cause for failure of Plaintiff to comply with court orders and rules was called for hearing on Nov-05-2024 at 10:30 am in Department 610.

There was no appearance nor objection filed.

Having reviewed the file,

IT IS HEREBY ORDERED that this case is dismissed pursuant to Government Code Section 68608(b).

The court finds no good cause or substantial justification for failure to comply with the previous court orders. A less severe sanction would not be effective due to the history of lack of compliance.

DATED:  NOV-07-2024

ANNE-CHRISTINE MASSULLO

JUDGE OF THE SUPERIOR COURT

Order Dismissing Entire Action
Form 000001

I, the undersigned, certify that I am an employee of the Superior Court of California, County of San Francisco and not a party to the above-entitled cause and that on NOV-07-2024 I served the attached Order Dismissing Entire Action by placing a copy thereof in an envelope addressed to all parties to this action as listed below.  I then placed the envelope in the outgoing mail at 400 McAllister Street, San Francisco, CA 94102, on the date indicated above for collection, sealing of the envelope, attachment of required prepaid postage, and mailing on that date, following standard court practice.

Dated :  NOV-07-2024                    By: GINA GONZALES

ANTHONY TRUPIA
1920 LAKEPOINTE DR # 125
LEWISVILLE, TX  75057
trupiaar@gmail.com